

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA  
Plaintiff

CASE NUMBER: CR: 12-20577-CR-Rosenbaum / ~~12-21982-GARBER~~

VS.

REPORT COMMENCING CRIMINAL ACTION

Brandon AGUAYO  
Defendant

80706-083  
USMS NUMBER

TO: CLERK'S OFFICE  
U.S. DISTRICT COURT

(MIAMI)    FT. LAUDERDALE    W. PALM BEACH  
(CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 8/8/12 _____ A.M. _____ P.M.

(2) LANGUAGE SPOKEN: ENGLISH

(3) OFFENSE CHARGED: Transport Interstate for Sexual Activity

(4) DATE OF BIRTH: 04/01/92

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)  
{ } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED  
{ } BENCH WARRANT FOR FAILURE TO APPEAR  
{ } PROBATION VIOLATION WARRANT  
{ } PAROLE VIOLATION WARRANT  
**ORIGINAL DISTRICT:** _____

(6) REMARKS: _____

(7) DATE: 8/8/12    (8) ARRESTING OFFICER: USMS

(9) AGENCY: USMS    (10) PHONE: _____

(11) COMMENTS: _____