UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20577-CR-ROSENBAUM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON AGUAYO,

    Defendant.

_____/

### DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on August 10, 2012, a hearing was held to determine whether defendant **BRANDON AGUAYO** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that the defendant **BRANDON AGUAYO** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

    1.    The defendant is charged by indictment, in the Southern District of Florida, with using means of interstate commerce to induce a minor to engage in illegal sexual activity, in violation of Title 18, United States Code, Section 2422(b) and traveling in interstate commerce with the intent to engage in illicit sexual conduct with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

2.      The weight of the evidence against the defendant is substantial.  The government has proffered that in January of 2012, the defendant met a female minor online. The defendant continued communicating with the minor via text messaging and Facebook. The defendant encouraged the minor to send sexually explicit photographs and videos of herself. The defendant also sent sexually explicit photographs and videos of himself to the minor. The minor's mother discovered the relationship and told the defendant to stay away from the minor. In July of 2012, the defendant traveled to the minor's residence in Miami, Florida from his residence in New Jersey with the intent to return to New Jersey with the minor. The defendant entered the minor's bedroom through a window and engaged in sexual activities with her, after which the defendant and the minor left the minor's residence and boarded a Greyhound bus with the intent to travel to the defendant's residence in New Jersey. The defendant admitted to engaging in sexual activities with the minor in the minor's bedroom and on the bus. The defendant admitted that he had planned to have sexual intercourse with the minor upon reaching his New Jersey residence. The defendant knew of the minor's age prior to attempting to transport the minor to New Jersey.

3.      The pertinent history and characteristics of the defendant support pretrial detention. The defendant is twenty years old. The defendant was determined to transport the minor even after being warned by the minor's mother to leave the minor alone. In January of 2012, the defendant violated a restraining order filed against him by contacting his ex-girlfriend.

4.      Based on the seriousness of the alleged offense, the defendant constitutes a danger to persons in the community.  The Court specifically finds by clear

and convincing evidence, there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community.

The Court hereby directs:

(a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **13th** day of August, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Rosenbaum
Pretrial Services