FILED by ___CF___ D.C.
ELECTRONIC
FEB 15, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>12-20577-CR-ROSENBAUM/SNOW(s)</u>
18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 1470
18 U.S.C. § 2423(b)
18 U.S.C. § 2428
18 U.S.C. § 2253
18 U.S.C. § 1467

UNITED STATES OF AMERICA

vs.

BRANDON AGUAYO,

        **Defendant.**
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about January 25, 2012, the exact date being unknown to the Grand Jury, through on or about July 10, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON AGUAYO,**

did, using any facility and means of interstate and foreign commerce, knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, minor A.G., to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about June 26, 2012, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**BRANDON AGUAYO,**

did knowingly persuade, induce, entice and coerce a minor, that is, A.G., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means or facility of interstate and foreign commerce, and such visual depiction having actually been transported and transmitted using any means of interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT THREE

On or about July 2, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON AGUAYO,**

did knowingly attempt to have a minor, that is, D.L., assist any other person to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means or facility of interstate and foreign commerce, and such visual depiction having actually been transported and transmitted using any means of interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT FOUR

On or about July 3, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

2

**BRANDON AGUAYO,**

did knowingly persuade, induce, entice and coerce a minor, that is, A.G., to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means or facility of interstate and foreign commerce, and such visual depiction having actually been transported and transmitted using any means of interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT FIVE

On or about July 4, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON AGUAYO,**

did, using any facility or means of interstate and foreign commerce, knowingly transfer obscene matter to another individual who had not attained the age of 16 years, that is, minor A.G., knowing that such other individual had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

### COUNT SIX

On or about July 10, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON AGUAYO,**

did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, that is, minor A.G., in violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BRANDON AGUAYO,** has an interest.

2. Upon conviction of any violation of Title 18, United States Code, Section 2422 or Section 2423, the defendant shall forfeit to the United States any property, real or personal, used or intended to be used to commit or facilitate the commission of such violation, and any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 2428.

3. Upon conviction of any violation of Title 18, United States Code, Section 2251, the defendant shall forfeit to the United States any matter containing any visual depiction of any minor engaged in sexually explicit conduct; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

4. Upon conviction of any violation of Title 18, United States Code, Section 1470, the defendant shall forfeit to the United States any obscene material produced, transported, mailed, shipped, or received; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 1467.

5. The property subject to forfeiture includes, but is not limited to:

      a.    one (1) Samsung SCH-i405 cellular phone (MEID: 256691408804351378).

All pursuant to Title 18, United States Code, Sections 1467, 2253 and 2428, and the procedures prescribed by Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

BRANDON AGUAYO,

                Defendant.
_____/

CASE NO. __12-20577-CR-ROSENBAUM/SNOW(s)__

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division**: (Select One)

- _X_ Miami    ___ Key West
- ___ FTL      ___ WPB    ___ FTP

New Defendant(s)    Yes ___   No _X_
Number of New Defendants ___
Total number of counts __7__

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect

4. This case will take __3-4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | (Check only one) | |
   |---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty ___ |
   | II | 6 to 10 days ___ | | Minor ___ |
   | III | 11 to 20 days ___ | | Misdem. ___ |
   | IV | 21 to 60 days ___ | | Felony _X_ |
   | V | 61 days and over ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. __12-mj-2982-BLG__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __7/25/12__
   Defendant(s) in state custody as of __7/12/12__
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

                                          _/s/ Seth Schlessinger_
                                          Seth M. Schlessinger
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Florida Bar No. 64065

*Penalty Sheet(s) attached                                                             REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: __BRANDON AGUAYO__

Case No: __12-20577-CR-ROSENBAUM/SNOW(s)__

Count 1:

Using Means of Interstate Commerce to Induce a Minor to Engage in Illegal Sexual Activity

Title 18, United States Code, Section 2422(b)

*Max. Penalty: Life imprisonment (mandatory minimum term of 10 years' imprisonment)

Counts 2-4:

Production of Child Pornography/Use of a Minor to Assist in Production of Pornography

Title 18, United States Code, Sections 2251(a), (e)

*Max. Penalty: 30 years' imprisonment (mandatory minimum term of 15 years' imprisonment)

Count 5:

Transfer of Obscene Material to a Minor

Title 18, United States Code, Section 1470

*Max. Penalty: 10 years' imprisonment

Count 6:

Traveling in Interstate Commerce to Engage in Illicit Sexual Conduct

Title 18, United States Code, Section 2423(b)

*Max. Penalty: 30 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable