UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: F12-CR-20577-ROSENBAUM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDON AGUAYO,

    Defendant.
_____/

## ACCEPTANCE OF RESPONSIBILITY STATEMENT

Your Honor,

I would like to take this opportunity to apologize to the Court, the Government, A.G. and her family, and to my own family for violating the law in this case.

A.G., and I fell in love over the internet, and I traveled to Miami from my home to be with her, take care of her, and rescue her from a bad personal situation that she advised me she was suffering from. She advised me she was going to hurt herself. My plan was to have A.G. return to New Jersey to live with my mother and me.

Although I had sex with A.G., it was because we were in love, and these actions were completely consensual on her part. I know that my mother was very young, and underage when she began her relationship with my father, and because of this, I believed that it was okay, even though I knew she was under age. She seemed very mature to me.

Although my behavior was inappropriate, I was deeply and emotionally in love with A.G, and my dependency on marijuana daily along with alcohol clouded my judgment.

This is not an excuse, just an explanation for my conduct. The RDAP program will

help me for my future, and I request that you recommend it for me as part of my sentence.

I am young and immature, but I have my whole life ahead of me, hopefully with a career as an artist.

I know I must pay a price for my crime, but your Honor I pray for a reasonable sentence under these circumstances. I thank you for your consideration.

Most respectfully submitted,

Dated: 3-29-13

BRANDON AGUAYO