```
 1                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                 CASE NO. 02-CR-20334-ROSENBAUM

 3

     UNITED STATES OF AMERICA,
 4
                       Plaintiff,            July 11, 2013
 5          vs.                              9:15 a.m.
                                             Fort Lauderdale, Florida
 6   BRANDON AGUAYO,

 7                     Defendant.            Pages 1 through 104

 8

 9

10

11                TRANSCRIPT OF SENTENCING HEARING
              BEFORE THE HONORABLE ROBIN S. ROSENBAUM
12                  UNITED STATES DISTRICT JUDGE

13

14
     APPEARANCES:
15   For the Plaintiff:      Seth M. Schlessinger, AUSA
                             Office of U.S. Attorney
16                           99 NE 4th Street
                             Miami, Florida  33131
17

18   For the Defendant:      Bruce H. Fleisher, Esq.
                             1980 Coral Way
19                           Miami, Florida  33145

20

21

22
     Reported By:            Judith M. Wolff, CRR
23                           Official United States Court Reporter
                             400 N. Miami Avenue, Room 8N09
24                           Miami, FL  33128
                             (305)523-5294
25                           judy_wolff@flsd.uscourts.gov
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1      (Court was called to order.)

2          THE COURT:  We heard from your attorney and he's

3   stuck in traffic, so it might be a few minutes.  I just wanted

4   to let you know.  Okay, Mr. Aguayo?

5          (Pause.)

6      (Proceedings continued as follows at 9:15 a.m.)

7          MR. FLEISHER:  Morning, Judge.  My apologies to the

8   Court, but it was unavoidable.

9          THE COURT:  All right, let's go ahead and get

10  started.

11         This is Case Number 12-20577, United States versus

12  Brandon Aguayo.  Counsel, please state their appearances for

13  the record.

14         MR. SCHLESSINGER:  Good morning, Your Honor.  Seth

15  Schlessinger for the United States.  With me at counsel table

16  is FBI Special Agent Alexis Carpinteri.

17         THE COURT:  Good morning.

18         MR. FLEISHER:  Good morning, Judge.  Bruce Fleisher

19  on behalf of Brandon Aguayo, who is seated to my right.

20         THE COURT:  Would you do me a favor and double-check

21  your microphone for me.

22         MR. FLEISHER:  Is that better?

23         THE COURT:  Yes, thank you.

24         Would the probation officer please state her

25  appearance for the record.

JULY 11, 2013

```
 1            PROBATION OFFICER:  Good morning, Your Honor.
 2    Jessica Manzanares for U.S. Probation.
 3            THE COURT:  Good morning.  And it's my understanding
 4    Mr. Aguayo does not use an interpreter, but we do have an
 5    interpreter here for one of the witnesses that the defense
 6    wishes to present.  Is that correct?
 7            MR. FLEISHER:  Yes.
 8            THE COURT:  All right.  Mr. Aguayo, have you had an
 9    opportunity to read and thoroughly discuss with your attorney
10    the presentence investigation report in this case?
11            THE DEFENDANT:  Yes, Your Honor.
12            THE COURT:  And if you could maybe turn on
13    Mr. Aguayo's microphone?  That would be great.
14            THE DEFENDANT:  Yes, Your Honor.
15            THE COURT:  Thank you.  Do you need any more time at
16    all to do that?
17            THE DEFENDANT:  No.
18            THE COURT:  All right.  I've reviewed the presentence
19    investigation report as well, as well as the 72 or so pages of
20    letters that were submitted on Mr. Aguayo's behalf.
21            I note that there appear to be no objections to the
22    report; is that correct?
23            MR. FLEISHER:  Judge, there really -- we made some
24    objections, but they were technical only in that they were
25    clarifying certain positions.
```

JULY 11, 2013

1          THE COURT:  All right.  Well, let me just make sure

2   that I am on the same page as you.

3          MR. FLEISHER:  Judge, I believe that the guidelines

4   that were calculated by probation are correct.

5          THE COURT:  All right.  But if there is some other

6   problem with the --

7          MR. FLEISHER:  Your Honor, they were just our

8   position on the interpretation of the facts that Probation had

9   alleged in the PSR.

10         THE COURT:  I'm so sorry.  I don't -- maybe it's in

11  here.  I'm sure it must be, but I didn't see it in there.

12         PROBATION OFFICER:  Probation has received nothing,

13  Your Honor.

14         THE COURT:  So if there was something, Mr. Fleisher,

15  you will need to let me know what it was, because it's not in

16  the record and apparently Probation doesn't have a record of

17  it either.

18         MR. FLEISHER:  Judge, we filed the objections and did

19  them on June 21.

20         THE COURT:  All right.  I apologize.  I see it.  It's

21  sealed.  I guess that was perhaps why.

22         MR. FLEISHER:  Yes, Your Honor.

23         THE COURT:  All right.  Let me take a moment and

24  review that.

25      (Pause.)

JULY 11, 2013

```
 1              THE COURT:  All right.  Here's what I would propose
 2    with respect to the objections, if there is no objection from
 3    anyone in proceeding this way.
 4              That the PSR be modified at each one of these
 5    paragraphs to say that "it is the defendant's position that",
 6    and then add in what the defendant says.  Is there any
 7    objection to doing that?
 8              MR. SCHLESSINGER:  No.
 9              MR. FLEISHER:  No, Your Honor.
10              MR. SCHLESSINGER:  Your Honor, just simply modifying
11    the PSR to reflect that it's solely the defendant's position?
12              THE COURT:  Correct.
13              MR. SCHLESSINGER:  Okay.  There is no objection to
14    that.
15              THE COURT:  Okay, so the PSR shall be so modified.
16    For each one of the objections that is identified with respect
17    to a particular paragraph, at the end of the paragraph it
18    shall say "it is the defendant's position that" and then just
19    include what it says in the paragraph addressing that
20    particular paragraph.  All right?
21              PROBATION OFFICER:  Yes, Your Honor.
22              THE COURT:  Thank you.
23              Okay.  And so as I said, I've reviewed the PSR and
24    now I've reviewed the objections, the 72 or so pages of
25    letters and the sentencing memo.
```

1          If there's no objection, then I will go ahead and

2    adopt the facts as set forth in the PSR as modified.  Is there

3    any objection to my doing that?

4          MR. SCHLESSINGER:  Not from the government, Your

5    Honor.

6          MR. FLEISHER:  No, Your Honor.

7          THE COURT:  All right.  Is there any objection to my

8    adopting as my guidelines calculation the guidelines that are

9    set forth in the PSR?

10          MR. SCHLESSINGER:  No, Your Honor.

11          MR. FLEISHER:  No, Your Honor.

12          THE COURT:  All right.  I should note that one of the

13    objections, of course, relates to the guidelines calculation,

14    but it's my understanding, based on Mr. Fleisher's statements

15    earlier today, that the defense is not -- it wasn't a specific

16    objection.  It just was an objection overall; it said, "based

17    on the above."

18          MR. FLEISHER:  Yes, Your Honor, that's correct.

19          THE COURT:  All right.  So you're not pursuing that

20    objection to the guidelines calculation, is that correct?

21          MR. FLEISHER:  No, Your Honor.  We are not.

22          THE COURT:  All right.  Thank you.  Then I will hear

23    whatever the defense wishes to offer at this time.

24          MR. FLEISHER:  Judge, again, I apologize.  There were

25    two accidents on I-95 and --

```
 1              THE COURT:  Okay.
 2              MR. FLEISHER:  -- I left early as well.  Your Honor,
 3     there's a storm that's supposed to be approaching South
 4     Florida, Tropical Storm Chantal, and we hope it doesn't hit
 5     us.  And this case has been an equal storm over the head of
 6     Brandon Aguayo, my client, my young client, and his family who
 7     is here from New Jersey.
 8              I would like to start by calling a few witnesses to
 9     speak in his behalf before I begin my presentation and call
10     Dr. Holmes.
11              THE COURT:  All right.
12              MR. FLEISHER:  Okay.  So, Ivette, come on up.
13                         IVETTE AGUAYO,
14        having been first duly sworn, testified as follows:
15              MR. FLEISHER:  May I proceed, Judge?
16              THE COURT:  Yes.
17                       DIRECT EXAMINATION
18     BY MR. FLEISHER:
19     Q.  Mrs. Aguayo, where are you employed?
20     A.  I'm employed at a law firm in New York City, DeCorato
21     Cohen Sherman & Federico.  52nd Street, Broadway, New York
22     City.
23     Q.  Okay.  And how long have you been with the firm?
24     A.  I've been there since May of 2010.
25     Q.  Are you a paralegal?
```

1  A.  A paralegal, legal secretary.  Assistant.

2  Q.  Okay.  And you're the mother of Brandon Aguayo, are you

3  not?

4  A.  I'm his mother; I'm his mom.

5  Q.  And you had written to the Court about your son?

6  A.  Yes, I have.

7  Q.  Now, I know this is a very difficult time and emotions

8  will run high.  And you said a lot of things in your memo to

9  the Court, but you said that you wanted to be here to support

10 your son and address the Court in person?

11 A.  Of course.

12 Q.  Okay.  Can you please tell the judge your thoughts about

13 your son and what you -- what you want to tell Judge Rosenbaum

14 about your son?

15 A.  Well, I have three sons and -- I mean, I -- I gave Judge

16 Rosenbaum a seven-page letter that I wrote the other day.  I

17 took it from like a 25-page draft because I just kept talking

18 and saying more because I just have so much to say about my

19 son.

20        Last night I did a two-page draft.  Is it okay if I

21 read it?

22        THE COURT:  Sure.

23        THE WITNESS:  Your Honor, please accept our apologies

24 here and thank you.

25        As a mother of three truly amazing young men, now all

1  men, I can honestly say I am very proud of my sons.  They are

2  all great human beings with heart, goodness, kindness, emotion

3  and love.  This is what I taught my sons.

4       I have always been fair and I taught Brandon that

5  fairness counts for everything.  This is the farthest thing

6  from that.  Fairness is not what this is.  Unjust and cruel is

7  what this is because after all the facts and circumstances we

8  all do know that what happened here was due to two young

9  individuals acting on impulse and immaturity.

10       This is for us a tragedy, painful and full of tears,

11  heartache and anguish.  More so it is a travesty.  A travesty

12  because there are grownups here who do know better when two

13  young folks don't.

14       The government has taken my young son's ignorance and

15  naivete and used it against him.  There are rapists and

16  murderers who commit heinous crimes, who do as little as five

17  years' time.  There are governors and politicians who are

18  pardoned and excused always.

19       There are NFL players who are true older adults who

20  serve no time for committing true crimes.  Here the prosecutor

21  is nonbudging.  There are good prosecutors who have heart,

22  mercy and compassion and who understand error and act

23  appropriately.

24       The government is taking a young kid who means no

25  ill will, who showed and felt love, and is making Brandon

1  become part of the corrupted criminal system so as to win.

2  There is no winning here.

3       I took a little bit of a paragraph from the

4  Washington Times from July 8th where the president and founder

5  of Families against Minimum Mandatories, Julie -- I can't read

6  her last name -- wrote and she also in this article included

7  John Malcolm, an ex-federal prosecutor.

8       Quote, "Federal laws coupled with mandatory sentences

9  eviscerate any meaningful check on the powers of prosecutors,

10  creating a criminal justice system that is -- to our founders'

11  principles.

12       Prosecutors get public kudos for bringing cases.

13  Mandatory sentencing laws increase the already awesome

14  authority of federal prosecutors by handing them yet more the

15  power to sentence.  Dot, dot, dot.  The massive transfer of

16  power might be fine in most cases since some prosecutors are

17  people of goodwill, but there are bad ones."

18       This is why the case wasn't allowed to be given to

19  Your Honor to see, hear and know us.

20       As we are aware, what happened here was due first and

21  foremost because of parental neglect and negligence.  Because

22  a young girl was already present on the adult site that

23  Brandon happened to be introduced to for the very first time

24  of entering.

25       She initially lied about her age.  She called herself

JULY 11, 2013

1 16.   Thereafter Brandon's mental capacity or lack thereafter

2 thought it okay to continue the relationship.   Hence, love.

3         When he saw that her safety later was jeopardized, he

4 impulsively decided to rescue her because he cared.   But he

5 was also manipulated and deceived.   Brandon's good intentions

6 were to confront the mother, however, her instructions to him

7 were otherwise.

8         Had he known better and been more mature, this crime

9 would not have occurred.   As far as waiving his rights,

10 Brandon should have never done so.   This happened because of

11 scare tactics and lies which he believed, based on the

12 pressure presented for a conviction.

13         In my eyes this is a false conviction.   The laws

14 should be focused more on an age discrepancy, rather than

15 instituting age barriers because not every person acts their

16 age, be it young or old.   Brandon saw her as his equal and

17 that is not a crime.

18         If this is America, land of the free and home of the

19 brave and if my son made a mistake, where is the mercy,

20 compassion and justification?   And why is this being treated

21 as a one size fits all?

22         He obviously, we all know, didn't know all better.

23 But does Seth Schlessinger know better to take a young man and

24 commit him to a life of criminality behind bars for half of

25 his entire lived life?

1        For helping a girl who pleaded for him to save her as

2  per voice mails I heard?  Your Honor, who is bad here and who

3  really knows better?

4        Being young and gullible and manipulation played a

5  role in this case and there has never, ever been a case where

6  Brandon seeked a young girl in his life.

7        His life history proves this.  I pray for us.  May

8  God help us here and keep guiding us in the right direction

9  and granting us strength.

10        This 10-year minimum mandatory is truly a travesty.

11  How does taking ten years from Brandon to be with criminals

12  help anyone here?  I beg to know, with all due respect.  I

13  remain yours truly, Ivette.

14        I raised him; he made mistakes.  He grew.  But I

15  raised him alone.  I'm a good person.  I believe I passed it

16  on to him.  Yes, he did something wrong.  Yes, we understand

17  he should pay, but not with 10 years of his life.

18        I wish I could stand there and talk about it but

19  right now I feel so blank and I'm so nervous and I'm shaking.

20        I don't know what else to say except please help us

21  and give us a chance and have mercy on us.

22        THE COURT:  All right.  Thank you.

23        THE WITNESS:  Thank you.

24        If it's okay, can I show her Brandon's art, some of

25  it?  I just printed a few pieces of art that Brandon -- it

1  starts out with maybe when he was 16.  He did President Obama

2  as a sketch and then he also has a painting that he -- I mean,

3  he's an awesome artist.

4         MR. FLEISHER:  May I pass these up to the Court, Your

5  Honor?

6         THE COURT:  Sure.

7         THE WITNESS:  He's clearly an asset to society and

8  not a danger to the world or to ...

9         THE COURT:  I think these were attached to the

10 letter, actually, some of them.  They were.  Not all of them,

11 but some of them were.

12        Thank you.

13        THE WITNESS:  Thank you.  Thank you.

14                       MAX AGUAYO,

15   having been first duly sworn, testified as follows:

16                    DIRECT EXAMINATION

17 BY MR. FLEISHER:

18 Q.  Mr. Aguayo, where do you live?

19 A.  I live in New Jersey, in Union City.

20 Q.  How old are you?

21 A.  I'm 62 years old.

22 Q.  And you're the father of Brandon Aguayo?

23 A.  That's my son.

24 Q.  What type of work do you do, sir?

25 A.  I do maintenance work in New York.

```
1    Q.   Do you work at a hotel or apartment complex?

2    A.   A building, residency building.

3    Q.   Okay.  You are divorced from Ivette?

4    A.   Yeah, we divorced many years ago.  Yeah.

5    Q.   Okay.  And I know you came here from New Jersey to address

6    the Court, to tell Judge Rosenbaum about Brandon's life and

7    the good things about Brandon; is that correct?

8    A.   Yes, sir.

9    Q.   Okay.  Please tell the Court.

10   A.   Good morning, My Honor (sic).

11        THE COURT:  Good morning.

12        THE WITNESS:  I'm here to -- me and my family, to

13   list with meetings with the law and talk about, talk about the

14   best for my son.  He -- he growing up was very enthusiastic

15   kid, talented.

16        And it's kind of painful for me to see him in

17   tremendous situation, a big violation, and hoping that he

18   realize what he been doing.  And I just would like to say I'm

19   sorry about what happened.

20        I'm sorry, I'm kind of nervous.

21        MR. FLEISHER:  Everybody is nervous here, Mr. Aguayo.

22        THE WITNESS:  Yes.

23        MR. FLEISHER:  I know you want to tell Judge

24   Rosenbaum some good things about your son.

25        THE WITNESS:  The best good things, about a year ago
```

JULY 11, 2013

1  or more than a year ago, he came to my house.  He stayed there

2  to get a -- to go for a big course of art that he was

3  introduced.

4          MR. FLEISHER:  Are you saying he wanted to become an

5  artist?

6          THE WITNESS:  Yeah, that is his talent.  He's a

7  gifted kid.  Since he was a little kid, he show me, he present

8  me beautiful things that I always calculate and it's going to

9  be real.

10          He going to go to the extreme of art because he

11  always has been sort of in his crayons and his paper.  He

12  never, he was so talented, talent in his hands and showing me.

13  And I guess impress me.  And finally he finished all the

14  school.

15          He was good in school.  He's a good sport boy.  He

16  plays a lot of basketball, baseball.  That really, had a

17  really taught me a lot.  A lot.  It was a lot of expectation

18  from me to see my kid like that.

19          MR. FLEISHER:  Is he a goodhearted son?

20          THE WITNESS:  He's a goodhearted son, goodhearted.

21  Yes, sir.  That's why I say it's very painful that he is in

22  this type of tremendous situation.  I can't believe it.  He's

23  a very good kid.  Very good kid.

24          THE COURT:  Thank you.

25          THE WITNESS:  I got him a hundred times.  A hundred

1  percent.  That's the only thing I can say.  Thank you so much.

2        THE COURT:  Thank you.

3        THE WITNESS:  And I'm sorry.

4                    JUSTIN AGUAYO,

5     having been first duly sworn, testified as follows:

6                  DIRECT EXAMINATION

7  BY MR. FLEISHER:

8  Q.  Justin, where do you live?

9  A.  I live with my father in Union City, New Jersey.

10  Q.  Are you in school or do you work?

11  A.  Right now I'm a freelance music engineer, producer,

12  videographer, trying to start my own music studio.

13  Q.  Where did you receive your education?

14  A.  High school or?  Yes, I did high school in North Bergen,

15  New Jersey.  I dropped out, but I did, you know, I was going

16  through a lot and I happened to get my GED.

17        And then I went to the Institute of Audio Research

18  and I completed that course with honors, with a 3.83 GPA.  I

19  actually found something I started to love doing and, yeah, I

20  graduated from there.

21        And since then I just been working hard to make

22  myself something, you know, that I can bring gifts to the

23  world, you know.  Bring what I have inside because I've been,

24  you know, I've been a bad kid I know half my life.  And I just

25  feel I want to make a change and make something a blessing for

1   the world with my gifts and my abilities and my talents just

2   like I seen in my brother who has enormous abilities, talents

3   and gifts since a young kid.

4           You know, I remember, you know, he was always

5   drawing.  One of the best artists I seen.  Always, he would

6   sit there for hours and just, you know, put his mind onto

7   something.

8           He always loved, you know, to play sports and do his

9   best.  You know, his school work was always good and I was

10  always on his back being his older brother, you know, always

11  trying to show him the right ways, but I really couldn't too

12  much because I was in the wrong position, you know.

13          Like they say you can't help somebody until you help

14  yourself.  And this situation, even though it's been so hard,

15  it's helped me understand that things could change in a snap,

16  you know.  Seeing my brother right now, that he's facing 10

17  years is super hard.

18          But he's a great kid.  He has a great heart, enormous

19  talent and I know he didn't want to hurt nothing or do nothing

20  wrong to the girl here.  I know he didn't have bad intentions

21  and he never had bad intentions.

22          He only wanted the best in life.  He only was so --

23  enjoyed -- wore a smile, he wanted to go out play basketball,

24  sports, draw, art and I was so happy to bring him into the

25  house to have him start doing -- you know, he had a case that

1  he went to North Carolina.

2         And we took him back from there, I took him back from

3  there and I said if I put you in school, what you want to do?

4  Let's make it happen, let's make this work.  So we put him in

5  the art school.  He was doing a tattoo academy.  And in the

6  beginning he was shaky, he was still back and forth, not

7  knowing what he wanted.

8         But he started dedicating and I seen him dedicating

9  and dedicating and he finally graduated.  Was one of the first

10 students to graduate from there.  Even his tattoo instructor

11 sent him a letter, loved Brandon.

12        But I guess distractions started hitting and he went

13 on the site and he met Angeles and I guess he got distracted,

14 you know.  Young kid.  He was a little naive, you know.

15        He got distracted, started talking on the phone and I

16 seen him going to school, so I really didn't interfere with

17 it.  I wouldn't have imagined him ever getting into a

18 relationship like this because all his other relationships --

19 yes, he's had problems, but they were never a female of a

20 young age as this happened.

21        But you know, so I let it be.  I was like he's going

22 to school and he's doing his work.

23        And I can't believe once I found out that this

24 happened, this really happened.  And I hope Brandon

25 understands -- I know he did wrong, but I know if we put him

1   in a place where he can learn, where he can get treatment and

2   not just be sitting behind bars and not just in a maximum

3   security place, I know he can really get the help if he gets

4   therapy and gets the right amount of treatment that he needs.

5   Because I know he's a good kid, he just needs good directions

6   and I hope we can help him with that.

7          You know, I know ten years is a harsh sentence for

8   Brandon.  I wish it didn't have to be like this and I hope

9   they don't give him the guideline numbers because that, you

10  know, to put him away for his whole time he's been on earth

11  for that is a little crazy to me, you know.

12         Basically that's all I can say about Brandon.  He's a

13  great kid and I hope you have mercy on him and put him in a

14  place where he can get the help.  And I know if he gets the

15  help and he gets the right treatment, he'll become a great,

16  great man and really understand life.  That you know, you got

17  to pay attention.  You can't make mistakes.  You've got to do

18  everything right.

19         And I'm just learning that now.  And I hope what I'm

20  doing right now can help Brandon become a better man in life.

21         THE COURT:  Thank you.

22         MR. FLEISHER:  Thank you, Justin.

23         THE WITNESS:  You're welcome.

24                   MAX-EVAN AGUAYO,

25    having been first duly sworn, testified as follows:

JULY 11, 2013

```
 1                    DIRECT EXAMINATION
 2  BY MR. FLEISHER:
 3  Q.  Max, tell the Court a little bit about yourself.
 4  A.  I worked two jobs for the last seven years, going on
 5  eight, at UPS and the New Jersey Turnpike.  And I'm also a
 6  graduate student at New Jersey City University.  I just
 7  graduated last May.
 8  Q.  What did you get your degree in?
 9  A.  Criminal justice.
10  Q.  Are you planning to further your education and going into
11  criminal justice?
12  A.  Yes, sir.  I am planning to further my education.  I was
13  offered a job as an adjunct professor recently, so I'm going
14  to get onto that, but yes, I'm planning to further my
15  education.  I just had a little girl.  She was a premature
16  baby, so she's -- I want to grow up with her a little before I
17  get into -- going to law school and getting my Ph.D.
18  Q.  What are you going to teach?
19  A.  Same thing, criminal justice.
20  Q.  At the same school?
21  A.  Yeah.  Because me and the professor, you know, have a
22  hookup.
23  Q.  And you came from Jersey?
24  A.  Yes, we all came from Jersey.
25  Q.  Did you talk to the judge about Brandon?
```

1   A.   Yes, I put all night and took my walk through Queens and

2   had a crazy commute.

3   Q.   Well, thank you and please tell the Court your feelings

4   and thoughts about Brandon.

5   A.   I -- well, I miss my brother.  I haven't seen him for a

6   year now.  Last time I seen him was July Fourth of last year.

7   We were at Houlihan's and I remember, he kept going to the

8   bathroom to use the phone and me, me and my brother, we aren't

9   as close as my other brother and him because I live alone.

10        So I wasn't really like, like my brother say he was

11   pushing, he was on top of him.  I wasn't on top of him like

12   that.

13        But -- I bought him tattoo supplies and I encouraged

14   him to go to school.  I gave him advice, but I can't say I was

15   there like 24/7, saying do this, do that.  Do this, do that.

16        I just tried to be there as much as I could.  But

17   anyway, my brother, like everyone says, he's very talented.

18   He's very, you know, he's -- we know the word in Spanish, he's

19   like enchular.

20        When he meets a girl, he's like very into them.  Like

21   he's, well, like a one-woman man.  He is very -- he falls in

22   love and gets, like, starstruck.  And I guess this is what

23   happened in this case.  Like I didn't even know nothing about

24   it.  Like I was in the dark.

25        And even that night last year, July Fourth, at

1  Houlihan's, he kept going, like I said, going to the bathroom

2  back and forth and I'm thinking in my head, I'm like, what's

3  he doing?  What's he doing?

4        And then a couple days later he told me he was going

5  to Florida.  He said he was going to go see his friend.  So I

6  didn't think nothing of it, like he's going to Florida to see

7  his friend, but then a couple days later my mother called me

8  telling me he got locked up.

9  Q.  Did he tell you who his friend was?

10  A.  Yeah, it was one of the kids that used to live in

11  Marlboro.  But like I said, I wasn't in his life like that.  I

12  wasn't like who is your friend?  Can I meet him?  I just said

13  okay, he's going to see his friend.  That's about it.

14        And he had just finished tattoo school at the time.

15  He did a couple tattoos on my arm and -- well, I'm not going

16  to take my shirt off, but yeah.

17  Q.  Did he do a good job?

18  A.  Yeah, he did good.  I can show this one.  This is his

19  third tattoo.  It's graffiti art of my last name and my

20  mother's last name, Aguayo Colon.  And it was the second

21  tattoo he did.  I gave him the gun, he picked it up and did it

22  right there.

23        A lot of people say a tattoo artist and a regular

24  drawing is different, like based on the medium you used.  So

25  he picked it up so quickly, like.  That's how talented he is

1  art wise, like perception wise.

2       I don't know, I was reading the report and I saw

3  something about that.  One of the doctors who was talking to

4  him said his perception is great.  Like he has really good

5  perception and I can see why, because that's the art factor.

6       Even when we was little kids, one time my brother was

7  talking about the art.  Like he was like eight or nine years

8  old and it was hard too because we were separated, so we

9  didn't see him every day, but he showed me a picture of the

10  rapper 50 Cent and Lloyd Banks and I was like, wow.  Because

11  they were very, very, very realistic.

12       But anyway, what else can I say about my brother?  My

13  brother, he never really got in trouble.  He's not a thief,

14  he's not a robber, he's not a murderer, he's not a rapist.

15  He'd do graffiti sometimes on the side.  Hang out with his

16  friends, have fun, but that's about it.

17       He was a good-living kid.  He liked to laugh, he

18  liked to play ball.  Like we repeatedly played baseball in

19  high school, but he was always caught up with girls.  Like

20  because I remember a couple times we went to the basketball

21  courts and he would be walking back and forth because he would

22  bring his girlfriend with him back in the time.  And she was

23  of age.

24       He was walking back and forth talking to her, like

25  seeing what she wanted.  Like he's very concerned about --

1  like I don't know.  He doesn't take after me in that respect,

2  but ...

3          What else is there to say, Bruce?

4          MR. FLEISHER:  It's your microphone.

5          THE WITNESS:  Yeah, my brother.  I just -- like I

6  said, this ten-year mandatory minimum.  Like I'm in the

7  criminal justice system, so I know all about mandatory

8  minimums and at first when I heard about mandatory minimum for

9  this type of crime, I didn't even know about it.

10          I was in the dark about it because when you talk

11 about mandatory minimums in relation to drug crimes, like

12 crack cocaine, like that kind of stuff.  And when I first

13 heard about 10 years; for this?  Because you hear about like

14 people raping kids and all this and they don't even get ten

15 years.

16          So I don't know where this comes from, transporting

17 state lines.  I know I read about the Mann Act and all that

18 and it's just, wow, surprising to me.

19          And I just want to see my brother in a place where he

20 can grow and prosper and learn from his mistake because maybe

21 he knew it was against the law and maybe he didn't.  Maybe he

22 acted on impulse, maybe he didn't.

23          But in the end, it all comes to helping him further,

24 helping him progress and becoming a better person so that he

25 can hold that impulse in in the future and you know, build

1  upon his mistake.

2          And that's what I have to say to the Court right now.

3          THE COURT:  Thank you.

4          THE WITNESS:  All right.  You're welcome.

5          MR. FLEISHER:  Thank you.

6          Is the interpreter here?

7          THE COURT:  Yes.

8          MR. FLEISHER:  Okay.  Ms. Pino.

9                          MARGARITA PINO,

10     having been first duly sworn, testified as follows.

11         MR. FLEISHER:  May I proceed, Judge?

12         THE COURT:  Yes.

13                        DIRECT EXAMINATION

14  BY MR. FLEISHER:

15  Q.  Mrs. Pino, have you ever met me before?

16  A.  No.

17  Q.  Have you ever spoken to me on the telephone?

18  A.  No.

19  Q.  Did you have a meeting with my investigator, Eduardo

20  Rafael, about what happened with your daughter Angeles?

21  A.  Yes.

22  Q.  And did you convey to Mr. Rafael and the Aguayo family in

23  my office that you wanted to come and testify on behalf of

24  Brandon Aguayo at the sentencing?

25  A.  Yes.

1   Q.   Okay.   Was your daughter Angeles having emotional problems

2   when she was living with you before this happened?

3   A.   No.

4   Q.   Wasn't she Baker-Acted for trying to commit suicide for

5   cutting herself?

6   A.   No, no.

7   Q.   No?   You didn't tell Mr. Rafael that?

8   A.   She did it so that he would come.   She incited him so that

9   he would come.

10  Q.   Okay.

11  A.   She wanted him to come -- he said, he said I'm going to

12  talk to your mom, but she wouldn't let him.

13  Q.   Okay.   Are you here today to speak on Brandon's behalf?

14  A.   Okay.

15  Q.   And can you please tell the Court about your feelings of

16  how you feel about Brandon?

17  A.   Okay.   Well, the day she left, I had mixed feelings

18  because I didn't know what was going on.   But through all this

19  time and everything that I have seen, I know that the law in

20  this country is good because it protects children and I agree

21  with it, but in this case, it should not be like that because

22  he loves her.   He loves her.

23          And she loves him and she has stabilized; she's

24  stable now.   She doesn't want to go to school, she doesn't

25  want to do anything because she was separated from him.   I'm

```
 1  here just to tell the truth.  He didn't do anything bad to
 2  her.  He didn't abuse her.
 3         I ask of you to punish him, but not in excess.  But
 4  to -- but to help him out, he is profession, he studies, he is
 5  not a bad child.  And he might be the age he is, but his mind
 6  is that of a teenager.  He has no ill feeling.  He has given
 7  my daughter a lot of love.
 8         My daughter is very unstable because of this.  I've
 9  had to take her to the psychiatrist.  For example, for my son
10  was prescribed with pills.  My son was prescribed with pills
11  and she said I'm going to kill myself.  And I said how come
12  you're going to kill yourself?  And right away I hid
13  everything and I took her to the doctor.
14         And I ask Your Honor to please help him because I
15  know that the law is made for those who make slaves out of
16  girls or who abuse girls.  But from what I have seen, he loves
17  her and he doesn't mean ill.
18         I ask of you, Your Honor, because everything in my
19  house has become unstable.  I am alone with the two of them.
20  She cuts herself.  She doesn't want to do anything.  She's
21  depressed.  She's been going to a therapist, to a
22  psychiatrist.
23         I know that I am a mother and in the case, if he
24  would have done harm to her, I would be asking for punishment.
25  But I ask of you to help him.
```

1          I want you to help him because I can see the love and

2    the passion he has for her.  Otherwise I wouldn't be here

3    asking for you to defend him.  I would be asking for you to

4    defend both of them.

5          Please, I ask Your Honor to help him.  I like him

6    because he was able to get -- to find the love in her.  I can

7    see that he has become like a guide for her.  Please help him.

8    Please.

9          THE COURT:  Thank you.

10         MR. FLEISHER:  Thank you.

11         THE INTERPRETER:  The mom is asking if she can stay

12   there with her daughter.

13         MR. FLEISHER:  I'm assuming that's all right with the

14   Court.

15         THE COURT:  All right.

16         MR. FLEISHER:  Good morning.

17                    ANGELES GASCA,

18      having been first duly sworn, testified as follows:

19                  DIRECT EXAMINATION

20   BY MR. FLEISHER:

21   Q.  Angeles, have you and I ever met?

22   A.  No.

23   Q.  And have I ever spoken to you on the telephone?

24   A.  No.

25   Q.  Has anyone from my office ever tried to contact you?

```
 1  A.  No.

 2  Q.  And was it you or your mother who contacted our office to

 3  advise us that you wanted to come and testify before this

 4  Court on Brandon's behalf?

 5  A.  That what?

 6  Q.  Did you want to be here today?

 7  A.  Yes.

 8  Q.  To tell the Court --

 9  A.  Yes, yes.

10  Q.  -- about your relationship with Brandon?

11  A.  Yes.

12  Q.  Okay.  Are you in school?

13  A.  No, not now.

14  Q.  Okay.  Where were you going to school?

15  A.  Cutler Ridge Middle.

16  Q.  Okay.  Did you meet Brandon in a chatroom?

17  A.  Yeah.

18  Q.  And was that an adult chatroom?

19  A.  Yeah.

20  Q.  How did you get involved with that?

21  A.  A friend told me about it and I just went on on the

22  computer.

23  Q.  And did you engage in communication with other people

24  before you met Brandon?

25  A.  No.
```

1  Q.  And how long had you been in communication with him?

2  A.  Since January.

3  Q.  Okay.  And tell us how the relationship progressed between

4  you and Brandon in texting and talking on the phone.

5          Let me rephrase the question.  Did you start to have

6  emotional feelings for Brandon even though you had not met him

7  in person?

8  A.  Yes.

9  Q.  Okay.  And did this relationship go on for a period of

10  months?

11  A.  Yes.

12  Q.  Okay.  And tell the Court how you felt about Brandon

13  during this long-distance relationship.

14  A.  Love.

15  Q.  You're saying love?

16  A.  Yes.

17  Q.  Okay.  And did there come a time that you asked him to

18  come down and be with you?

19  A.  Yeah.

20  Q.  Okay.

21  A.  I sent him a picture of me cutting myself, so he can come

22  get me.

23  Q.  So you showed him a picture of you cutting yourself to get

24  him to come down to rescue you, shall we say?

25  A.  Yes.

1  Q.  Now, were you --

2       THE COURT:  I'm sorry, can you come sidebar for a

3  minute, please.

4     (Sidebar discussion on the record as follows:)

5       THE COURT:  I'm just very concerned about this.  I

6  feel like she has already been victimized once and, whether or

7  not she recognizes it as such, this is just victimizing her

8  again, and I am disinclined to allow this.

9       Is there some reason that this cannot proceed by way

10 of proffer?  I've already heard all this and read it all in

11 the record.

12      MR. FLEISHER:  Judge, you are absolutely right, but I

13 was contacted by them and they said they wanted to come and I

14 said I can't get you to be here, I can't count on you coming

15 unless I subpoena you.  So I subpoenaed them, okay.  I've

16 never had any contact with them before this morning.

17      THE COURT:  I understand that.  But -- and I'm not

18 suggesting that up until now there's been anything improper.

19 But, I mean, the only reason I haven't cut it off is because

20 of the Mandatory Victims' Rights Act, which allows victims a

21 chance to be heard if they wish to be heard.

22      But this is a somewhat unique circumstance because --

23      MR. FLEISHER:  It's a bizarre circumstance, Judge.

24      THE COURT:  Well, because she's underage and --

25      MR. FLEISHER:  That's why I filed everything under

JULY 11, 2013

1  seal.

2         THE COURT:  And that's the entire reason why she is

3  protected by the law.  And what he did is a crime, whether her

4  mother seems to understand that or not.

5         I would just ask that you try to do what you need to

6  do and get through quickly.  This is just really --

7         MR. FLEISHER:  I was going to bypass other things and

8  get to that.

9         I've had tremendous pressure from the Aguayo family,

10 you know, to do everything possible for their son.  And, you

11 know, the mother is -- she is an emotional wreck.

12        THE COURT:  Of course.  Of course you need to

13 zealously represent your client and I don't in any way suggest

14 otherwise.  But there is also a victim here, whether she

15 recognizes it or not, and her rights need to be taken into

16 account.

17        I'm not sure what the best way is to do that because

18 of the victim's right to speak.  I don't know if,

19 Mr. Schlessinger, you wish to weigh in.

20        MR. SCHLESSINGER:  Your Honor, I had looked into

21 this; I had the same thoughts that Your Honor had.  I think

22 the victim is statutorily entitled to speak about the impact

23 that the offense has had on her and, typically, we might think

24 that might cut one way.

25        And apparently in this case, as being presented by

1   Mr. Fleisher, it's the other way.  From what I understand, it

2   doesn't affect her right to make the Court aware, I guess, of

3   her feelings about the offense.

4          THE COURT:  All right.

5          MR. FLEISHER:  I had discussions with Seth about how

6   to handle this and filing stuff under seal because of her age.

7   You know, Judge, I have -- my client's family, they are nuts,

8   okay?  They are -- you're going to hear from Dr. Holmes about

9   some certain things, and I'll call my client and I'll be

10  finished.

11         But I'm just doing the best I can.

12         THE COURT:  I understand that.  I'm not suggesting

13  you're doing anything wrong.  I just don't -- I don't want to

14  be doing anything wrong.  Okay.

15         MR. FLEISHER:  Okay.  Well, none of us want to be

16  doing anything wrong.

17         THE COURT:  Let's try to see how we can get through

18  this as quickly as possible.

19         MR. FLEISHER:  I will ask her two or three more

20  questions.

21         THE COURT:  Thank you.

22         MR. FLEISHER:  Thank you.

23      (End of sidebar discussion.)

24  BY MR. FLEISHER:

25  Q.  Angeles, are you here today to support Brandon?

JULY 11, 2013

34

1   A.  Yes.

2   Q.  Okay.  Tell the Court how you feel about him.

3   A.  Its unexplainable.

4   Q.  You have to speak louder.

5   A.  It's unexplainable.

6   Q.  Okay.  Do you love him?

7   A.  Beyond love.

8   Q.  Did you make postings on Facebook that you were happy with

9   Brandon?

10  A.  Yes.

11  Q.  Did you make postings on Facebook that you were

12  Mrs. Brandon Aguayo, that you had married him?

13  A.  Yeah.

14  Q.  Okay.  You understand that Brandon broke the law.  You

15  understand that, correct?

16  A.  Yeah.

17  Q.  Okay.  Because of your age?

18  A.  Yes.

19  Q.  And what else do you want to tell the Court about Brandon

20  to help the Court make its decision in sentencing today?

21  A.  That Brandon, he is a very talented, talented person.  And

22  I don't know why he -- he -- he -- they are trying to give him

23  ten years mandatory.

24  Q.  Well, your opinion on what the Court has to do counts, but

25  the Court is going to do what the Court wants to do.

1          But I am just asking you to tell the Court the good

2    things about Brandon that you know of.

3    A.   That I know of.  That he's a very kind-hearted person.

4    And will go out of his way to make you happy.

5    Q.   Do you love him?

6    A.   Yes.

7    Q.   Anything else you want to tell the Court?

8          If you have no more to say, that's okay.

9          MR. FLEISHER:  No further questions, Judge.

10         THE COURT:  All right.  Thank you.

11         MR. FLEISHER:  Dr. Holmes.

12                    HEATHER HOLMES,

13    having been first duly sworn, testified as follows:

14         THE WITNESS:  Good morning, Your Honor.

15         THE COURT:  Morning.

16                  DIRECT EXAMINATION

17   BY MR. FLEISHER:

18   Q.   Morning, Dr. Holmes.  Can you tell the Court about your

19   educational background, professional experience.

20   A.   I received an undergraduate degree from Marshall

21   University in Huntington, West Virginia, with a dual major in

22   English writing and psychology.  I then obtained a master's

23   degree from Loyola College of Maryland in psychology, and a

24   doctoral degree from George Washington University in

25   Washington, D.C. in psychology.

1           My doctoral internship, which is required for

2   graduation, was done with the Florida Department of

3   Corrections, here in Florida, in the Orlando area.  And I did

4   rotations through one of the youthful offender facilities as

5   well in the psychiatric hospitals of adult offender

6   facilities, both male.

7           My postdoctoral residency was with Dr. Len Heyburn

8   (phonetic) and Dr. Gustavo Sante (phonetic) in pre -- not

9   postconviction, but preadjudicated evaluation for mostly

10  criminal and some civil individuals.

11          THE COURT:  I should note I have reviewed the resume

12  and the report that's in the record.

13  BY MR. FLEISHER:

14  Q.  You are licensed in the state of Florida?

15  A.  Yes, I am.

16  Q.  And did I engage you with the assistance of the Court, to

17  retain you as an expert to evaluate Brandon Aguayo in this

18  matter?

19  A.  Yes.

20  Q.  Okay.  And did you examine Mr. Aguayo?

21  A.  Yes, I did.  We -- I met with him on three occasions.

22  September 25th, October 26th and November 29th, 2012.

23  Q.  And did you review materials that were provided to you?

24  A.  Yes.  I reviewed the narrative summary leading to the

25  arrest.  I reviewed several text messages, cell phone records,

1  the FBI reports.

2        I reviewed the evaluation, neuropsychological

3  evaluation conducted by Michele Quiroga.  I reviewed the

4  indictment.  I reviewed photos that were provided by

5  Mrs. Ivette Aguayo, Brandon's mother, as well as letters that

6  he had written to his mother.  And I reviewed the raw data of

7  the intelligence tests and the achievement tests that was

8  conducted by Dr. Quiroga on the defendant.

9  Q.  Dr. Quiroga is a neuropsychologist?

10  A.  Yes.

11  Q.  And are you familiar with her findings?

12  A.  Yes, I am.

13  Q.  Can you tell the Court if you are in agreement with her

14  findings on her diagnosis?

15  A.  Yes, I was.  She diagnosed him specifically with attention

16  deficit hyperactivity disorder, predominantly the inattentive

17  type, as well as cannabis abuse in early partial remission in

18  a controlled environment and learning disorder, not otherwise

19  specified.

20        She also diagnosed him on Axis II with borderline

21  personality disorder with dependent personality traits.

22  Q.  Okay.  Now let's go into your interviews with Brandon.

23  How did he present to you?

24  A.  He presented -- he was unique in his presentation simply

25  because he presented as exceedingly immature.  There were

1    times, and I noted in the, report when during just

2    conversation and establishing rapport and asking social

3    history questions where he would excuse himself to get up and

4    spit in the garbage can.  He bounced a lot in his seat.

5          He would interject questions about whether or not the

6    defendant in this case could possibly be pregnant and carrying

7    his child.  He showed more interest in, I guess, the

8    well-being of the victim -- I'm sorry, the victim in this

9    case, the well-being of the victim in this case and would

10   interject with how much he cares for her and loves her in the

11   middle of me asking them questions about psychiatric criminal

12   or legal history.

13         So very immature.  Very inattentive and certainly

14   despite being well aware at that time as to what he was facing

15   in terms of punishment, lacking complete insight into it.

16         So he presented as very immature and very

17   hyperfocused, I would say, on the lack of contact with the

18   victim and his desperation to continue the love relationship.

19   So despite what has been found to be an average IQ and would

20   be a high-functioning intellectual adult, emotionally he would

21   be much, much younger and certainly it has impacted him in

22   decision making.

23   Q.  Did you have an opportunity to gather some family history

24   about him and interview Ivette Aguayo, his mother?

25   A.  Yes.  I interviewed her via telephone twice and then she

```
 1   flew down so that both myself and Dr. Quiroga could interview
 2   her in person.  She also communicated several times via email
 3   and when she found out my numbers, cellular number, I received
 4   several text messages to her as well as things she mailed to
 5   my office to review.
 6   Q.   Okay.  And based upon your contact with Ivette Aguayo,
 7   what impressions did you develop or gather about her family
 8   history and her relationship with her family as it affected
 9   Brandon?
10   A.   She admitted and it became very clear that there was a
11   lack of boundaries in the house.  She raised Brandon alone.  I
12   believe he was three or four years old when his parents
13   divorced and his father took custody of the two older boys and
14   Brandon remained with his mother.  So they lived alone
15   together in New Jersey.
16        There was a time when there were boyfriends that
17   would stay with them, I believe one in particular had lived
18   with them.  The lack of boundaries between mother and son in
19   that house is phenomenal.  She admitted to some, but I think
20   she lacks tremendous insight into it.
21        She discussed times that she would sob to him when he
22   was nine or ten years old and say that she didn't want to live
23   anymore because one of her own love relationships had
24   terminated.  She said that she used him a lot to be a friend
25   of hers.
```

1        In hindsight she did have some recognition into the

2   severe inappropriateness of that, but I think even now there

3   is some lack of insight into that.  She admitted to giving him

4   no -- she was fearful that he would get into trouble and get

5   arrested so she would try and control his movements, by

6   example, going through his cell phone, calling his friends,

7   calling his girlfriends, calling their families.

8        However she did not discipline him.  She admitted to

9   giving him virtually no consequences when he did make a

10  mistake or have a problem.  And particularly at this arrest

11  throughout this time, he had resided with her.

12       She purchased the plane ticket for him to come down

13  here.  She provided him with financial -- I think everything.

14  She -- there just was a lack of boundaries and/or consequences

15  and I think that really shaped his structural scheme of how he

16  looks at, appreciates and defines relationships and what would

17  be appropriate to him.

18       There was discussion as well of the separation of her

19  and her ex-husband who is here today, and how they both

20  threatened suicide against each other.  There was times when I

21  guess his father was very upset about the divorce and

22  threatened that he would kill himself if she went through with

23  it.

24       So there was -- it still was unclear to me as to why

25  the boys were separated, but she said that this -- these

1   threats as well as these arguments and volatility occurred in

2   front of the children.

3        So there was a lot of emotional, demonstrative

4   emotional instability.  Demonstrative, not positive healthy

5   examples of what a relationship would look like if it was

6   defined and had proper boundaries.

7   Q.  Did you learn about the age that Ivette Aguayo started her

8   relationship with her husband, Max?

9   A.  Yes, she was 14 when she met his father.  His father was

10  24 at the time.

11  Q.  So was this somewhat of an example for Brandon?

12  A.  He mentioned it.

13  Q.  In your dealings?

14  A.  Pardon me.  He mentioned it before and although he knew

15  and he stated that he understood there was a big age

16  difference between he and the victim in this case, but that

17  you know, his parents had a 10-year difference.

18       It's cultural to Hispanic families and individuals

19  and it's different.  And it was not something that was kept

20  secret or was not relayed to him because he was certainly

21  aware of it at the time that I interviewed him.

22  Q.  Did you conduct a mental status examination of Brandon?

23  A.  Yes, I did.

24  Q.  Tell the Court what your findings and observations were?

25  A.  He stated that he was depressed, he didn't want to be

1  here, which was in jail which was not unexpected.

2          His affect or emotional presentation to me was very

3  similar or congruent to what he said.  He appeared depressed.

4  He appeared with what we call psychomotor agitation.  He

5  couldn't sit still.

6          He was a little bit withdrawn, melancholic.  He did

7  feel better when he was at FDC, which was the third time I saw

8  him.  The first two times I saw him was at the Broward County

9  Detention Center and I guess there is more restriction of

10  movement and he was not as comfortable there or as happy

11  there.

12          He denied suicide.  There was no evidence of any sort

13  of psychosis or mania or paranoia.  He's always had problems

14  reportedly with sleep and he mentioned that even since he was

15  a child.  There was nothing other that was noteworthy other

16  than the fact that his insight and judgment were considered to

17  be very poor.

18  Q.  Did he malinger in any way in your opinion?

19  A.  No, not at all, his psychological testing came back clean

20  and I believe what I read from Dr. Quiroga's report suggested

21  as well that he did exceptionally well on anything that would

22  detect malingering.

23  Q.  And during the evaluation and in reviewing your

24  examination results, what type of personality features came to

25  the forefront here?

1   A.   Certainly in meeting with him, learning of his history,

2   borderline personality came to the forefront, which was not a

3   surprise on testing.   Would you like me to describe?

4   Q.   Yes.

5   A.   Borderline personality is basically -- the movie Fatal

6   Attraction was based and written on that disorder.   It can

7   involve tremendous and it's based on tremendous difficulties

8   in interpersonal relationships.

9           Individuals with borderline personality disorder have

10  -- they vacillate between rageful or head over heels in love

11  in relationships.   There is no balance.   They operate at the

12  extremes.

13          Therefore they have difficulty maintaining

14  relationships because they either become very argumentative or

15  become very needy and clingy, which seems to be more of the

16  case given this defendant.

17          There is also an inability to have a solid grounding

18  in identity, so they receive and obtain their grounding

19  through relationships, so they have an intense fear of

20  abandonment.

21          And that was congruent with his reports and what his

22  mother said about him talking about suicide or feeling

23  suicidal after any relationship in his life would terminate.

24  Q.   Did you find he had suffered from depression prior to him

25  being arrested?

1   A.   Yes.   He has been in counseling.   I -- unfortunately

2   Hurricane Sandy intervened, but I had reached out to the

3   social worker, the licensed master's level social worker in

4   the state of New Jersey whom he had seen, I believe, on three

5   occasions.   We spoke over the phone.

6          I sent him a signed release for Mr. Aguayo.   It was

7   faxed there but it was faxed a few days before Sandy hit and

8   it had been a few weeks.   I didn't hear a response.   I left a

9   few messages after that and still got no response.

10         So I wasn't able to examine physical records, I just

11  had verbal confirmation that he was beginning treatment at a

12  point in time after he broke up with -- or his second

13  girlfriend broke up with him.

14  Q.   Did you find he had a drug dependence?

15  A.   Yes, I believe that he was using cannabis or marijuana.

16  He stated that he discontinued that use approximately six

17  months to a year before this current arrest, but that he had

18  used it.

19  Q.   Let's go to your forensic findings pursuant to DSM-IV.

20  Tell the Court what findings you made.

21  A.   I diagnosed him with major depressive disorder, recurrent

22  and moderate because he had a history of depression in the

23  past.   I thought it was a moderate level.

24         He was not suicidal.   He denied suicidal ideation but

25  yet he talked about problems with sleep and feelings of

1  depression and associated them not just with the

2  incarceration, but with the separation from the victim in this

3  case.

4       I also diagnosed him with attention deficit

5  hyperactivity disorder, inattentive type and that was based on

6  some of the testing I did, some of the history that was

7  gathered from his mother as well as speaking to Dr. Quiroga

8  and reviewing her raw data.

9       I also diagnosed him with cannabis dependence and a

10 controlled environment.

11 Q.  What exactly is ADHD?

12 A.  Attention deficit hyperactivity disorder has three

13 different kinds.  You can have predominantly inattentative

14 type, which means you're not bouncing around as much; you can

15 sit still.  But yet there's -- instead of not being able to

16 pay attention, it's the frontal lobe's inability to maintain

17 attention, sustain it or determine when you are going to pay

18 attention.

19      So the more engrossing an activity is, such as a

20 movie with tremendous sound effects and visual effects -- I'm

21 old school, so Star Wars would work.  That would be engrossing

22 for somebody with ADHD, whereas a drama would be less so and

23 they would tend to lose parts of the movie and not pay

24 attention.

25      But it's pretty much the brain's inability to

1  regulate when you can pay attention.

2        And the other times would be predominantly

3  hyperactive.  In other words, it's more inability to sit still

4  and therefore that would interfere with you paying attention.

5  And then there's the combined type, which is well known in our

6  community of being more difficult to treat psychotropically.

7  Q.  So is ADHD a neurological disorder?

8  A.  Yes, it's thought to occur -- depending on who you ask.

9  There's a famous researcher that believes there's six

10 different kinds.  The majority are located in the frontal

11 lobe, which is in charge of executive functions, such as

12 planning, emotional regulation somewhat, as well as judgment

13 and some personality.

14 Q.  So do you believe that the depression and the ADHD were

15 two of the causes that caused Brandon to make the mistakes

16 that he made in this case?

17 A.  They are certainly contributing factors.  As well as some

18 of the borderline personality features.

19 Q.  Okay.  Now in your practice, have you been retained to

20 evaluate people with sexual problems?

21 A.  Yes.

22 Q.  Okay.  And are you on the approved list for the Miami-Dade

23 County forensic list to evaluate people who are pedophiles or

24 mentally disordered sex offenders?

25 A.  Yes, I am.

1  Q.  And based upon your evaluation of Brandon Aguayo, do you

2  feel that he is a pedophile or a mentally disordered sex

3  offender?

4  A.  No.  In order to meet the criteria for pedophilia,

5  predominant sexual fantasies need to be about prepubescent

6  children.  Not to be judgmental in any way, shape, or form of

7  the victim, but I would argue, given her age and presentation,

8  although I did not know her a year ago, that she wouldn't have

9  appeared prepubescent.

10         I did see some of the photos, so there is that

11  factor.  And also, this is according to everybody I've

12  interviewed, the only relationship that he's had with anyone

13  who wasn't age appropriate.

14         In my mind and asking him about sexual fantasies, and

15  of course, relying on his report, there wasn't anything that

16  was indicative of pedophilia.

17  Q.  As part of the sentencing process in this case, after

18  Brandon is released from prison, he must register as a sex

19  offender.

20  A.  Yes, I understand that.

21  Q.  Despite that fact, do you believe he is a sex offender?

22  A.  Clearly the offense that he committed is sexual in nature.

23  So clearly, he has offended sexually.  As far as there is no

24  -- the DSM-IV-TR or 5 does not have diagnostic criteria to be

25  a sex offender.

JULY 11, 2013

1            However, I believe the decisions that he made were

2    made from his own severe immaturity, some of his mental

3    disorders and clearly a tremendous lack of judgment, which I

4    see more as a developmental thing.

5            So do I see him as a sexual offender?  No.  He does

6    not fit the typical sex offender profile.  Typically there is

7    a lot of denial.  He embraces this relationship, asks about

8    the victim --

9            THE COURT:  Let me ask you a question, though.

10           THE WITNESS:  Certainly.

11           THE COURT:  Are you aware of his prior stalking

12    problems?

13           THE WITNESS:  Yes.

14           THE COURT:  I mean, does that not give you any

15    concern at all?

16           THE WITNESS:  It gives me concern in his inability to

17    make really good sound judgments when it comes to

18    relationships.  And that is borderline personality in a

19    nutshell.

20           THE COURT:  But doesn't that start to affect other

21    people?  I mean the description and perhaps the description is

22    not entirely accurate, but the description that I've read of

23    that conduct is such that it appears that, let's see, there

24    was a domestic violence order that had to be issued to stop

25    it.  And even after the domestic violence order was issued,

1  that he continued to pursue this woman and refused to leave

2  her alone, that he was found waiting in her car.

3       I mean, at some point, I understand what you're

4  saying that -- what it says about him.  But at some point does

5  it not become a problem for other people?

6       THE WITNESS:  I agree his behavior is certainly a

7  problem for other people and I would not argue that any of the

8  mental issues he has excuses that behavior.  Rather it just --

9  my job is to explain how he got into the position he's in.

10 And I think that, you know, the three therapy sessions he had

11 clearly was not enough.

12      The fact that he was using marijuana instead of

13 seeking out psychotropic medication was clearly not a good

14 plan as well.  But it's when he gets into a relationship that

15 the -- that there is the breakdown of good decisionmaking or

16 any positive decisionmaking.

17      In other words, this was a woman he had been in a

18 relationship with for years.  Do I see him as somebody that

19 would engage in stranger attacks or that would seek out a

20 woman whom he has never met before and prey and be predatory

21 in that kind of definition of what we're taught about sexual

22 offenders?  No.

23      THE COURT:  What about in this case and again, maybe

24 I'm remembering it wrong, but my recollection of the record is

25 that he originally met her through this website in January of

1  2012.  And according to his version, he didn't know she was 13

2  at the time, but he found out that same month that she was 13

3  and continued to pursue her after that.

4  I mean, that's not -- that's within a month period, I

5  mean, even giving the benefit of the doubt, the most it could

6  have been is a month.

7  THE WITNESS:  Absolutely and I agree with you.  I

8  mean, he did and he was very forthright in that he knew her

9  age after a small period of time because she told him.  I

10  think the problem with this young man is when he falls, it is

11  head over heels, without any sort of judgment.

12  Any sort of -- you know, there is discussion in some

13  of the text messages of wanting to hurt themselves and cutting

14  and being attracted to that.  And it is really part and parcel

15  to borderline personality disorder.  They fall hard, they fall

16  fast and their boundaries are gone and their decisionmaking is

17  gone.

18  So I see his actions really as a combination of the

19  ADHD and the borderline personality disorder.  And typically

20  with sexual offenders, they are in denial and they're denying

21  down their offenses.

22  He was not just explicit about them, he was

23  extraordinarily open about them and talked about this victim

24  at any moment that he could.

25  And believe me, Your Honor this is not to excuse the

JULY 11, 2013

1  behavior in any way, shape, or form.  I mean, she was 13, so I

2  understand.  But it's to explain and put it in context.

3        Clearly his minimum mandatory is 10 years and the

4  Court, from what I was explained earlier, is unable to go

5  below that, but hopefully that would encompass some therapy in

6  the prison system so that when he is older, more mature and

7  released, he would have some sort of therapeutic intervention

8  behind him that will be helpful in his decisionmaking down the

9  road.

10        THE COURT:  Thank you.

11  BY MR. FLEISHER:

12  Q.  Would he benefit from the RDAP program?

13  A.  Yes.

14  Q.  Alcohol or substance abuse based upon the marijuana

15  history that he gave you?

16  A.  Yes, I think he would benefit from psychotropic

17  medication, a mild antidepressant in lieu of obviously,

18  marijuana, certainly.

19  Q.  Thank you, Doctor.

20  A.  You're welcome.

21        MR. SCHLESSINGER:  Your Honor, could I pose a few

22  questions to the doctor?

23        THE COURT:  Sure.

24                    CROSS-EXAMINATION

25  BY MR. SCHLESSINGER:

52

1  Q.  Dr. Holmes, good morning.

2  A.  Good morning.

3  Q.  Dr. Holmes, I want to ask you a few questions.  You met

4  and evaluated the defendant when he was incarcerated, right?

5  A.  Yes.

6  Q.  Multiple times, but he was incarcerated each of the times

7  you met him?

8  A.  Yes.

9  Q.  And I think you said just now that actually when you met

10  him, he already -- the defendant already knew that he was

11  facing a significant amount of prison time potentially?

12  A.  Yes.

13  Q.  And even though he knew he was facing a significant amount

14  of prison time potentially, I think you said just now he was

15  nonetheless desperate to contact the victim; is that right?

16  A.  Yes.  He was in mourning over the relationship and wanted

17  to know how she was doing with -- yes.

18  Q.  He was very interested in getting back in touch with her,

19  even knowing the potential consequences of his actions to that

20  point?

21  A.  Yes.

22  Q.  And I think you used the term just now, he was

23  hyperfocused on the victim, is that correct?

24  A.  Yes.

25  Q.  Okay.  You used the term, you said people or people in the

JULY 11, 2013

53

1   defendant's situation or with his psychological

2   characteristics exhibit no balance, I think was your word; is

3   that correct?

4   A.  No boundaries.

5   Q.  No boundaries.

6   A.  Yes.

7   Q.  Okay.  Instability, you said?

8   A.  Yes.

9   Q.  To describe the defendant?

10  A.  Yes.

11  Q.  Would you describe him as unstable?

12  A.  I mean, when I saw him, I found him to be psychiatrically

13  not stable.  He has since I think been placed on medication.

14  Q.  And you said people with the defendant's mental and

15  psychological characteristics tend to operate at extremes; is

16  that correct?

17  A.  They tend to -- their emotional states tend to operate at

18  extremes and they define things at extremes.  So people are

19  either all good or all bad.  They're either madly in love with

20  someone or want nothing to do with them.

21  Q.  So even having been made aware that his actions had very

22  severe -- potentially very severe criminal consequences, the

23  defendant nonetheless expressed interest to you on multiple

24  occasions about reaching out or his potential or desire to

25  make contact again with the victim?

JULY 11, 2013

1   A.   Yes.   That's why it would be my recommendation that during

2   prison he receive treatment.   Like I said, he's only had three

3   psychotherapy sessions.   I don't have the content of those

4   because I could not receive them.   But he desperately needs

5   intervention, which I do believe his family also testified to.

6   Q.   Okay.   And you didn't perform any tests, did you, to

7   evaluate the defendant as to whether he is a danger to the

8   community?

9   A.   As far as risk assessment testing?

10  Q.   You didn't perform any risk assessment tests, did you?

11  A.   No, no.

12  Q.   I mean, you're aware of such tests?

13  A.   Yes, although in terms of research, but yes.

14  Q.   Okay.   Have you ever applied them before?

15  A.   I have, but given the sentencing guidelines, I didn't see

16  it as an immediate concern of the Court.   So that's why I

17  didn't choose to do them.

18  Q.   But in terms of -- you also said just now that the

19  defendant doesn't really meet the profile of a sexual offender

20  I think is what you said just now?

21  A.   Correct.

22  Q.   But you didn't apply any test on that?

23  A.   That there is no, quote, test for sexual offending.   There

24  is something called a Static-99, which I would fill out.

25  Q.   Did you fill it out?

1  A.  No, but -- it's hard to explain.  There are certain

2  criteria on there that would have to be met, so he would not

3  score high on that test.

4  Q.  Okay.  In addition to not performing the test, did you

5  review any images of child pornography in connection with the

6  case?

7  A.  No.  Thank you.

8  Q.  You didn't review any, like, videos that were transmitted

9  to the defendant's cell phone that were made by the victim in

10  this case or her relatives?  Did you review any of those?

11  A.  No.

12  Q.  In your examination, your administration of the MCMI-III,

13  you noted that the defendant obtained four elevations in his

14  personality score?

15  A.  Hold on.  Let me just check; give me one second.  Yes.

16  Q.  And one of those was narcissistic?

17  A.  Yes.

18  Q.  And that means, basically the defendant is more likely

19  than an average person or a healthy person to focus on himself

20  and his own needs, right?

21  A.  Narcissism by definition is a weak ego, basically meaning

22  not necessarily that you just focus on yourself, but that you

23  need other people, so that you can give value to yourself.

24  Q.  Okay.  Well, I think in your terms you wrote that the

25  defendant is likely to focus solely on his own needs; is that

1  correct?

2  A.  Yes, that would be correct.

3  Q.  And you meant his own needs as opposed to the needs of

4  other people?

5  A.  Yes.

6  Q.  So in a sense it's narcissism as opposed to altruism?

7  A.  Correct.

8  Q.  He would be less likely to do something that would be to

9  the detriment of his own interests and help somebody else.  He

10 would be less likely to do that because of his personality

11 traits.

12 A.  Correct.

13 Q.  I'll just repeat the question and maybe it was very

14 disorganized to begin with.

15       But what I meant to ask you was is it fair to say the

16 defendant, because of his personality characteristics, is less

17 likely to do something that would be against his own interests

18 to help somebody else.  He's less likely to do that.

19 A.  It's not that he wouldn't be helpful to somebody else.

20 And he didn't meet the criteria for narcissistic personality

21 disorder.  He had some features and traits.

22       He met criteria for borderline personality disorder.

23 They are actually somewhat related.  So there would be -- he

24 wouldn't be able to give to somebody if it went against his

25 own feelings at this stage.

1     I think therapeutic intervention could improve that,

2 but it's kind of a gray answer on a gray area because he has

3 features, but he doesn't have the full-blown narcissistic

4 personality disorder.

5          MR. SCHLESSINGER:  Thank you, Your Honor.  That's all

6 the questions I wanted to ask you.

7          THE COURT:  All right.  Thank you.

8          MR. FLEISHER:  Three more questions, Your Honor.

9                         REDIRECT EXAMINATION

10 BY MR. FLEISHER:

11 Q.  Doctor, did I disclose to you that there was an exchange

12 of so-called personal pornographic materials between Brandon

13 and Angeles?

14 A.  Yes.  You did.

15 Q.  How many patients have you evaluated during your

16 professional career who were sex offenders?

17 A.  Hundreds.  I used to conduct sex offender treatment

18 programs in the prison system.  I've treated sexual offenders

19 in private practice.  And I've done several MDSO evaluations

20 for Miami-Dade, for the court system as well as privately.

21 Q.  Okay.  And in evaluating Brandon for the purpose of this

22 sentencing, did you feel the need to evaluate him as a sex

23 offender?

24 A.  No.

25          MR. FLEISHER:  No further questions.

JULY 11, 2013

1            THE COURT:  All right.  Thank you.

2            MR. FLEISHER:  Thank you, Doctor.

3            THE COURT:  Anything further?

4            MR. FLEISHER:  Yes, Judge.

5                       BRANDON AGUAYO,

6       having been first duly sworn, testified as follows:

7                       DIRECT EXAMINATION

8   BY MR. FLEISHER:

9   Q.  Tell the Court your name even though the judge knows your

10  name.

11  A.  My name is Brandon Aguayo and I'm 21 years old as of April

12  1st.  I was born in 1992.

13           I want to start by apologizing once again to you, the

14  Court, Angeles' family and my family because of this whole

15  ordeal.  I did not mean to cause all this chaos upon myself,

16  nor did I know that I was committing such a serious crime or

17  the consequences would result in a penalty so severe.

18           I do admit that I'm still immature and young-minded.

19  I am naive to life because I really haven't had a chance to

20  experience life on my own or even earn a living and pay my own

21  bills and finances.  I have a lot more to learn about life and

22  still have a lot of growing up to do, as you can see.

23           Man made a law that at the age of 18 we're considered

24  legal adults in the U.S., but truthfully, we are still kids at

25  that age, still growing up and learning new life experiences

                            JULY 11, 2013

1   on a daily basis.

2          I was 19 years old when I met Angeles and had just

3   turned 20 when I got arrested.  I was just a teenager the

4   other day and graduated from high school not more than three

5   years ago.

6          Your Honor, I did what I did because me and Angeles

7   had fell in love.  I did not do all this just to have sex with

8   an underaged girl.  She cried to me about how her life was

9   messed up and full of depression, but with my presence in her

10  life she told me she was happier.

11         I wanted to rescue and help her from a bad situation

12  she was in because of my feelings for her and because I really

13  care.  I'm not fetching for an excuse other than some

14  understanding that, as a teenager, I made a mistake.  Now

15  because of this, I'm looked down upon as this horrible person

16  and as a monster, which I'm so far from.

17         I'm not a sexual predator or pedophile who finds

18  pleasure in sexually messing around with kids.  I'm an awesome

19  person with an amazing heart, who only wants to do good in

20  life.  I don't have the mind of a criminal or a malicious,

21  evil person.  I never did and never will because I wasn't

22  raised that way.

23         I never had no ill or bad intentions to hurt or harm

24  Angeles physically or emotionally.  All I wanted to do was

25  help and be there for her, which now I realize I went about

1  things the wrong way.

2        Another main reason I did this was because of the

3  example my parents set in the age difference.  My mom and my

4  dad met when she was 14 and he was 23.  Me being six years

5  apart from Angeles made me think that it wasn't that big of a

6  deal, especially because of her level of maturity at her age.

7        God never did put an age limit on love or heart.  I

8  truly apologize for all this and I realize it was selfish of

9  us for not letting our families know what was going on at the

10 time, but I was engulfed in my feelings and had tunnel vision.

11       I wish I would have known the law better and just

12 known better in general, but I honestly didn't.  I would have

13 never done this if I knew that I would be facing ten years to

14 life in prison.  I wish I never caused all this pain to my

15 family and loved ones, but I messed up.

16       As human beings, wisdom and knowledge come with age,

17 and me being young, I made a poor decision.  We all make

18 mistakes because we aren't perfect.  I might have done wrong,

19 Your Honor, but there is so much more good in me that

20 overpowers this one wrong and I ask that you please see that.

21       Now I stand here before you with my life in your

22 hands and at the mercy of the Court, pleading to view this in

23 a human's aspect or a mother's point of view.  Hypothetically

24 speaking, if you had a son about 19 or 20 years old, who was

25 very emotional when it came to relationships and who happened

1  to fall in love with a girl six years younger than him, would

2  you think your son deserved such a harsh sentence of

3  imprisonment?

4          Now, I know you have a job to uphold and I don't want

5  to take up any more of your time, so lastly I ask with all due

6  respect to consider that I have a very loving, supportive

7  family who has been here with me since day one.  I'm a good

8  person with a good heart, who has never been in this type of

9  situation before and I just let my emotions get way ahead of

10 me.  Thank you.

11         THE COURT:  Thank you.

12         MR. FLEISHER:  Judge, I have two additional pieces of

13 artwork that Brandon gave me I would like to pass up to the

14 Court.

15         THE COURT:  All right.

16         All right.  Thank you.

17         MR. FLEISHER:  Judge, may I offer some final

18 thoughts?

19         THE COURT:  Of course.

20         MR. FLEISHER:  As Your Honor knows, I had filed a

21 motion for a downward departure in this matter.  And the

22 guidelines were 210 to 261 months with a 10-year minimum

23 mandatory.  And I think that the memo and the doctors' reports

24 and what has been brought forth this morning clearly shows

25 that Brandon has a maturity problem.

1    He has a cognitive problem, which is the ADHD,

2   emotional problems.  And this case was resolved by a plea

3   agreement.  And I knew from the beginning in meeting him that

4   he did have these problems and that's why I sought out the

5   help of forensic psychologist and forensic neuropsychologist,

6   Dr. Holmes.

7    And I thank the Court for allowing me to retain

8   through CJA these two doctors and Doral Investigations.

9    We did take a statement from Angeles' mother

10  Margarita, which the Court had.  I never attempted to talk to

11  Angeles because she was a minor.

12    There was a lot of anger in Ivette Aguayo's

13  presentation to the Court.  Anger at the government.  Anger at

14  Mr. Schlessinger.  And I really was not expecting to hear that

15  although I knew that she had that in her heart.

16    And the law is the law and the situation is as it is.

17  But I think that based upon Dr. Holmes' assessment of the

18  family situation and of Ivette Aguayo, the Court can clearly

19  see how the apple doesn't fall far from the tree.

20    I was probably as outraged and frustrated as Ivette

21  Aguayo was in the beginning in trying to resolve this case.

22  And I hoped that we could reach some type of a plea agreement

23  where Brandon could enter a plea to something that was not --

24  nonminimum mandatory, even if it carried a 30 to life sentence

25  because I've always been comfortable before this Court and

1  always found this Court to be very fair in the sentencing

2  process.

3          This is a case where he starts at a guideline min/man

4  10, he has no chance to qualify for any 5K1 or cooperation

5  deals.  He doesn't know any of the usual people that we all

6  come across in the system.

7          He's a first offender.  And he's 20 years old.  So if

8  he gets a 10-year minimum mandatory sentence from this Court,

9  that is half the amount of time that he has spent on this

10 earth.  The character letters are very complete in their

11 feelings and opinions about Brandon.

12         And of course, we had letters from not only family

13 people, but friends and colleagues and teachers.  And they all

14 had the same mantra, that he's good kid, a loving kid, but he

15 has maturity problems.  He means well, but he's immature.

16         The doctors' reports tell the Court exactly what the

17 Court need to know.  He -- there was an issue that Mrs. Aguayo

18 made about the *Miranda* rights.  *Miranda* rights at this point

19 are irrelevant, number one.

20         Number two, the government could probably prove their

21 case without any statements that he made.  But the point is

22 that he made statements to the police and he told the police

23 what had happened.  He accepted responsibility for his

24 actions.

25         He probably should have received treatment at an

 1    earlier age, but he didn't.  And that's where emotional
 2    problems, or the problems that Dr. Holmes has described.  He
 3    should have probably been on some type of psychotropic
 4    medication as opposed to self-medicating with marijuana.  The
 5    Court knows about the diagnosis by Dr. Holmes and by
 6    Dr. Quiroga and the government has not challenged that in any
 7    way by any expert, with any expert.
 8            I don't think that Angeles looks now or looked like
 9    online the 13-year-old young woman that she was.  She acted
10    much older.  We have supplemented the record with Facebook
11    pictures and quotes and things along those lines.
12            And there was a Facebook posting by Angeles about her
13    wedding announcement to Brandon of June 7, 2012.  And there
14    are other provocative postings and in her postings, she said
15    that, you know, he made me happier.
16            The government took him away from me.  He will always
17    stay in my heart and on my mind.  I have been suffering,
18    crying for weeks.  I love him with all my heart.  She's trying
19    to stay strong and nobody will ever understand what we had
20    together.  I love you, Brandon.  Even if you are not here with
21    me, I still love you.  These were all on Facebook.
22            Normally a victim's mother comes in here and they
23    want the maximum sentence and they want someone to be severely
24    punished.  Mrs. Pino came in here and told the Court very
25    candidly how she felt about him.

1          The Court knows under *Booker* that mitigating factors

2    can warrant a downward departure and a variance under 18 USC

3    3553(a).  And I don't have to educate the Court, the Court

4    being a former federal prosecutor, then a magistrate and now a

5    district court judge, about all the case law that talks about

6    downward departure and where downward departures were granted.

7          And there was one case that I did come across, *U.S.*

8    *versus Irey*, I-R-E-Y, which affirmed a downward variance from

9    a level 43, which is life, down to 210 months in an utterly

10   gruesome case, recognizing and this is the Court's words, that

11   sentencing is the most difficult job a district court judge

12   performs.

13         And I have given the Court probably 20 other cases

14   about downward departures that could justify Your Honor giving

15   below the guidelines and actually sentencing him to the

16   minimum mandatory.

17         I also included as an exhibit and I called it food

18   for thought, members of the judiciary's view of minimum

19   mandatory sentences and their future.

20         This has been a very difficult case for everybody

21   involved.  It's been difficult for me as an attorney because

22   in dealing with my client and dealing with the emotions of my

23   client's family.

24         They love their son.  They love their brother very

25   much.  And they know how remorseful he is.  And I think that

1  Brandon's comments to the Court admit that he was wrong and

2  the reasons as to why he was wrong.

3       A guilty plea evidence is the first step in

4  rehabilitation in our court system and I ask the Court to be

5  fair and I ask the Court to give him a variance and a downward

6  departure and sentence him to the 10-year minimum mandatory

7  followed by the supervised release that is imposed under

8  statute.

9       There is one thing I forgot to mention, Judge,

10  because the Court was interested in the prior North Carolina

11  incident, the stalking incident.  And I am aware, I have

12  found, after speaking to Ivette Aguayo, that the victim in

13  that case was in violation of the restraining order as well.

14       THE COURT:  Well, let me tell you something.  Not to

15  be rude, but I'm not going to take it on hearsay from the

16  defendant's mother.  So --

17       MR. FLEISHER:  That's all I can present, Judge.

18       THE COURT:  I'm just not going to take on it hearsay

19  from the defendant's mother.  I mean, investigators -- an

20  investigator was made available.  The records, I presume,

21  would have been available and I'm just not going to take it on

22  hearsay from the defendant's mother, who comes in here and

23  essentially attacks the prosecutor for doing his job.  Not

24  going to do it.

25       MR. FLEISHER:  Well, I apologize for her attacking

JULY 11, 2013

1  the prosecutor.  I didn't expect that this morning.

2        I know that Mr. Schlessinger has a job.  We all have

3  a job to do and emotions play a great deal in these cases.  So

4  I thank the Court for all the help Court has given us to

5  discover the problems, evaluate and develop an opinion on the

6  problems he has.

7        I know that this young man has learned a lesson of a

8  lifetime.  He's 20 years old.  If the Court sentenced him to

9  the minimum mandatory of 10 years, along with the RDAP

10  program, he will get out when he's about 30.

11        He has a promising career ahead of him as an artist.

12  Whether it's a tattoo artist or a graphic artist or a portrait

13  artist, I don't know.  I just ask the Court to temperance, to

14  temper the sentence with mercy and sentence him at the minimum

15  mandatory of 120 months.

16        Thank you, Judge.

17        THE COURT:  All right.  Thank you.  Does the

18  government wish to be heard?

19        MR. SCHLESSINGER:  Yes, Your Honor.

20        Your Honor, I just wanted to say at the outset first

21  -- well, I guess, first with respect to Ms. Aguayo's comments,

22  I understand this is a difficult and trying time for her.

23        It's a difficult moment.  Certainly no offense is

24  taken, so that's not being taken into consideration certainly

25  by me in any way.  And I just wanted to put that --

1          THE COURT:  Of course.  This Court does not sentence

2     people based on the emotions of family members.  It is

3     certainly understandable why someone would be upset about

4     their child facing imprisonment.

5          However, my experience with Mr. Schlessinger and with

6     Ms. Carpinteri has never been anything but professional.  I

7     have never seen vindictiveness on either individual's part and

8     I just want the record to be clear that I have no reason to

9     believe that they were doing anything other than approaching

10    their job in the professional way that they should have been.

11         There may be a disagreement on the part of the

12    defendant's mother with how the law operates, but it doesn't

13    make it appropriate to attack the prosecutor.  Go ahead.

14         Please sit down.  Thank you.

15         MR. SCHLESSINGER:  Thank you very much, Your Honor.

16    I appreciate that.

17         I also want to say with respect to a case cited by

18    Mr. Fleisher, *Irey*.  I think Mr. Fleisher cited that case.

19    The case that he cited, a panel of the Eleventh Circuit

20    affirmed a downward variance to 210 months, but if I'm not

21    mistaken, that case later went on en banc.  That panel opinion

22    was vacated and in the en banc decision -- the panel decision

23    was reversed and the case was essentially remanded to the

24    district court for directions to impose the 360 months

25    statutory maximum, if I'm not mistaken.

JULY 11, 2013

1        And I'm sorry that I don't have the case citation

2   handy for the Court, but it is *U.S. versus Irey*.

3        THE COURT:  That's all right.  Let me ask you this.

4   I mean, I am struggling with this case, to be honest with you.

5   And I'll tell you what my thoughts are.

6        On the one hand, there is no excuse for what

7   Mr. Aguayo did.  I understand that he might have -- well, I

8   understand he's saying now that he might have thought it was

9   okay because there was a six-year age difference.

10       But it's not about the age difference.  It's about

11  the absolute age of the girl involved.  She was 13 at the

12  time.  He pursued her, knowing she was 13.  While he may not

13  have known initially, he clearly knew shortly thereafter and

14  continued to pursue her.

15       They met in January 2012.  He knew in January 2012.

16  The incident where he came down to her house and had her

17  perform intimate sexual acts on him and took her from her home

18  and then had her perform additional intimate sexual acts on

19  him while on a bus, those all happened when she was 13.

20       The law is written to protect people who are that age

21  because they do not -- they are not expected to have the fully

22  developed brains, emotions, reasoning skills.  And they may

23  not make the best decisions for themselves as those who might

24  be older.  And they are to be protected from people who are

25  older and who should know better and who would take advantage

1   of them.

2          So I think this is a very serious crime that

3   occurred.

4          I'm also troubled by the fact that this particular

5   defendant has a history of the stalking, which was previously

6   discussed.  I mean, to be found in the car, waiting in the car

7   for this woman, even when there is a domestic order against

8   him, is very troubling.

9          All of these things are things that weigh heavily on

10  my mind and protecting the public is a concern that I have.  I

11  will be completely honest with you in that regard.

12         On the other hand, he doesn't have any convictions.

13  He was 19 when this occurred.  And this isn't a situation that

14  we sometimes have in these cases where somebody goes online

15  looking to victimize -- it doesn't at least appear to me to be

16  where somebody goes online looking to victimize a young girl

17  or looking to distribute pornographic images of children or

18  anything of that nature.

19         And the 10-year mandatory is a long time, especially

20  for someone of that age.  And he's looking at guidelines which

21  are from 210 to 262 months.  That comes out to, I don't know,

22  17 and a half years on the bottom.

23         If I were to sentence him to 17 and a half years, he

24  would have spent almost as much time in jail by the time he

25  gets out as he has spent not in jail.  And for the nature of

1  this particular offense, which as I said, in no way should be

2  minimized, it is a very serious offense, I'm not sure that's

3  right answer either.

4       It's sort of a long discussion of this, but what is

5  your -- how do all these things factor into the government's

6  analysis?

7       MR. SCHLESSINGER:  Well, Your Honor, I do think a

8  guideline sentence is appropriate.  I think Your Honor touched

9  on it already.  The reason that we have laws like this one to

10 which the victim's consent is not a defense is because victims

11 of that age are not able to consent.

12      They are not able to consent to sexual activity with

13 an adult like the defendant, in fact, and the law reflects

14 that.

15      I know that the victim was here in this case and

16 spoke on behalf of the defendant, but I think that's actually

17 quite a vivid demonstration of the need for and the

18 justification for the very law that the defendant's been

19 convicted of violating.  Because even today, even today the

20 victim really does not understand what's occurred, is not able

21 to make an appropriate judgment about what's an appropriate

22 relationship, what appropriate boundaries would be or who is

23 an appropriate person to, I guess, engage in a relationship

24 with.

25      I also think that it's very telling and revealing

1  that the defendant and many of his supporters, whom he is very

2  lucky to enjoy the support of, have pointed to his youth, his

3  immaturity, his lack of judgment and so forth in excusing his

4  own conduct.

5          But have also pointed to the victim's supposed --

6  supposed consent in engaging in a relationship with him to

7  mitigate his culpability.  So in a sense, he's saying, well, I

8  was very -- I was very immature and I, you know, I just used

9  bad judgment, but a 13-year-old girl, her decisions should be

10  treated as though they were reasoned and considered exercises

11  of, you know, proper judgment.

12          It's really not appropriate.

13          If he made a poor decisions and he can't be held

14  responsible for his own decisions, I think all the more so, I

15  don't think he should be entitled to point to the victim's

16  decision to engage in a relationship with him as somehow

17  mitigating his culpability.  Certainly it doesn't.

18          I absolutely agree that the defendant is entitled to

19  all three levels for acceptance of responsibility.  But I

20  think that when we hear the defendant and many people speaking

21  on his behalf that the conduct is not so bad because the

22  victim's agreed to it, consented to it, participated in it, I

23  think Court should consider whether the defendant truly has

24  accepted all the responsibility.  Whether he truly is

25  remorseful entirely.

JULY 11, 2013

1        Because it's apparent, at least to me, that the

2   defendant does not appreciate, if he's -- if he and his

3   attorney --

4        THE COURT:  Let me say this.  I agree with all of

5   that.  I think there have been a lot of excuses that this

6   defendant has made.  Although he gives lip service to the idea

7   of accepting responsibility and I am going to credit him for

8   that.  I think he has.  He has said, well, you know, well, the

9   victim wanted him to come down and she cut herself so he would

10  come down.

11       To me, that's indicative of why a 19-year-old does

12  not go out with a 13-year-old.  Because a 13-year-old is not

13  mature enough to handle the emotions that come from that level

14  of a serious relationship.

15       He has blamed his own mother for -- he's blamed his

16  own mother's relationship with his father for being the

17  ten-year relationship and her being 14 at the time.  He has

18  blamed the victim's mother for putting her on the phone with

19  him.  He's blamed the officers for manipulating him allegedly

20  into giving an incriminating statement.

21       He's blamed the prosecutors.  There is no shortage of

22  people that he's blamed.  And I agree also that he does seem

23  to and I think that the doctor has also confirmed this, that

24  he continues to want to reunite with the victim.

25       All these things are very troubling.

JULY 11, 2013

1        But even knowing all of that, how is 17 and a half

2    years an appropriate sentence?  I mean, for -- I understand

3    it's the guideline sentence, but as you know, under the

4    Supreme Court law, the guidelines are not considered

5    presumptively correct anymore.  So I need to understand why 17

6    and a half years is appropriate in this case.

7        MR. SCHLESSINGER:  Your Honor, the two things that I

8    would point to, I guess, that I haven't touched on already are

9    the following.  One is the substantial amount of evidence

10   that's available that indicates not that the defendant was

11   doing this innocently or that he truly believed what he was

12   doing was okay, but that he knew what he was doing was illegal

13   and inappropriate and that includes text messages sent by the

14   defendant to --

15       THE COURT:  Telling her to get rid of them, I saw it.

16       MR. SCHLESSINGER:  Telling her to get rid of them.

17   Lying about his own age and lying about the victim's age to

18   his own mother in conversations to his own mother.  No reason

19   to do that if he believes what he is doing is truly okay and

20   he's just doing it completely innocently.

21       Hiding the relationship, I think, from his own family

22   members.  I believe it was Mr. Max Aguayo who pointed out the

23   defendant retreated to the bathroom to use the phone to

24   contact the victim.

25       No reason to do that, particularly for somebody who

1  is described as a romantic, who can't hide his feelings, but

2  he's hiding this relationship from his family members and

3  friends.  He said he knew nothing about the relationship that

4  he was completely consumed with.

5       If he's completely innocent, he thinks there is

6  nothing wrong with this, why is he doing it?  He knew that

7  there was something wrong, he knew it was inappropriate.  He

8  purchased the bus ticket when he -- sort of snatched or she

9  traveled with him when they left Miami to go back to New

10 Jersey, I guess to live with the defendant, he bought his own

11 bus ticket in his own name, but the victim's bus ticket was in

12 a false name.  It was in a fake name.

13      He knew that what he was doing was wrong.  So that's

14 the first reason.

15      The second reason, Your Honor, really is I think the

16 troubling pattern of conduct that's developing.  Your Honor

17 already touched on the prior restraining order.  I think it's

18 important to focus on the exceedingly short amount of time

19 between the period in which he was arrested for violating that

20 restraining order in North Carolina.  That was the end of --

21 around Christmastime in December 2011, very end of December of

22 2011.  It's January 2012, the next month, when he meets the

23 defendant or meets the victim online.

24      THE COURT:  Let me ask you this.  Are you saying that

25 you think we need to do 17 and a half years to protect the

1  public?

2         MR. SCHLESSINGER:  It's to protect -- it's to protect

3  the public, it's to reflect the seriousness of the offense.  I

4  think primary among the 3553(a) goals that would be served by

5  a guideline sentence would be to protect the public.  To

6  protect the public from a troubling pattern of conduct that's

7  developing on behalf of Mr. Aguayo.

8         THE COURT:  If he receives the treatment he should be

9  getting, though, is there any scientific or other basis to

10  believe that 17 years is going to be -- is going to protect

11  the public any more than a shorter sentence would other than

12  that he will physically not be able to get to any member of

13  the public?

14         Or are we saying he's going to have a problem forever

15  and so at least we get five more or seven more or however many

16  more years of protection of the public?  I mean, what is your

17  argument in that respect?

18         MR. SCHLESSINGER:  Well, I think we have to -- I

19  think the Court has to proceed on the assumption that a longer

20  period of sentence is going to have a greater deterrent

21  effect.  Certainly whether 10 years, 13, 14, 15 is sufficient,

22  which of those is sufficient to achieve the appropriate

23  deterrent effect for Mr. Aguayo, it's difficult to determine

24  with scientific precision.  Certainly I don't know.

25         I do think that a sentence, a guideline sentence, a

1   17 and a half year sentence is more likely to make the

2   requisite impact on Mr. Aguayo that's necessary to protect the

3   public.

4         And I would point out for the Court that Dr. Holmes

5   said herself, even knowing that he faced a ten-year minimum

6   mandatory sentence, Mr. Aguayo was desperate to get in

7   contact, hyperfocused on the victim in this case.

8         Already in federal custody.  Already knowing what he

9   is facing, he is desperate to get in touch with her.  So

10  evidently that is insufficient to send the message to

11  Mr. Aguayo.

12        So for all of those reasons I do think a 17 and a

13  half year sentence is an appropriate one.  One that is

14  required to serve the purposes of 3553(a), specifically,

15  incapacitation and protection of the public.

16        THE COURT:  All right.  Thank you.

17        MR. FLEISHER:  May I respond briefly, Your Honor?

18        THE COURT:  Yes.

19        MR. FLEISHER:  Judge, I don't think that Brandon was

20  blaming his mother for anything.  I think he was saying that

21  his mother set an example that it was okay for someone who was

22  in their 20s, which was his father, to have a relationship

23  with his mother when she was 16.

24        I think that the fact that Mrs. Pino is here today

25  speaks volumes about how she feels about Brandon and how she

1  feels about the relationship that he had with her daughter.

2       THE COURT:  But it doesn't make it right.

3       MR. FLEISHER:  No, of course it doesn't make it

4  right.

5       THE COURT:  And perhaps that's one of the problems in

6  this case and that's why we have this law because sometimes,

7  you know, sometimes it's hard, I think, when you are close to

8  a situation, perhaps, to recognize the harm that can be

9  visited on a person of the age of 13 years by engaging in such

10  intimate sexual relations with somebody who is of the age of

11  majority.

12       MR. FLEISHER:  The only thing I can rely on to

13  respond to that Judge is that Dr. Holmes is telling you why

14  he's like that.  So I guess the Court's question in its mind

15  is how long do I give him?  What will, shall we say,

16  straighten him out?  The Court is clearly indicating to the

17  government, I believe, that a low-end guideline sentence of 17

18  and a half is too much.  We're asking for the 10.

19       Where is the law of diminishing returns and what does

20  he need when he gets out of prison to help him

21  psychologically?  What will prison do to this young man?  You

22  know, he's an immature young man who should have known better,

23  but we have presented competent evidence and testimony as to

24  why he did what he did.

25       It's wrong.  It's against the law, I told him that

1   from the beginning.  I told his family that.  But the decision

2   in the *Irey* case said that sentencing judges have difficult

3   decisions.

4         And even if that case was reversed en banc, it showed

5   that there was a downward departure and if we set aside that

6   case --

7         THE COURT:  Well, I could do it as a variance without

8   a downward departure.  I think everyone recognizes I cannot

9   and even if I could, I would not go beneath the mandatory

10  minimum.

11        MR. FLEISHER:  Oh, I -- I agree with that.  And not

12  to take up any more of the Court's time, I told

13  Mr. Schlessinger from the beginning, we will plead to

14  anything, but don't give us a 10-year min/man.  Let the judge

15  decide.  Let the judge decide.

16        THE COURT:  Well, regardless though, I think there

17  are some very serious concerns here.

18        MR. FLEISHER:  I appreciate all the Court's concerns.

19  Everyone appreciates the Court's concerns.  And the Court has

20  a difficult decision.

21        THE COURT:  All right.  Thank you.

22        All right, let me first start by noting that I agree

23  fully, sentencing is a very hard thing to do.  It's in my

24  opinion the very worst thing about being a judge.  No one

25  derives joy from sentencing somebody to prison.  It is not

1  fun.

2         I want to note that I think Mr. Aguayo, although he

3  may not feel it today, is a very lucky person in some ways,

4  because look at all the support he has here from his family

5  and his friends.  And I'm sure he appreciates that very much.

6         And as I said, I have reviewed a number of letters,

7  some of which are written by the folks who are here and some

8  that were sent in by people who are not here today.  And they

9  all show that Mr. Aguayo does have a lot of family support and

10  support from some friends.

11         As we go through the 3553(a) factors, let me say I've

12  considered all of them.  I'm not going to discuss each of them

13  on the record.  I think I've discussed some of them on the

14  record already.  But let me start with the nature of the

15  offense and the personal characteristics of the defendant.

16         The nature of the offense I've already said, I think

17  this is a very serious offense.  Whether Ms. Gasca and

18  Ms. Pino recognize it or not, it is a serious offense.

19         Ms. Gasca was 13 years old.  Mr. Aguayo knew she was

20  13 years old.  He not only carried on a relationship with her

21  for six months where he had her taking or having sexual

22  photographs of herself taken and sent to him over that period,

23  but he then traveled down to her house, snuck into her house

24  at 3:00 in the morning, in the middle of the night.  Paid her

25  cousin, I guess, to keep quiet and whisked her away after

1   having her perform intimate sexual acts on him in the presence

2   of the cousin.

3          His plan was to take her to New Jersey with him, from

4   Miami.  They were stopped in Virginia.  On the bus he had her

5   perform additional intimate sexual acts on him and he

6   indicated that his intention was to engage in sex with her

7   when they arrived in New Jersey.

8          Whether he thinks he was in love with her or not, the

9   point is that the law exists to protect 13-year-olds who are

10  not, do not have the same mental capacity and reasoning

11  abilities as someone whose brain and emotions are more fully

12  developed and can make these kinds of decisions from a more

13  mature standpoint.

14         The problem is exactly what we see here today.  We

15  have a 13-year-old, I guess now 14, who is suffering

16  depression from this relationship.  The harms that are

17  inflicted on a person of that age, a minor who engages in

18  these types of acts and has this type of high-level

19  relationship with someone are significant and continue

20  apparently to affect her to this day.

21         So there are very good reasons why these laws exist

22  and this is a serious crime.  The nature and characteristics

23  of the defendant, some of which are troubling, the first --

24  the one that is troubling is the fact that he did have this

25  prior stalking incident with an earlier girlfriend where he

1   was found waiting in the car for her and refused to leave her

2   alone.  He violated the domestic restraining order.

3        He apparently threatened suicide on several occasions

4   and left her fearful.  He -- all of these things are very

5   troubling to the Court because of one of the other concerns

6   that is raised by 3553(a), which is the protection of the

7   public.

8        I have concerns that if Mr. Aguayo does not receive

9   appropriate treatment and help for his issues, that this will

10  continue, this pattern will continue and may escalate after he

11  is released from prison.

12       So the question though is how much is enough and

13  where does it become excessive?  Because on the other end of

14  the spectrum, he was 19 years old when this occurred and

15  although he has prior arrests and conduct that appear in the

16  PSR, he has no criminal history points.  And that's also

17  relevant.

18       He's a very talented artist.  I mean, incredibly

19  talented artist.  And has the ability, if he focuses his

20  talent and effort in the right places, to really do something

21  special with those talents.

22       And 19 years of not having any convictions is not

23  worthless.  So it's a very difficult case.  I do have to be

24  concerned about what the doctors have noted, specifically the

25  statements that he is unstable and has no boundaries and is

1   hyperfocused on the victim.

2          But I'm not sure that leaving him in prison for 17

3   and a half years is going to -- let me put it this way.

4   Either those problems should have been addressed well before

5   then, within that period, or else they are never going to be

6   addressed.

7          And I am -- I didn't hear anything that makes me

8   believe they can never be addressed.  What I heard is that

9   perhaps with appropriate psychotropic medications and

10  treatment, that he can overcome his issues.

11         And so if he can overcome his issues with that and if

12  he is willing to engage in the appropriate treatment and take

13  medication as required, then once he hits that point, I'm not

14  sure how much more keeping him in prison for a substantially

15  longer period of time will do.

16         I certainly understand deterrence, not only specific

17  deterrence, but general deterrence concerns.  But I also think

18  this is a somewhat unusual circumstance.

19         So taking into account all of these factors, and I

20  should note I've considered the statements of all of the

21  parties, the presentence report and the advisory guidelines

22  and as I said, the statutory sentencing factors.

23         I think that an appropriate sentence in this case is

24  150 months imprisonment, life supervised release, and a $100

25  special assessment.

JULY 11, 2013

1        And so it is the judgment of the Court that

2   Mr. Aguayo be committed to the Bureau of Prisons, to be

3   imprisoned for 150 months as to Count 1.  I think that is

4   sufficient, but not more than sufficient than is necessary as

5   a punishment and as a protection for the public and to meet

6   all of the other requirements of 3553(a) in this case.

7        Upon release from imprisonment, Mr. Aguayo shall be

8   placed on supervised release for a term of life.  Within 72

9   hours of release, Mr. Aguayo shall report in person to the

10  probation office in the district where he is released.  While

11  on supervised release, Mr. Aguayo shall not commit any crimes,

12  shall be prohibited from possessing a firearm or other

13  dangerous devices, shall not possess a controlled substance,

14  shall cooperate in the collection of DNA and shall comply with

15  the standard conditions of supervised release, including the

16  following special conditions:

17       Data encryption restriction, permissible computer

18  examination.  Computer possession restriction, employer

19  computer restriction disclosure.  Substance abuse treatment,

20  financial disclosure requirement, employment requirement,

21  permissible search.  No contact with minors.  No contact with

22  minors in employment.  No involvement in youth organizations.

23  Sex offender treatment.  Adam Walsh Act search condition and

24  sex offender registration as noted in Part G of the

25  presentence report.

1          In addition, Mr. Aguayo shall immediately pay to the

2  United States a special assessment of $100.

3          I will recommend Mr. Aguayo for the substance

4  treatment program in prison.  In addition, I will recommend

5  for whatever it is worth, that he receive all appropriate

6  mental health treatment while in prison, so he may address his

7  problems and come out having hopefully learned how to deal

8  with them in a positive way.

9          So the total sentence is 150 months imprisonment,

10  life supervised release and a $100 special assessment.

11          In addition, Mr. Aguayo's right, title and interest

12  to the property that was identified in the preliminary order

13  of forfeiture, which has been entered by the Court and is

14  incorporated by reference here, is hereby forfeited.

15          Now that sentence has been imposed, does Mr. Aguayo

16  or his counsel object to the Court's findings of fact or to

17  the manner in which sentence was pronounced?

18          MR. FLEISHER:  No, Your Honor.

19          THE COURT:  And does the government?

20          MR. SCHLESSINGER:  No objection, Your Honor.

21          THE COURT:  Mr. Aguayo, you do have the right to

22  appeal sentence imposed, but any notice of appeal must be

23  filed within 14 days after the entry of judgment.  If you are

24  not able to pay the cost of appeal you may apply for appeal in

25  forma pauperis.  Do you understand?

```
 1              THE DEFENDANT:  Yes.

 2              THE COURT:  All right.  Thank you.  If there's

 3  nothing else, we will excuse you all and call the next case.

 4              MR. SCHLESSINGER:  Thank you, Your Honor.

 5              THE COURT:  Thank you.  Good luck to you, Mr. Aguayo.

 6         (Proceedings were adjourned at 11:28 a.m.)

 7                           * * *

 8         I certify that the foregoing is a correct transcript

 9  from the record of proceedings in the above matter.

10  Date:  September 11, 2013

11

12         s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
           Signature of Court Reporter
13

14                           * * *

15                     INDEX TO WITNESSES

16  NAME                           D      C      RD      RC

17  Ivette Aguayo....................  7

18  Max Aguayo.......................  13

19  Justin Aguayo....................  16

20  Max-Evan Aguayo..................  20

21  Margarita Pino...................  25

22  Angeles Gasca....................  28

23  Dr. Heather Holmes...............  35     52     57

24  Brandon Aguayo...................  58

25                           * * *
```

JULY 11, 2013

87

```
 1                    INDEX TO TRANSCRIPT          Page

 2   Argument by Mr. Fleisher.........................   61

 3   Argument by Mr. Schlessinger....................   67

 4   Ruling by the Court.............................   79

 5                          *   *   *

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JULY 11, 2013

**$**

**$100 [3]** 83/24 85/2 85/10

**0**

**02-CR-20334-ROSENBAUM [1]** 1/2

**1**

**10 [8]** 12/17 17/16 24/13 51/3 63/4
67/9 76/21 78/18
**10-year [7]** 12/10 41/17 61/22 63/8
66/6 70/19 79/14
**104 [1]** 1/7
**11 [2]** 1/4 86/10
**11:28 [1]** 86/6
**12-20577 [1]** 2/11
**120 [1]** 67/15
**13 [11]** 50/1 50/2 51/1 69/11 69/12
69/19 76/21 78/9 80/19 80/20 86/18
**13-year-old [5]** 64/9 72/9 73/12 73/12
81/15
**13-year-olds [1]** 81/9
**14 [6]** 41/9 60/4 73/17 76/21 81/15
85/23
**15 [1]** 76/21
**150 [3]** 83/24 84/3 85/9
**16 [4]** 11/1 13/17 77/23 86/19
**17 [10]** 70/22 70/23 74/1 74/5 75/25
76/10 77/1 77/12 78/17 83/2
**18 [2]** 58/23 65/2
**19 [5]** 59/2 60/24 70/13 82/14 82/22
**19-year-old [1]** 73/11
**1980 [1]** 1/18
**1992 [1]** 58/12
**1st [1]** 58/12

**2**

**20 [6]** 59/3 60/24 63/7 65/13 67/8
86/20
**2010 [1]** 7/24
**2011 [2]** 75/21 75/22
**2012 [6]** 36/22 50/1 64/13 69/15 69/15
75/22
**2013 [2]** 1/4 86/10
**20577 [1]** 2/11
**20s [1]** 77/22
**21 [2]** 4/19 58/11
**210 [4]** 61/22 65/9 68/20 70/21
**23 [1]** 60/4
**24 [1]** 41/10
**24/7 [1]** 21/15
**25 [1]** 86/21
**25-page [1]** 8/17
**25th [1]** 36/22
**261 [1]** 61/22
**262 [1]** 70/21
**26th [1]** 36/22
**28 [1]** 86/22
**29th [1]** 36/22

**3**

**3.83 [1]** 16/18
**30 [2]** 62/24 67/10
**305 [1]** 1/24
**33128 [1]** 1/24
**33131 [1]** 1/16
**33145 [1]** 1/19
**35 [1]** 86/23
**3553 [6]** 65/3 76/4 77/14 80/11 82/6
84/6

**360 [1]** 68/24
**3:00 [1]** 80/24

**4**

**400 [1]** 1/23
**43 [1]** 65/9
**4th [1]** 1/16

**5**

**50 [1]** 23/10
**52 [1]** 86/23
**523-5294 [1]** 1/24
**5294 [1]** 1/24
**52nd [1]** 7/21
**57 [1]** 86/23
**58 [1]** 86/24
**5K1 [1]** 63/4

**6**

**61 [1]** 87/2
**62 [1]** 13/21
**67 [1]** 87/3

**7**

**72 [3]** 3/19 5/24 84/8
**79 [1]** 87/4

**8**

**8N09 [1]** 1/23
**8th [1]** 10/4

**9**

**95 [1]** 6/25
**99 [2]** 1/16 54/24
**9:15 [2]** 1/5 2/6

**A**

**a.m [3]** 1/5 2/6 86/6
**abandonment [1]** 43/20
**abilities [3]** 17/1 17/2 81/11
**ability [1]** 82/19
**able [9]** 28/6 44/10 45/15 56/24 71/11
71/12 71/20 76/12 85/24
**about [91]**
**above [2]** 6/17 86/9
**absolute [1]** 69/11
**absolutely [3]** 31/12 50/7 72/18
**abuse [5]** 27/2 27/16 37/17 51/14
84/19
**academy [1]** 18/5
**accept [1]** 8/23
**acceptance [1]** 72/19
**accepted [2]** 63/23 72/24
**accepting [1]** 73/7
**accidents [1]** 6/25
**according [2]** 47/11 50/1
**account [2]** 32/16 83/19
**accurate [1]** 48/22
**achieve [1]** 76/22
**achievement [1]** 37/7
**across [2]** 63/6 65/7
**act [4]** 9/22 24/17 31/20 84/23
**acted [3]** 24/22 26/4 64/9
**acting [1]** 9/9
**actions [4]** 50/18 52/19 53/21 63/24
**activity [2]** 45/19 71/12
**acts [6]** 11/15 69/17 69/18 81/1 81/5
81/18
**actually [6]** 13/10 16/19 52/9 56/23
65/15 71/16

**Adam [1]** 84/23
**add [1]** 5/6
**addition [4]** 55/4 85/1 85/4 85/11
**additional [3]** 61/12 69/18 81/5
**address [3]** 8/10 14/5 85/6
**addressed [3]** 83/4 83/6 83/8
**addressing [1]** 5/19
**ADHD [6]** 45/11 45/22 46/7 46/14
50/19 62/1
**adjourned [1]** 86/6
**adjunct [1]** 20/13
**administration [1]** 55/12
**admit [2]** 58/18 66/1
**admitted [4]** 39/10 39/19 40/3 40/8
**adopt [1]** 6/2
**adopting [1]** 6/8
**adult [5]** 10/22 29/18 36/5 38/20 71/13
**adults [2]** 9/19 58/24
**advantage [1]** 69/25
**advice [1]** 21/14
**advise [1]** 29/3
**advisory [1]** 83/21
**affect [4]** 33/2 42/2 48/20 81/20
**affected [1]** 39/8
**affirmed [2]** 65/8 68/20
**after [13]** 9/7 24/1 43/23 44/9 44/12
47/17 48/25 50/3 50/9 66/12 80/25
82/10 85/23
**again [5]** 6/24 31/8 49/23 53/25 58/13
**against [8]** 9/15 10/5 24/21 40/20
56/17 56/24 70/7 78/25
**age [32]** 10/25 11/14 11/15 11/16
18/20 23/23 27/5 33/6 34/17 41/7
41/15 47/7 47/13 50/9 58/23 58/25
60/3 60/6 60/7 60/16 64/1 69/9 69/10
69/11 69/20 70/20 71/11 74/17 74/17
78/9 78/10 81/17
**Agent [1]** 2/16
**agitation [1]** 42/4
**ago [5]** 14/4 14/25 15/1 47/8 59/5
**agree [8]** 26/20 49/6 50/7 72/18 73/4
73/22 79/11 79/22
**agreed [1]** 72/22
**agreement [3]** 37/13 62/3 62/22
**AGUAYO [60]** 1/6 2/4 2/12 2/19 3/4 3/8
7/6 7/13 7/19 8/2 13/14 13/18 13/22
14/21 16/4 19/24 22/20 25/22 25/24
32/9 34/12 36/17 36/20 37/5 38/24
39/6 41/7 44/6 47/1 58/5 58/11 62/18
62/21 63/17 66/12 69/7 74/22 76/7
76/23 77/2 77/6 77/11 80/2 80/9 80/19
82/8 84/2 84/7 84/9 84/11 85/1 85/3
85/15 85/21 86/5 86/17 86/18 86/19
86/20 86/24
**Aguayo's [5]** 3/13 3/20 62/12 67/21
85/11
**ahead [5]** 2/9 6/1 61/9 67/11 68/13
**Alcohol [1]** 51/14
**Alexis [1]** 2/16
**all [92]**
**alleged [1]** 4/9
**allegedly [1]** 73/19
**allow [1]** 31/8
**allowed [1]** 10/18
**allowing [1]** 62/7
**allows [1]** 31/20
**almost [1]** 70/24
**alone [4]** 12/15 21/9 27/19 39/11 39/14
49/2 82/2
**along [2]** 64/11 67/9

**A**

**already [13]** 10/13 10/22 31/6 31/10 52/10 52/10 71/9 74/8 75/17 77/8 77/8 80/14 80/16
**also [22]** 10/6 11/5 13/2 20/5 32/14 37/20 39/2 43/17 45/4 45/9 47/11 54/5 54/18 65/17 68/17 70/4 71/25 72/5 73/22 73/23 82/16 83/17
**although [7]** 41/14 47/8 54/13 62/15 73/6 80/2 82/15
**altruism [1]** 56/6
**always [15]** 9/4 9/18 15/8 15/11 17/4 17/5 17/8 17/9 17/10 17/10 23/19 42/13 62/25 63/1 64/16
**am [15]** 4/2 9/1 20/12 27/19 27/23 31/8 35/1 36/15 37/12 46/25 58/19 66/11 69/4 73/7 83/7
**amazing [2]** 8/25 59/19
**AMERICA [2]** 1/3 11/18
**among [1]** 76/4
**amount [6]** 19/4 52/11 52/13 63/9 74/9 75/18
**analysis [1]** 71/6
**and/or [1]** 40/14
**Angeles [15]** 18/13 25/20 26/1 28/17 28/21 33/25 55/3 55/22 59/6 59/24 60/5 62/11 64/8 64/12 86/22
**Angeles' [2]** 58/14 62/9
**anger [3]** 62/12 62/13 62/13
**anguish [1]** 9/11
**announcement [1]** 64/13
**Another [1]** 60/2
**answer [2]** 57/2 71/3
**antidepressant [1]** 51/17
**any [40]** 3/15 5/6 6/3 6/7 10/9 31/16 32/13 42/12 42/18 43/23 47/6 48/14 49/7 49/16 50/11 50/12 50/24 51/1 54/6 54/10 54/22 55/5 55/8 55/10 61/5 63/4 63/5 63/21 64/6 64/7 64/7 67/25 70/12 76/9 76/11 76/12 79/12 82/22 84/11 85/22
**anymore [2]** 39/23 74/5
**anyone [4]** 5/3 12/12 28/25 47/12
**anything [17]** 26/25 27/1 27/20 31/18 33/13 33/14 33/16 35/7 42/21 47/15 58/3 68/6 68/19 76/17 77/20 79/14 83/7
**anyway [2]** 21/17 23/12
**apart [1]** 60/5
**apartment [1]** 14/1
**apologies [2]** 2/7 8/23
**apologize [4]** 4/20 6/24 60/8 66/25
**apologizing [1]** 58/13
**apparent [1]** 73/1
**apparently [4]** 4/16 32/25 81/20 82/3
**appeal [4]** 85/22 85/22 85/24 85/24
**appear [3]** 3/21 70/15 82/15
**appearance [1]** 2/25
**appearances [1]** 1/14 2/12
**appeared [3]** 42/3 42/4 47/9
**appears [1]** 48/23
**apple [1]** 62/19
**applied [1]** 54/14
**apply [2]** 54/22 85/24
**appreciate [3]** 68/16 73/2 79/18
**appreciates [3]** 40/16 79/19 80/5
**approaching [2]** 7/3 68/9
**appropriate [18]** 40/17 47/13 68/13 71/8 71/21 71/21 71/22 71/23 72/12 74/2 74/6 76/22 77/13 82/9 83/9 83/12

**A** (continued)
83/23 85/5
**appropriately [1]** 9/23
**approved [1]** 46/22
**approximately [1]** 44/16
**April [1]** 58/11
**are [77]** 4/4 6/8 6/21 7/19 7/25 8/2 9/1 9/12 9/15 9/17 9/17 9/19 9/19 9/21 10/16 10/17 10/20 13/20 14/3 15/4 16/10 20/10 20/18 26/13 29/12 31/12 33/7 33/8 33/25 34/22 36/14 37/11 37/13 45/17 46/10 46/17 46/22 46/23 48/11 50/16 50/20 53/18 55/1 56/23 58/24 63/10 63/19 64/14 64/20 69/5 69/20 69/21 69/24 69/24 70/9 70/21 71/11 71/12 73/25 74/4 74/8 75/24 76/14 78/7 79/17 80/7 80/7 80/8 81/9 81/11 81/16 81/19 81/21 81/23 82/4 83/5 85/23
**area [2]** 36/3 57/2
**aren't [2]** 21/8 60/18
**argue [2]** 47/7 49/7
**argument [2]** 76/17 87/2 87/3
**argumentative [1]** 43/14
**arguments [1]** 41/1
**arm [1]** 22/15
**around [3]** 45/14 59/18 75/21
**arrest [3]** 36/25 40/10 44/17
**arrested [4]** 40/5 43/25 59/3 75/19
**arrests [1]** 82/15
**arrived [1]** 81/7
**art [10]** 12/24 12/25 15/2 15/10 17/24 18/5 22/19 23/1 23/5 23/7
**article [1]** 10/6
**artist [9]** 13/3 15/5 22/23 67/11 67/12 67/12 67/13 82/18 82/19
**artists [1]** 17/5
**artwork [1]** 61/13
**aside [1]** 79/5
**ask [19]** 27/3 27/14 27/18 27/25 28/5 32/5 33/19 46/8 48/9 52/3 56/17 56/6 60/20 61/5 66/4 66/5 67/13 69/3 75/24
**asked [1]** 30/17
**asking [9]** 27/24 28/3 28/3 28/11 35/1 38/2 38/11 47/14 78/18
**asks [1]** 48/7
**aspect [1]** 60/23
**assessment [6]** 54/9 54/10 62/17 83/25 85/2 85/10
**asset [1]** 13/7
**assistance [1]** 36/16
**Assistant [1]** 8/1
**associated [1]** 45/1
**assuming [1]** 28/13
**assumption [1]** 76/19
**attached [1]** 13/9
**attack [1]** 68/13
**attacking [1]** 66/25
**attacks [2]** 49/19 66/23
**attempted [1]** 62/10
**attention [10]** 19/17 37/15 45/4 45/12 45/16 45/17 45/18 45/24 46/1 46/4
**attorney [5]** 1/15 2/2 3/9 65/21 73/3
**attracted [1]** 50/14
**Attraction [1]** 43/6
**Audio [1]** 16/17
**AUSA [1]** 1/15
**authority [1]** 10/14
**available [3]** 66/20 66/21 74/10
**Avenue [1]** 1/23
**average [2]** 38/19 55/19

**aware [8]** 10/20 33/2 38/14 41/21 48/11 53/21 54/12 66/11
**away [4]** 19/10 27/12 64/16 80/25
**awesome [3]** 10/13 13/3 59/18
**Axis [1]** 37/20

**B**

**baby [1]** 20/16
**back [11]** 17/10 18/2 18/2 18/6 22/2 23/21 23/22 23/24 42/19 52/18 75/9
**background [1]** 35/19
**bad [12]** 10/17 12/2 16/24 17/20 17/21 27/1 27/5 53/19 59/11 59/23 72/9 72/21
**Baker [1]** 26/4
**balance [2]** 43/11 53/2
**ball [1]** 23/18
**banc [3]** 68/21 68/22 79/4
**Banks [1]** 23/10
**barriers [1]** 11/15
**bars [2]** 11/24 19/2
**baseball [2]** 15/16 23/18
**based [12]** 6/14 6/16 11/11 22/24 39/6 43/6 43/7 45/5 47/1 51/14 62/17 68/2
**basically [4]** 19/12 43/5 55/18 55/21
**basis [2]** 59/1 76/9
**basketball [3]** 15/16 17/23 23/20
**bathroom [3]** 21/8 22/1 74/23
**be [98]**
**beautiful [1]** 15/8
**became [1]** 39/10
**because [76]** 4/15 8/17 8/18 9/7 9/12 10/21 10/21 11/4 11/10 11/15 15/10 16/23 17/12 18/18 19/5 19/9 20/21 21/9 23/5 23/8 23/10 23/20 23/21 24/10 24/13 24/20 26/18 26/20 26/21 26/25 27/8 27/14 27/18 28/1 28/6 31/19 31/22 31/24 32/17 33/6 34/17 37/25 39/23 41/20 43/14 44/22 50/9 54/4 56/10 56/16 57/2 58/14 58/19 59/6 59/12 59/12 59/15 59/21 60/2 60/6 60/18 62/11 62/25 65/21 66/10 69/9 69/21 71/10 71/19 72/21 73/1 73/12 78/6 80/2 82/5 82/13
**become [10]** 10/1 15/4 19/15 19/20 27/19 28/7 43/14 43/15 49/5 82/13
**becoming [1]** 24/24
**been [49]** 7/5 7/14 7/23 7/24 9/4 11/8 12/5 13/15 14/18 15/11 16/5 16/21 16/23 16/24 17/14 19/10 19/25 25/10 27/21 28/18 30/1 31/6 31/18 35/13 38/19 44/1 44/8 46/19 49/17 50/6 53/13 53/21 58/6 61/7 61/8 61/24 62/25 64/3 64/17 65/20 65/21 66/21 68/6 68/10 71/18 73/5 83/4 85/13 85/15
**before [17]** 1/11 7/9 20/16 25/15 26/2 29/3 29/24 31/16 41/14 44/7 44/17 49/20 54/14 60/21 61/9 62/25 83/4
**beg [1]** 12/12
**begin [2]** 7/9 56/14
**beginning [6]** 18/6 44/11 62/3 62/21 79/1 79/13
**behalf [9]** 2/19 3/20 7/9 25/23 26/13 29/4 71/16 72/21 76/7
**behavior [3]** 49/6 49/8 51/1
**behind [3]** 11/24 19/2 51/8
**being [18]** 11/20 12/4 17/10 32/25 38/8 38/9 38/14 43/25 45/15 46/6 50/14 60/4 60/17 65/4 67/24 73/16 73/17

**B**

**being... [1]** 79/24
**beings [2]** 9/2 60/16
**believe [19]** 4/3 12/15 15/22 18/23
 39/12 39/17 42/20 44/4 44/15 46/14
 47/21 48/1 50/25 54/5 68/9 74/22
 76/10 78/17 83/8
**believed [2]** 11/11 74/11
**believes [2]** 46/9 74/19
**below [2]** 51/5 65/15
**beneath [1]** 79/9
**benefit [3]** 50/5 51/12 51/16
**Bergen [1]** 16/14
**best [8]** 14/14 14/25 17/5 17/9 17/22
 32/17 33/11 69/23
**better [13]** 2/22 9/12 11/8 11/22 11/23
 12/3 19/20 24/24 42/7 60/11 60/12
 69/25 78/22
**between [6]** 30/3 39/18 41/16 43/10
 57/12 75/19
**Beyond [1]** 34/7
**big [4]** 14/17 15/2 41/15 60/5
**bills [1]** 58/21
**bit [3]** 10/3 20/3 42/6
**bizarre [1]** 31/23
**blamed [6]** 73/15 73/15 73/18 73/19
 73/21 73/22
**blaming [1]** 77/20
**blank [1]** 12/19
**blessing [1]** 16/25
**blown [1]** 57/3
**Booker [1]** 65/1
**borderline [9]** 37/20 43/2 43/5 43/9
 46/18 48/18 50/15 50/19 56/22
**born [1]** 58/12
**both [4]** 28/4 36/6 39/1 40/19
**bottom [1]** 70/22
**bought [2]** 21/13 75/10
**bounced [1]** 38/4
**bouncing [1]** 45/14
**boundaries [9]** 39/11 39/18 40/14 41/6
 50/16 53/4 53/5 71/22 82/25
**boy [1]** 15/15
**boyfriends [1]** 39/16
**boys [2]** 39/13 40/25
**brain [1]** 81/11
**brain's [1]** 45/25
**brains [1]** 69/22
**BRANDON [60]** 1/6 2/12 2/19 7/6 8/2
 9/4 9/25 10/23 11/1 11/10 11/16 12/6 12/11
 12/25 13/22 14/7 18/11 18/24 19/8
 19/12 19/20 20/25 21/4 25/24 26/16
 29/10 29/16 29/24 30/4 30/6 30/12
 33/25 34/9 34/12 34/14 34/19 34/21
 35/2 36/17 37/22 39/9 39/11 39/14
 41/11 41/22 46/15 47/17 47/18 57/12
 57/21 58/5 58/11 61/13 61/25 62/23
 63/11 64/13 64/20 77/19 77/25 86/24
**Brandon's [8]** 11/1 11/5 12/24 14/6
 26/13 29/4 37/5 66/1
**brave [1]** 11/19
**breakdown [1]** 49/15
**briefly [1]** 77/17
**bring [4]** 16/22 16/23 17/24 23/22
**bringing [1]** 10/12
**Broadway [1]** 7/21
**broke [3]** 34/14 44/12 44/13
**brother [14]** 17/2 17/10 17/16 21/5
 21/8 21/9 21/10 21/17 23/6 23/12

 23/13 24/5 24/19 65/24
**brought [1]** 61/24
**Broward [1]** 42/8
**Bruce [3]** 1/18 2/18 24/3
**build [1]** 24/25
**building [2]** 14/2 14/2
**Bureau [1]** 84/2
**bus [5]** 69/19 75/8 75/11 75/11 81/4
**bypass [1]** 32/7

**C**

**calculate [1]** 15/8
**calculated [1]** 4/4
**calculation [3]** 6/8 6/13 6/20
**call [4]** 7/9 33/9 42/4 86/3
**called [6]** 2/1 10/25 22/7 54/24 57/12
 65/17
**calling [1]** 7/8 40/6 40/7 40/7
**came [10]** 14/5 15/1 20/23 20/24 42/19
 42/24 43/2 60/25 64/24 69/16
**can [44]** 8/12 9/1 12/24 16/1 16/22
 19/1 19/1 19/3 19/6 19/12 19/14 19/20
 22/12 22/18 23/5 23/12 24/20 24/25
 26/15 28/1 28/6 28/11 30/21 31/2
 33/11 33/17 35/18 37/13 38/4 43/6
 45/13 45/14 46/1 55/23 58/22 62/18
 65/2 66/17 78/8 78/12 81/12 83/8
 83/10 83/11
**can't [10]** 10/5 15/22 17/13 18/23
 19/17 21/14 31/14 31/14 72/13 75/1
**candidly [1]** 64/25
**cannabis [3]** 37/17 44/15 45/9
**cannot [2]** 31/9 79/8
**capacity [2]** 1/11 81/10
**car [4]** 49/2 70/6 70/6 82/1
**care [1]** 59/13
**cared [1]** 11/4
**career [2]** 57/16 67/11
**cares [1]** 38/10
**Carolina [3]** 1/18 66/10 75/20
**Carpinteri [2]** 2/16 68/6
**carried [2]** 62/24 80/20
**carrying [1]** 38/6
**case [50]** 1/2 2/11 3/10 7/5 10/18 12/5
 12/5 17/25 21/23 26/21 27/23 32/25
 38/6 38/9 38/9 41/16 43/16 45/3 46/16
 47/17 49/23 55/6 55/10 62/2 62/21
 63/3 63/21 65/5 65/7 65/10 65/20
 66/13 68/17 68/18 68/19 69/8 69/23
 69/1 69/4 71/15 74/6 77/7 78/6 79/2
 79/4 79/6 82/23 83/23 84/6 86/3
**cases [5]** 10/12 10/16 65/13 67/3 70/14
**caught [1]** 23/19
**cause [1]** 58/15
**caused [2]** 46/15 60/14
**causes [1]** 46/15
**cell [3]** 36/25 40/6 55/9
**cellular [1]** 39/3
**Cent [1]** 23/10
**Center [1]** 42/9
**certain [3]** 3/25 33/9 55/1
**certainly [15]** 38/13 38/21 41/20 43/1
 46/17 48/10 49/6 51/18 67/23 67/24
 68/3 72/17 76/21 76/24 83/16
**CERTIFIED [1]** 86/12
**certify [1]** 86/8
**challenged [1]** 64/6
**chance [3]** 12/21 31/21 58/19 63/4
**change [2]** 16/25 17/15
**Chantal [1]** 7/4

**chaos [1]** 58/15
**character [1]** 63/10
**characteristics [5]** 53/2 53/15 56/16
 80/15 81/22
**charge [1]** 46/11
**chatroom [2]** 29/16 29/18
**check [3]** 2/20 10/9 55/15
**child [5]** 27/5 38/7 42/15 55/5 68/4
**children [4]** 26/20 41/2 47/6 70/17
**choose [1]** 54/17
**Christmastime [1]** 75/21
**Circuit [1]** 68/19
**circumstance [3]** 31/22 31/23 83/18
**circumstances [1]** 9/7
**citation [1]** 69/1
**cited [3]** 68/17 68/18 68/19
**City [5]** 7/20 7/22 13/19 16/9 20/6
**civil [1]** 36/10
**CJA [1]** 62/8
**clarifying [1]** 3/25
**clean [1]** 42/19
**clear [2]** 39/10 68/8
**clearly [11]** 13/7 47/22 47/23 48/3
 49/11 49/13 51/3 61/24 62/18 69/13
 78/16
**client [5]** 7/6 7/6 32/13 33/9 65/22
**client's [2]** 33/7 65/23
**clingy [1]** 43/15
**close [2]** 21/9 78/7
**cocaine [1]** 24/12
**cognitive [1]** 62/1
**Cohen [1]** 7/21
**colleagues [1]** 63/13
**collection [1]** 84/14
**College [1]** 35/23
**Colon [1]** 22/20
**combination [1]** 50/18
**combined [1]** 46/5
**come [21]** 7/12 25/23 26/8 26/9 26/11
 27/11 29/3 30/17 30/18 30/21 30/24
 31/2 31/13 40/12 60/16 63/6 65/7 73/9
 73/10 73/13 85/7
**comes [6]** 24/16 24/23 48/17 64/22
 66/22 70/21
**comfortable [2]** 42/10 62/25
**coming [1]** 31/14
**comments [2]** 66/1 67/21
**commit [4]** 9/16 11/24 26/4 84/11
**committed [2]** 47/22 84/2
**committing [2]** 9/20 58/16
**communicated [1]** 39/2
**communication [2]** 29/23 30/1
**community [2]** 46/6 54/8
**commute [1]** 21/2
**compassion [2]** 9/22 11/20
**competent [1]** 78/23
**complete [2]** 38/15 63/10
**completed [1]** 16/18
**completely [4]** 70/11 74/20 75/4 75/5
**complex [1]** 14/1
**comply [1]** 84/14
**computer [4]** 29/22 84/17 84/18 84/19
**concern [4]** 48/15 48/16 54/16 70/10
**concerned [3]** 23/25 31/5 82/24
**concerns [6]** 79/17 79/18 79/19 82/5
 82/8 83/17
**condition [1]** 84/23
**conditions [2]** 84/15 84/16
**conduct [8]** 41/22 48/23 57/17 72/4
 72/21 75/16 76/6 82/15

**C**

**conducted [2]** 37/3 37/8
**confirmation [1]** 44/11
**confirmed [1]** 73/23
**confront [1]** 11/6
**congruent [2]** 42/3 43/21
**connection [1]** 55/5
**consent [4]** 71/10 71/11 71/12 72/6
**consented [1]** 72/22
**consequences [5]** 40/9 40/14 52/19
  53/22 58/17
**consider [2]** 61/6 72/23
**consideration [1]** 67/24
**considered [6]** 42/16 58/23 72/10 74/4
  80/12 83/20
**consumed [1]** 75/4
**contact [10]** 28/25 31/16 38/17 39/6
  52/15 53/25 74/24 77/7 84/21 84/21
**contacted [2]** 29/2 31/13
**content [1]** 54/3
**context [1]** 51/2
**continue [5]** 11/2 38/18 81/19 82/10
  82/10
**continued [4]** 6/26 49/1 50/3 69/14
**continues [1]** 73/24
**contributing [1]** 46/17
**control [1]** 40/5
**controlled [3]** 37/18 45/10 84/13
**conversation [1]** 38/2
**conversations [1]** 74/18
**convey [1]** 25/22
**convicted [1]** 71/19
**conviction [2]** 11/12 11/13
**convictions [2]** 70/12 82/22
**cooperate [1]** 84/14
**cooperation [1]** 63/4
**Coral [1]** 1/18
**correct [18]** 3/6 3/22 4/4 5/12 6/18 6/20
  14/7 34/15 52/23 53/3 53/16 54/21
  56/1 56/2 56/7 56/12 74/5 86/8
**Corrections [1]** 36/3
**corrupted [1]** 10/1
**cost [1]** 85/24
**could [17]** 3/12 12/18 17/15 21/16 38/6
  39/1 50/5 50/24 51/21 54/4 57/1 62/22
  62/23 63/20 65/14 79/7 79/9
**couldn't [2]** 17/11 42/5
**counsel [3]** 2/12 2/15 85/16
**counseling [1]** 44/1
**count [2]** 31/14 84/3
**country [1]** 26/20
**counts [2]** 9/5 34/24
**County [2]** 42/8 46/23
**couple [4]** 22/4 22/7 22/15 23/20
**coupled [1]** 10/8
**course [11]** 6/13 8/11 15/2 16/18 32/12
  32/12 47/15 61/19 63/12 68/1 78/3
**court [79]** 1/1 1/23 2/1 2/8 8/5 8/9 8/10
  13/4 14/6 14/9 20/3 21/3 25/2 26/15
  28/14 29/4 29/8 30/12 33/2 34/2 34/19
  34/20 34/24 34/25 34/25 35/1 35/7
  35/18 36/16 37/13 41/24 44/20 51/4
  54/16 57/20 58/9 58/14 60/22 61/14
  62/7 62/10 62/13 62/18 62/25 63/1
  63/8 63/16 63/17 64/5 64/24 65/1 65/3
  65/3 65/5 65/11 65/13 66/1 66/4 66/4
  66/5 66/10 67/4 67/4 67/8 67/13 68/1
  68/24 69/2 72/23 74/4 76/19 77/4
  78/16 79/19 82/5 84/1 85/13 86/12

87/4
**Court's [6]** 65/10 78/14 79/12 79/18
  79/19 85/16
**courts [1]** 23/21
**cousin [2]** 80/25 81/2
**CR [1]** 1/2
**crack [1]** 24/12
**crayons [1]** 15/11
**crazy [2]** 19/11 21/2
**creating [1]** 10/10
**credit [1]** 73/7
**cried [1]** 59/8
**crime [7]** 11/8 11/17 24/9 32/3 58/16
  70/2 81/22
**crimes [4]** 9/16 9/20 24/11 84/11
**criminal [11]** 10/1 10/10 20/9 20/11
  20/19 24/7 36/10 38/11 53/22 59/20
  82/16
**criminality [1]** 11/24
**criminals [1]** 12/11
**criteria [5]** 47/4 47/24 55/2 56/20 56/22
**CROSS [1]** 51/24
**CROSS-EXAMINATION [1]** 51/24
**CRR [1]** 1/22
**cruel [1]** 9/6
**crying [1]** 64/18
**culpability [2]** 72/7 72/17
**cultural [1]** 41/18
**current [1]** 44/17
**custody [2]** 39/13 77/8
**cut [3]** 31/19 32/24 73/9
**Cutler [1]** 29/15
**cuts [1]** 27/20
**cutting [4]** 26/5 30/21 30/23 50/13

**D**

**D.C [1]** 35/25
**Dade [2]** 46/22 57/20
**daily [1]** 59/1
**danger [2]** 13/8 54/7
**dangerous [1]** 84/13
**dark [2]** 21/24 24/10
**data [3]** 37/6 45/8 84/17
**Date [1]** 86/10
**daughter [6]** 25/20 26/1 27/7 27/8
  28/12 78/1
**day [6]** 8/16 23/9 26/17 59/4 61/7
  81/20
**days [4]** 22/4 22/7 44/7 85/23
**deal [3]** 60/6 67/3 85/7
**dealing [2]** 65/22 65/22
**dealings [1]** 41/13
**deals [1]** 63/5
**deceived [1]** 11/5
**December [2]** 75/21 75/21
**decide [2]** 79/15 79/15
**decided [1]** 11/4
**decision [8]** 34/20 38/22 60/17 68/22
  68/22 72/16 79/1 79/20
**decisionmaking [4]** 49/15 49/16 50/16
  51/8
**decisions [7]** 48/1 69/23 72/9 72/13
  72/14 79/3 81/12
**DeCorato [1]** 7/20
**dedicating [3]** 18/8 18/8 18/9
**defend [2]** 28/3 28/4
**defendant [32]** 1/7 1/18 5/6 37/8 38/6
  43/16 52/4 52/10 53/9 53/23 54/7
  54/19 55/13 55/18 55/25 56/16 70/5

71/13 71/16 72/1 72/18 72/20 72/23
  73/2 73/6 74/10 74/14 74/23 75/10
  75/23 80/15 81/23
**defendant's [11]** 5/5 5/11 5/18 53/1
  53/14 55/9 66/16 66/19 66/22 68/12
  71/18
**defense [4]** 3/5 6/15 6/23 71/10
**deficit [3]** 37/16 45/4 45/12
**define [1]** 53/18
**defined [1]** 41/6
**defines [1]** 40/16
**definition [2]** 49/21 55/21
**degree [4]** 20/8 35/20 35/23 35/24
**demonstration [1]** 71/17
**demonstrative [2]** 41/3 41/4
**denial [2]** 48/7 50/20
**denied [2]** 42/12 44/24
**denying [1]** 50/20
**Department [1]** 36/2
**departure [6]** 61/21 65/2 65/6 66/6 79/5
  79/8
**departures [2]** 65/6 65/14
**dependence [2]** 44/14 45/9
**dependent [1]** 37/21
**depending [1]** 46/8
**depressed [3]** 27/21 41/25 42/3
**depression [6]** 43/24 44/22 45/1 46/14
  59/9 81/16
**depressive [1]** 44/25
**derives [1]** 79/25
**describe [3]** 43/3 53/9 53/11
**described [2]** 64/2 75/1
**description [3]** 48/21 48/21 48/22
**deserved [1]** 61/2
**desire [1]** 53/24
**desperate [3]** 52/15 77/6 77/9
**desperately [1]** 54/4
**desperation [2]** 38/18
**despite [3]** 38/14 38/19 47/21
**detect [1]** 42/22
**Detention [1]** 42/9
**determine [2]** 45/17 76/23
**deterrence [3]** 83/16 83/17 83/17
**deterrent [2]** 76/20 76/23
**detriment [1]** 56/9
**develop [2]** 39/7 67/5
**developed [2]** 69/22 81/12
**developing [2]** 75/16 76/7
**developmental [1]** 48/4
**devices [1]** 84/13
**diagnosed [5]** 37/15 37/20 44/21 45/4
  45/9
**diagnosis [2]** 37/14 64/5
**diagnostic [1]** 47/24
**did [75]** 4/18 8/20 12/16 13/1 16/13
  16/14 16/15 18/25 20/8 20/25 22/9
  22/15 22/17 22/18 22/21 22/21 25/19
  25/22 26/8 29/6 29/16 29/20 29/23
  30/5 30/9 30/17 32/3 34/8 34/11 36/3
  36/16 36/20 36/21 36/23 37/23 38/23
  39/7 40/1 40/8 40/9 41/7 41/22 41/23
  42/6 42/18 42/21 43/24 44/14 45/6
  47/8 47/10 50/8 54/6 54/10 54/25 55/4
  55/10 57/11 57/14 57/22 58/15 58/16
  59/6 59/6 59/7 59/21 60/2 60/7 62/4
  62/9 65/7 69/7 78/24 78/24 81/24
**didn't [31]** 4/11 11/22 17/19 17/20
  18/16 19/8 21/23 22/6 23/9 24/9 24/21
  24/22 26/7 26/18 27/1 27/2 39/22
  41/25 44/8 50/1 54/6 54/10 54/15

## D

**didn't... [8]** 54/17 54/22 55/8 56/20 60/12 64/1 67/1 83/7
**difference [5]** 41/16 41/17 60/3 69/9 69/10
**different [4]** 22/24 41/19 45/13 46/10
**difficult [11]** 8/7 46/6 65/11 65/20 65/21 67/22 67/23 76/23 79/2 79/20 82/23
**difficulties [1]** 43/7
**difficulty [1]** 43/13
**diminishing [1]** 78/19
**DIRECT [8]** 7/17 13/16 16/6 20/1 25/13 28/19 35/16 58/7
**direction [1]** 12/8
**directions [2]** 19/5 68/24
**disagreement [1]** 68/11
**discipline [1]** 40/8
**disclose [1]** 57/11
**disclosure [2]** 84/19 84/20
**discontinued [1]** 44/16
**discover [1]** 67/5
**discrepancy [1]** 11/14
**discuss [2]** 3/9 80/12
**discussed [3]** 39/21 70/6 80/13
**discussion [5]** 31/4 33/23 40/18 50/12 71/4
**discussions [1]** 33/5
**disinclined [1]** 31/8
**disorder [14]** 37/16 37/18 37/21 43/6 43/9 44/21 45/5 45/12 46/7 50/15 50/19 56/21 56/22 57/4
**disordered [2]** 46/24 47/2
**disorders [1]** 48/3
**disorganized [1]** 56/14
**distance [1]** 30/13
**distracted [2]** 18/13 18/15
**distractions [1]** 18/12
**distribute [1]** 70/17
**district [7]** 1/1 1/1 1/12 65/5 65/11 68/24 84/10
**divorce [1]** 40/21
**divorced [3]** 14/3 14/4 39/13
**DNA [1]** 84/14
**do [74]** 2/20 3/4 3/15 3/16 9/8 9/12 9/16 13/18 13/24 13/24 13/25 14/1 16/8 16/10 17/8 17/19 18/3 19/17 21/15 21/15 21/15 22/17 23/15 26/25 27/1 27/20 32/5 32/6 32/10 32/17 34/6 34/19 34/24 34/25 34/25 35/5 46/14 47/1 47/21 48/5 49/18 53/20 54/5 54/17 56/8 56/10 56/17 56/18 58/18 58/22 59/7 59/19 59/24 66/24 67/3 69/21 71/5 71/7 74/19 74/25 75/25 76/25 77/12 78/15 78/21 79/7 79/23 81/10 82/20 82/23 83/15 85/21 85/25
**doctor [6]** 27/13 51/19 51/22 57/11 58/2 73/23
**doctoral [2]** 35/24 36/1
**doctors [3]** 23/3 62/8 82/24
**doctors' [2]** 61/23 63/16
**does [19]** 3/4 11/23 12/11 47/24 48/5 48/14 49/4 67/17 68/1 71/20 73/2 73/11 73/22 78/19 80/9 82/8 82/13 85/15 85/19
**doesn't [19]** 4/16 7/4 24/1 26/24 26/24 27/17 27/20 33/2 48/20 54/19 57/3 62/19 63/5 68/12 70/12 70/15 72/17

**78/2 78/3
doing [24]** 5/7 6/3 14/18 16/19 17/25 18/5 18/22 19/20 22/3 22/3 33/11 33/13 33/14 33/16 52/17 66/23 68/9 74/11 74/12 74/12 74/19 74/20 75/6 75/13
**domestic [4]** 48/24 48/25 70/7 82/2
**don't [25]** 4/10 9/13 12/20 19/9 23/2 24/1 24/14 24/16 32/13 32/18 33/13 33/13 34/22 54/3 59/20 61/4 64/8 65/3 67/13 69/1 70/21 72/15 76/24 77/19 79/14
**done [6]** 11/10 27/24 36/2 57/19 60/13 60/18
**Doral [1]** 62/8
**dot [3]** 10/15 10/15 10/15
**double [1]** 2/20
**double-check [1]** 2/20
**doubt [1]** 50/5
**down [13]** 30/18 30/24 39/1 40/12 50/21 51/8 59/15 65/9 68/14 69/16 73/9 73/10 80/23
**downward [10]** 61/21 65/2 65/6 65/6 65/8 65/14 66/5 68/20 79/5 79/8
**Dr [4]** 35/18 36/8 52/3 86/23
**Dr. [17]** 7/10 33/8 35/11 36/7 37/8 37/9 39/1 42/20 45/7 52/1 62/6 62/17 64/2 64/5 64/6 77/4 78/13
**Dr. Holmes [9]** 7/10 33/8 35/11 52/1 62/6 64/2 64/5 77/4 78/13
**Dr. Holmes' [1]** 62/17
**Dr. Len [1]** 36/7
**Dr. Quiroga [5]** 37/8 37/9 39/1 45/7 64/6
**Dr. Quiroga's [1]** 42/20
**draft [2]** 8/17 8/20
**drama [1]** 45/22
**draw [1]** 17/24
**drawing [2]** 17/5 22/24
**dropped [1]** 16/15
**drug [2]** 24/11 44/14
**DSM [2]** 44/19 47/24
**DSM-IV [1]** 44/19
**DSM-IV-TR [1]** 47/24
**dual [1]** 35/21
**due [4]** 9/8 10/20 12/12 61/5
**duly [8]** 7/14 13/15 16/5 19/25 25/10 28/18 35/13 58/6
**during [5]** 30/13 38/1 42/23 54/1 57/15

## E

**each [5]** 5/4 5/16 40/20 52/6 80/12
**earlier [4]** 6/15 51/4 64/1 81/25
**early [2]** 7/2 37/17
**earn [1]** 58/20
**earth [2]** 19/10 63/10
**Eduardo [1]** 25/19
**educate [1]** 65/3
**education [4]** 16/13 20/10 20/12 20/15
**educational [1]** 35/19
**effect [2]** 76/21 76/23
**effects [2]** 45/20 45/20
**effort [1]** 82/20
**ego [1]** 55/21
**eight [2]** 20/5 23/7
**either [7]** 4/17 43/14 53/19 53/19 68/7 71/3 83/4
**elevations [1]** 55/13
**Eleventh [1]** 68/19
**else [10]** 12/20 23/12 24/3 34/19 35/7

**56/9 56/18 56/19 83/5 86/3
email [1]** 39/2
**embraces [1]** 48/7
**emotion [1]** 9/2
**emotional [11]** 26/1 30/6 32/11 41/3 41/4 42/2 46/12 53/17 60/25 62/2 64/1
**emotionally [2]** 38/20 59/24
**emotions [8]** 8/7 61/9 65/22 67/3 68/2 69/22 73/13 81/11
**employed [2]** 7/19 7/20
**employer [1]** 84/18
**employment [2]** 84/20 84/22
**en [3]** 68/21 68/22 79/4
**en banc [2]** 68/22 79/4
**enchular [1]** 21/19
**encompass [1]** 51/5
**encouraged [1]** 21/13
**encryption [1]** 84/17
**end [7]** 5/17 24/23 33/23 75/20 75/21 78/17 82/13
**engage [7]** 29/23 36/16 49/19 71/23 72/16 81/6 83/12
**engages [1]** 81/17
**engaging [2]** 72/6 78/9
**engender [1]** 16/11
**English [1]** 35/22
**engrossing [2]** 45/19 45/21
**engulfed [1]** 60/10
**enjoy [1]** 72/2
**enjoyed [1]** 17/23
**enormous [2]** 17/2 17/18
**enough [3]** 49/11 73/13 82/12
**enter [1]** 62/23
**entered [1]** 85/13
**entering [1]** 10/24
**enthusiastic [1]** 14/14
**entire [2]** 11/25 32/2
**entirely [2]** 48/22 72/25
**entitled [3]** 32/22 72/15 72/18
**entry [1]** 85/23
**environment [2]** 37/18 45/10
**equal [2]** 7/5 11/16
**error [1]** 9/22
**escalate [1]** 82/10
**especially [2]** 60/6 70/19
**Esq [1]** 1/18
**essentially [2]** 66/23 68/23
**establishing [1]** 38/2
**evaluate [6]** 36/17 46/20 46/23 54/7 57/22 67/5
**evaluated [2]** 52/4 57/15
**evaluating [1]** 57/21
**evaluation [5]** 36/9 37/2 37/3 42/23 47/1
**evaluations [1]** 57/19
**EVAN [2]** 19/24 86/20
**even [26]** 17/14 18/10 21/23 21/25 23/6 24/9 24/14 30/6 40/2 42/14 48/25 50/5 52/13 52/19 53/21 58/9 58/20 62/24 64/20 70/7 71/19 71/19 74/1 77/5 79/4 79/9
**ever [9]** 12/5 18/17 25/15 25/17 28/21 28/23 28/25 54/14 64/19
**every [2]** 11/15 23/9
**everybody [3]** 14/21 47/11 65/20
**everyone [3]** 21/17 79/8 79/19
**everything [8]** 9/5 19/18 26/19 27/13 27/18 31/25 32/10 40/13
**evidence [4]** 42/12 66/3 74/9 78/23
**evidently [1]** 77/10

**E**

evil **[1]** 59/21
eviscerate **[1]** 10/9
ex **[2]** 10/7 40/19
ex-federal **[1]** 10/7
ex-husband **[1]** 40/19
exactly **[3]** 45/11 63/16 81/14
examination **[14]** 7/17 13/16 16/6 20/1
  25/13 28/19 35/16 41/22 42/24 51/24
  55/12 57/9 58/7 84/18
examine **[2]** 36/20 44/10
example **[5]** 27/9 40/6 41/11 60/3 77/21
examples **[1]** 41/5
exceedingly **[2]** 37/25 75/18
except **[1]** 12/20
exceptionally **[1]** 42/21
excess **[1]** 27/3
excessive **[1]** 82/13
exchange **[1]** 57/11
excuse **[5]** 38/3 50/25 59/13 69/6 86/3
excused **[1]** 9/18
excuses **[2]** 49/8 73/5
excusing **[1]** 72/3
executive **[1]** 46/11
exercises **[1]** 72/10
exhibit **[2]** 53/2 65/17
exist **[1]** 81/21
exists **[1]** 81/9
expect **[1]** 67/1
expectation **[1]** 15/17
expected **[1]** 69/21
expecting **[1]** 62/14
experience **[3]** 35/19 58/20 68/5
experiences **[1]** 58/25
expert **[3]** 36/17 64/7 64/7
explain **[3]** 49/9 51/2 55/1
explained **[1]** 51/4
explicit **[1]** 50/22
expressed **[1]** 53/23
extraordinarily **[1]** 50/23
extreme **[1]** 15/10
extremes **[4]** 43/12 53/15 53/18 53/18
eyes **[1]** 11/13

**F**

Facebook **[5]** 34/8 34/11 64/10 64/12
  64/21
faced **[1]** 77/5
facilities **[2]** 36/4 36/6
facing **[7]** 17/16 38/14 52/11 52/13
  60/13 68/4 77/9
fact **[8]** 42/16 47/21 49/12 70/4 71/13
  77/24 81/24 85/16
factor **[3]** 23/5 47/11 71/5
factors **[5]** 46/17 65/1 80/11 83/19
  83/22
facts **[3]** 4/8 6/2 9/7
fair **[4]** 9/4 56/15 63/1 66/5
fairness **[2]** 9/5 9/6
fake **[1]** 75/12
fall **[4]** 50/15 50/15 61/1 62/19
falls **[2]** 21/21 50/10
false **[2]** 11/13 75/12
familiar **[1]** 37/11
families **[4]** 10/5 40/7 41/18 60/9
family **[22]** 7/6 14/12 25/22 32/9 33/7
  38/23 39/7 39/8 54/5 58/14 58/14
  60/15 61/7 62/18 63/12 65/23 68/2
  74/21 75/2 79/1 80/4 80/9

famous **[1]** 46/9
fantasies **[2]** 47/5 47/14
far **[5]** 11/9 47/23 54/9 59/16 62/19
farthest **[1]** 9/5
fast **[1]** 50/16
Fatal **[1]** 43/5
father **[8]** 13/22 16/9 39/13 40/21 41/9
  41/9 73/16 77/22
favor **[1]** 2/20
faxed **[2]** 44/7 44/7
FBI **[2]** 2/16 37/1
FDC **[1]** 42/7
fear **[1]** 43/19
fearful **[2]** 40/4 82/4
features **[4]** 42/24 46/18 56/21 57/3
federal **[5]** 10/7 10/8 10/14 65/4 77/8
Federico **[1]** 7/21
feel **[9]** 12/19 16/25 26/16 31/6 34/2
  42/7 47/2 57/22 80/3
feeling **[2]** 27/6 43/22
feelings **[11]** 21/3 26/15 26/17 30/6
  33/3 44/25 56/25 59/12 60/10 63/11
  75/1
feels **[2]** 77/25 78/1
fell **[1]** 59/7
felt **[3]** 9/25 30/12 64/25
female **[1]** 18/19
fetching **[1]** 59/13
few **[8]** 2/3 7/8 12/25 44/7 44/8 44/9
  51/21 52/3
filed **[4]** 4/18 31/25 61/20 85/23
filing **[1]** 33/6
fill **[2]** 54/24 54/25
final **[1]** 61/17
finally **[2]** 15/13 18/9
finances **[1]** 58/21
financial **[2]** 40/13 84/20
find **[3]** 28/6 43/24 44/14
findings **[6]** 37/11 37/14 41/24 44/19
  44/20 85/16
finds **[1]** 59/17
fine **[1]** 10/16
finished **[3]** 15/13 22/14 33/10
firearm **[1]** 84/12
firm **[2]** 7/20 7/23
first **[21]** 7/14 10/20 10/23 13/15 16/5
  18/9 19/25 24/8 24/12 25/10 28/18
  35/13 42/8 58/6 63/7 66/3 67/20 67/21
  75/14 79/22 81/23
fit **[1]** 48/6
fits **[1]** 11/21
five **[2]** 9/16 76/15
FL **[1]** 1/24
Fleisher **[7]** 1/18 2/18 4/14 33/1 68/18
  68/18 87/2
Fleisher's **[1]** 6/14
flew **[1]** 39/1
FLORIDA **[10]** 1/1 1/5 1/16 1/19 7/4
  22/5 22/6 36/2 36/3 36/14
flsd.uscourts.gov **[1]** 1/25
focus **[4]** 55/19 55/22 55/25 55/18
focused **[1]** 11/14
focuses **[1]** 82/19
folks **[2]** 9/13 80/7
followed **[1]** 66/7
following **[2]** 74/9 84/16
follows **[10]** 2/6 7/14 13/15 16/5 19/25
  25/10 28/18 31/4 35/13 58/6
food **[1]** 65/17
forefront **[2]** 42/25 43/2

foregoing **[1]** 86/8
foremost **[1]** 10/21
forensic **[4]** 44/19 46/23 62/5 62/5
forever **[1]** 76/14
forfeited **[1]** 85/14
forfeiture **[1]** 85/13
forgot **[1]** 66/9
form **[2]** 47/6 51/1
forma **[1]** 85/25
former **[1]** 65/4
Fort **[1]** 1/5
forth **[8]** 6/2 6/9 18/6 22/2 23/21 23/24
  61/24 72/3
forthright **[1]** 50/8
found **[11]** 16/19 18/23 38/19 39/3 49/2
  50/2 53/12 63/1 66/12 70/6 82/1
founder **[1]** 10/4
founders' **[1]** 10/10
four **[2]** 39/12 55/13
Fourth **[2]** 21/6 21/25
free **[1]** 11/18
freelance **[1]** 16/11
friend **[7]** 22/5 22/7 22/9 22/12 22/13
  29/21 39/24
friends **[6]** 23/16 40/6 63/13 75/3 80/5
  80/10
front **[1]** 41/2
frontal **[2]** 45/16 46/10
frustrated **[1]** 62/20
full **[3]** 9/10 57/3 59/9
full-blown **[1]** 57/3
fully **[3]** 69/21 79/23 81/11
fun **[2]** 23/16 80/1
functioning **[1]** 38/20
functions **[1]** 46/11
further **[7]** 20/10 20/12 20/14 24/23
  35/9 57/25 58/3
future **[2]** 24/25 65/19

**G**

garbage **[1]** 38/4
GASCA **[4]** 28/17 80/17 80/19 86/22
gather **[2]** 38/23 39/7
gathered **[1]** 45/7
gave **[5]** 8/15 21/14 22/21 51/15 61/13
GED **[1]** 16/16
general **[2]** 60/12 83/17
George **[1]** 35/24
get **[30]** 2/9 10/12 15/2 16/16 19/1 19/3
  19/14 20/8 20/14 20/17 24/14 28/6
  29/20 30/22 30/23 31/14 32/6 32/8
  33/17 38/3 40/4 40/4 61/9 67/10 74/15
  74/16 76/12 76/15 77/6 77/6 77/9
gets **[9]** 19/3 19/4 19/14 19/15 21/22
  49/14 63/8 70/25 78/20
getting **[4]** 18/17 20/17 52/18 76/9
gifted **[1]** 15/7
gifts **[3]** 16/22 17/1 17/3
girl **[11]** 10/22 12/1 12/6 17/20 20/15
  21/20 59/8 61/1 69/11 70/16 72/9
girlfriend **[3]** 23/22 44/13 81/25
girlfriends **[1]** 40/7
girls **[3]** 23/19 27/16 27/16
give **[10]** 12/21 19/9 34/22 48/14 55/15
  55/23 56/24 66/5 78/15 79/14
given **[7]** 10/18 27/6 43/16 47/7 54/15
  65/13 67/4
gives **[2]** 43/16 73/6
giving **[5]** 40/3 40/9 50/5 65/14 73/20
go **[18]** 2/9 6/1 15/2 15/10 17/23 21/14

**G**

**go... [12]** 22/5 26/24 30/9 35/4 37/22 44/19 51/4 68/13 73/12 75/9 79/9 80/11
**goals [1]** 76/4
**God [2]** 12/8 60/7
**goes [2]** 70/14 70/16
**going [42]** 15/8 15/10 16/15 18/16 18/21 20/4 20/10 20/13 20/17 20/18 21/7 22/1 22/1 22/4 22/5 22/6 22/13 22/15 26/11 26/18 27/11 27/12 27/21 29/14 32/7 33/8 34/25 40/6 45/17 60/9 66/15 66/18 66/21 66/24 73/7 76/10 76/10 76/14 76/20 80/12 83/3 83/5
**gone [2]** 50/16 50/17
**good [41]** 2/14 2/17 2/18 3/1 3/3 9/21 11/5 12/15 14/7 14/10 14/11 14/24 14/25 15/15 15/15 15/23 15/23 17/9 19/5 19/5 22/17 22/18 23/4 23/17 26/20 28/16 35/1 35/14 48/17 49/13 49/15 52/1 52/2 53/19 59/19 60/19 61/7 61/8 63/14 81/21 86/5
**good-living [1]** 23/17
**goodhearted [3]** 15/19 15/20 15/20
**goodness [1]** 9/2
**goodwill [1]** 10/17
**got [10]** 15/25 18/13 18/15 19/16 19/17 22/8 23/13 44/9 49/9 59/3
**government [10]** 6/4 9/14 9/24 62/13 63/20 64/6 64/16 67/18 78/17 85/19
**government's [1]** 71/5
**governors [1]** 9/17
**GPA [1]** 16/18
**graduate [2]** 18/10 20/6
**graduated [4]** 16/20 18/9 20/7 59/4
**graduation [1]** 36/2
**graffiti [2]** 22/19 23/15
**granted [1]** 65/6
**granting [1]** 12/9
**graphic [1]** 67/12
**gray [2]** 57/2 57/2
**great [9]** 3/13 9/2 17/18 17/18 19/13 19/15 19/16 23/4 67/3
**greater [1]** 76/20
**grew [1]** 12/14
**grounding [2]** 43/17 43/18
**grow [2]** 20/16 24/20
**growing [3]** 14/14 58/22 58/25
**grownups [1]** 9/12
**gruesome [1]** 65/10
**guess [16]** 4/21 15/13 18/12 18/13 21/22 33/2 38/7 40/21 42/9 67/21 71/23 74/8 75/10 78/14 80/25 81/15
**guide [1]** 28/7
**guideline [7]** 19/9 63/3 71/8 74/3 76/5 76/25 78/17
**guidelines [11]** 4/3 6/8 6/8 6/13 6/20 54/15 61/22 65/15 70/20 74/4 83/21
**guiding [1]** 12/8
**guilty [1]** 66/3
**gullible [1]** 12/4
**gun [1]** 22/21
**Gustavo [1]** 36/8

**H**

**had [63]** 3/8 4/8 8/5 11/8 15/16 17/21 17/25 18/19 20/15 21/22 24/6 26/17 27/9 30/1 30/6 31/16 32/9 32/20 32/21 32/21 32/23 33/5 34/12 37/6 39/17

39/23 40/11 41/6 41/17 42/13 43/24 44/2 44/4 44/8 44/11 44/14 44/17 44/22 47/12 48/24 49/10 49/17 53/21 54/2 56/21 58/19 59/2 59/7 59/23 60/10 60/24 61/20 62/10 62/15 63/12 63/14 63/23 64/19 69/16 69/18 78/1 80/21 81/4
**half [12]** 11/24 16/24 63/9 70/22 70/23 74/1 74/6 75/25 77/1 77/13 78/18 83/3
**hand [2]** 69/6 70/12
**handing [1]** 10/14
**handle [2]** 33/6 73/13
**hands [2]** 15/12 60/22
**handy [1]** 69/2
**Hang [1]** 23/15
**happen [1]** 18/4
**happened [15]** 9/8 10/20 10/23 11/10 14/19 16/16 18/20 18/24 18/24 21/23 25/20 26/2 60/25 63/23 69/19
**happier [1]** 59/10 64/15
**happy [4]** 17/24 34/8 35/4 42/10
**hard [8]** 16/21 17/14 17/17 23/8 50/15 55/1 78/7 79/23
**harm [3]** 27/24 59/23 78/8
**harms [1]** 9/11
**harsh [2]** 19/7 61/2
**has [64]** 4/12 7/5 9/14 12/5 13/2 15/11 17/2 17/18 23/4 26/23 27/6 27/6 27/19 28/2 28/7 28/25 31/6 32/23 34/24 38/19 38/21 44/1 45/12 47/23 49/8 49/20 53/13 57/2 61/7 61/8 61/24 61/25 62/1 63/4 63/9 63/15 64/2 64/6 65/20 67/2 67/4 67/6 67/7 67/11 68/6 70/5 70/25 72/23 73/6 73/8 73/8 73/15 73/17 73/23 76/19 79/19 80/4 81/18 82/15 82/16 82/19 82/25 85/13 85/15
**have [107]**
**haven't [4]** 21/5 31/19 58/19 74/8
**having [14]** 7/14 13/15 16/5 19/25 25/10 26/1 28/18 35/13 53/21 58/6 80/21 81/1 82/22 85/7
**he [363]**
**He'd [1]** 23/15
**he'll [1]** 19/16
**he's [55]** 2/2 13/3 13/7 15/6 15/15 15/20 15/22 17/16 17/18 18/19 18/21 18/22 19/5 19/10 19/12 21/17 21/18 21/18 21/18 21/20 21/21 22/6 22/13 22/13 23/14 23/14 23/14 23/25 35/3 42/13 47/12 49/9 54/2 56/18 63/7 63/7 63/14 63/15 67/8 67/10 69/8 70/20 72/7 73/2 73/15 73/19 73/21 73/22 74/20 75/2 75/5 76/14 78/14 78/22 82/18
**head [4]** 7/5 22/2 43/10 50/11
**health [1]** 85/6
**healthy [2]** 41/4 55/19
**hear [8]** 6/22 10/19 24/13 33/8 44/8 62/14 72/20 83/7
**heard [9]** 2/2 12/2 24/8 24/13 31/10 31/21 31/21 67/18 83/8
**HEARING [1]** 1/11
**hearsay [3]** 66/15 66/18 66/22
**heart [9]** 9/2 9/21 17/18 59/19 60/7 61/8 62/15 64/17 64/18
**heartache [1]** 9/11
**hearted [1]** 35/3
**HEATHER [2]** 35/12 86/23
**heavily [1]** 70/9
**heels [2]** 43/10 50/11

**heinous [1]** 9/16
**held [1]** 72/13
**help [25]** 12/8 12/12 12/20 17/13 17/13 19/3 19/6 19/14 19/15 19/20 27/4 27/14 27/25 28/1 28/5 28/7 34/20 56/9 56/18 59/11 59/25 62/5 67/4 78/20 82/9
**helped [1]** 17/15
**helpful [2]** 51/8 56/19
**helping [3]** 12/1 24/23 24/24
**Hence [1]** 11/2
**her [99]**
**here [44]** 3/5 4/11 7/7 8/9 8/24 9/8 9/12 9/20 10/2 10/20 12/2 12/12 14/5 14/12 14/21 17/20 25/6 26/13 27/1 28/2 29/6 31/14 32/14 33/25 36/3 40/13 40/19 42/1 42/25 60/21 61/7 64/20 64/22 64/24 66/22 71/15 77/24 79/17 80/4 80/7 80/8 81/14 85/14
**Here's [1]** 5/1
**hereby [1]** 85/14
**hers [1]** 39/25
**herself [6]** 10/25 26/5 27/20 73/9 77/5 80/22
**Heyburn [1]** 36/7
**hid [1]** 27/12
**hide [1]** 75/1
**hiding [2]** 74/21 75/2
**high [8]** 8/8 16/14 16/14 23/19 38/20 55/3 59/4 81/18
**high-functioning [1]** 38/20
**high-level [1]** 81/18
**him [134]**
**himself [3]** 38/3 40/22 55/19
**hindsight [1]** 40/1
**his [125]**
**Hispanic [1]** 41/18
**history [11]** 12/7 38/3 38/12 38/23 39/8 43/1 44/22 45/6 51/15 70/5 82/16
**hit [2]** 7/4 44/7
**hits [1]** 83/13
**hitting [1]** 18/12
**hold [2]** 24/25 55/15
**Holmes [13]** 7/10 33/8 35/11 35/12 35/18 52/1 52/3 62/6 64/2 64/5 77/4 78/13 86/23
**Holmes' [1]** 62/17
**home [2]** 11/18 69/17
**honest [2]** 69/4 70/11
**honestly [2]** 9/1 60/12
**Honor [48]** 2/14 3/1 3/11 3/14 4/7 4/13 4/22 5/9 5/10 5/21 6/5 6/6 6/10 6/11 6/18 6/21 7/2 8/23 10/19 12/2 13/5 14/10 27/14 27/18 28/5 32/20 32/21 35/14 50/25 51/21 57/5 57/8 59/6 60/19 61/20 65/14 67/19 67/20 68/15 71/7 71/8 74/7 75/15 75/16 77/17 85/18 85/20 86/4
**HONORABLE [1]** 1/11
**honors [1]** 16/18
**hookup [1]** 20/22
**hope [6]** 7/4 18/24 19/6 19/8 19/13 19/19
**hoped [1]** 62/22
**hopefully [2]** 51/5 85/7
**hoping [1]** 14/17
**horrible [1]** 59/15
**hospitals [1]** 36/5
**hotel [1]** 14/1
**Houlihan's [2]** 21/7 22/1

**H**

**hours [2]** 17/6 84/9
**house [8]** 15/1 17/25 27/19 39/11 39/19 69/16 80/23 80/23
**how [33]** 7/23 12/11 13/20 22/25 26/16 27/11 29/20 30/1 30/3 30/12 33/5 33/17 34/2 37/23 38/10 40/15 40/19 49/9 52/17 57/15 59/8 62/19 64/25 65/25 68/12 71/5 74/1 77/25 77/25 78/15 82/12 83/14 85/7
**however [5]** 11/6 40/8 48/1 68/5 76/15
**human [2]** 9/2 60/16
**human's [1]** 60/23
**hundred [2]** 15/25 15/25
**Hundreds [1]** 57/17
**Huntington [1]** 35/21
**Hurricane [1]** 44/2
**hurt [3]** 17/19 50/13 59/23
**husband [2]** 40/19 41/8
**hyperactive [1]** 46/3
**hyperactivity [3]** 37/16 45/5 45/12
**hyperfocused [4]** 38/17 52/23 77/7 83/1
**Hypothetically [1]** 60/23

**I**

**I'll [4]** 33/9 33/9 56/13 69/5
**I'm [57]** 4/10 4/11 7/20 8/4 8/4 12/15 12/19 12/19 13/21 14/12 14/18 14/20 14/20 16/3 16/11 19/19 19/19 20/5 20/13 20/14 22/2 22/2 22/15 24/6 26/11 26/25 27/11 28/13 31/2 31/5 31/17 32/17 33/11 33/12 38/8 45/20 49/24 58/11 58/18 59/13 59/15 59/16 59/17 59/18 61/7 66/15 66/18 66/21 68/20 68/25 69/1 70/4 71/2 80/5 80/12 83/2 83/13
**I've [19]** 3/18 5/23 5/24 7/24 16/23 16/24 27/8 31/10 31/15 32/9 47/11 48/22 57/18 57/19 62/25 80/11 80/13 80/16 83/20
**I-95 [1]** 6/25
**I-R-E-Y [1]** 65/8
**idea [1]** 73/6
**ideation [1]** 44/24
**identified [2]** 5/16 85/12
**identity [1]** 43/18
**ignorance [1]** 9/14
**II [1]** 37/20
**III [1]** 55/12
**ill [4]** 9/25 27/6 27/17 59/23
**illegal [1]** 74/12
**images [2]** 55/5 70/17
**imagined [1]** 18/17
**immature [7]** 37/25 38/13 38/16 58/18 63/15 72/8 78/22
**immaturity [3]** 9/9 48/2 72/3
**immediate [1]** 54/16
**immediately [1]** 85/1
**impact [2]** 32/22 77/2
**impacted [1]** 38/21
**important [1]** 75/18
**impose [1]** 68/24
**imposed [3]** 66/7 85/15 85/22
**impress [1]** 15/13
**impressions [1]** 39/7
**imprisoned [1]** 84/3
**imprisonment [5]** 61/3 68/4 83/24 84/7 85/9

**improper [1]** 31/18
**improve [1]** 57/1
**impulse [3]** 9/9 24/22 24/25
**impulsively [1]** 11/4
**inability [5]** 43/17 45/16 45/25 46/3 48/16
**inappropriate [2]** 74/13 75/7
**inappropriateness [1]** 40/2
**inattentive [1]** 45/13
**inattentive [3]** 37/16 38/13 45/5
**incapacitation [1]** 77/15
**incarcerated [2]** 52/4 52/6
**incarceration [1]** 45/2
**incident [1]** 66/11 66/11 69/16 81/25
**incited [1]** 26/8
**include [1]** 5/19
**included [2]** 10/6 65/17
**includes [1]** 74/13
**including [1]** 84/15
**incorporated [1]** 85/14
**increase [1]** 10/13
**incredibly [1]** 82/18
**incriminating [1]** 73/20
**INDEX [2]** 86/15 87/1
**indicated [1]** 81/6
**indicates [1]** 74/10
**indicating [1]** 78/16
**indicative [2]** 47/16 73/11
**indictment [1]** 37/4
**individual's [1]** 68/7
**individuals [4]** 9/9 36/10 41/18 43/9
**inflicted [1]** 81/17
**initially [2]** 10/25 69/13
**innocent [1]** 75/5
**innocently [2]** 74/11 74/20
**inside [1]** 16/23
**insight [4]** 38/15 39/20 40/3 42/16
**instability [2]** 41/4 53/7
**instead [2]** 45/15 49/12
**Institute [1]** 16/17
**instituting [1]** 11/15
**instructions [1]** 11/6
**instructor [1]** 18/10
**insufficient [1]** 77/10
**intellectual [1]** 38/20
**intelligence [1]** 37/7
**intense [1]** 43/19
**intention [1]** 81/6
**intentions [4]** 11/5 17/20 17/21 59/23
**interest [3]** 38/7 53/23 85/11
**interested [2]** 52/18 66/10
**interests [2]** 56/9 56/17
**interfere [2]** 18/16 46/4
**interject [2]** 38/5 38/10
**internship [1]** 36/1
**interpersonal [1]** 43/8
**interpretation [1]** 4/8
**interpreter [3]** 3/4 3/5 25/6
**intervened [1]** 44/2
**intervention [3]** 51/7 54/5 57/1
**interview [1]** 38/24 39/1
**interviewed [3]** 38/25 41/21 47/12
**interviews [1]** 37/22
**intimate [5]** 69/17 69/18 78/10 81/1 81/5
**introduced [2]** 10/23 15/3
**investigation [2]** 3/10 3/19
**Investigations [1]** 62/8
**investigator [2]** 25/19 66/20
**investigators [1]** 66/19

**involve [1]** 43/7
**involved [3]** 29/20 65/21 69/11
**involvement [1]** 84/22
**IQ [1]** 38/19
**Irey [4]** 65/8 68/18 69/2 79/2
**irrelevant [1]** 63/19
**is [236]**
**isn't [1]** 70/13
**issue [1]** 63/17
**issued [2]** 48/24 48/25
**issues [4]** 49/8 82/9 83/10 83/11
**it [137]**
**it's [52]** 3/3 4/10 4/15 4/20 5/11 6/14 12/24 14/16 15/8 15/21 17/14 17/15 22/19 24/4 24/18 31/23 33/1 34/5 41/18 41/19 43/7 45/16 45/25 46/3 46/8 49/14 51/2 55/1 56/6 56/19 57/2 65/21 67/12 67/23 69/10 69/10 71/4 71/25 72/12 73/1 74/3 75/17 75/22 76/2 76/2 76/3 76/23 78/7 78/25 78/25 79/23 82/23
**its [3]** 34/3 34/20 78/14
**IV [2]** 44/19 47/24
**Ivette [13]** 7/12 7/13 12/13 14/3 37/5 38/24 39/6 41/7 62/12 62/18 62/20 66/12 86/17

**J**

**jail [3]** 42/1 70/24 70/25
**January [5]** 30/2 49/25 69/15 69/15 75/22
**jeopardized [1]** 11/3
**Jersey [14]** 7/7 13/19 14/5 16/9 16/15 20/5 20/6 20/23 20/24 39/15 44/4 75/10 81/3 81/7
**Jessica [1]** 3/2
**job [9]** 20/13 22/17 49/9 61/4 65/11 66/23 67/2 67/3 68/10
**jobs [1]** 20/4
**John [1]** 10/7
**joy [1]** 79/25
**judge [33]** 1/12 2/7 2/18 3/23 4/3 4/18 6/24 7/15 8/12 8/13 8/15 14/6 14/23 20/25 25/11 31/12 31/23 33/7 35/9 58/4 58/9 61/12 61/17 65/5 65/11 66/9 66/17 67/16 77/19 78/13 79/14 79/15 79/24
**judges [1]** 79/2
**judgment [10]** 42/16 46/12 48/3 50/11 71/21 72/3 72/9 72/11 84/1 85/23
**judgmental [1]** 47/6
**judgments [1]** 48/17
**judiciary's [1]** 65/18
**Judith [2]** 1/22 86/12
**judy [1]** 1/25
**Julie [1]** 10/5
**July [4]** 1/4 10/4 21/6 21/25
**June [2]** 4/19 64/13
**just [62]** 2/3 4/1 4/7 5/10 5/18 6/16 8/17 8/18 12/25 14/18 16/21 16/24 17/1 17/6 19/2 19/2 19/5 19/19 20/6 20/15 21/16 22/12 22/14 24/5 24/18 24/19 27/1 29/21 31/5 31/7 32/5 32/6 33/11 33/13 35/1 38/1 40/14 44/10 45/1 49/8 50/22 52/9 52/14 52/22 54/18 54/20 55/15 55/22 56/13 59/2 59/3 59/7 60/11 61/9 66/18 66/21 67/13 67/20 67/25 68/8 72/8 74/20
**justice [5]** 10/10 20/9 20/11 20/19 24/7
**justification [2]** 11/20 71/18

## J

justify [1]  65/14
JUSTIN [4]  16/4 16/8 19/22 86/19

## K

keep [2]  12/8 80/25
keeping [1]  83/14
kept [4]  8/17 21/7 22/1 41/19
kid [16]  9/24 14/15 15/7 15/7 15/18
 15/23 15/23 16/24 17/3 17/18 18/14
 19/5 19/13 23/17 63/14 63/14
kill [3]  27/11 27/12 40/22
kind [6]  14/16 14/20 24/12 35/3 49/21
 57/2
kind-hearted [1]  35/3
kindness [1]  9/2
kinds [3]  45/13 46/10 81/12
knew [16]  24/21 41/14 50/8 52/10
 52/13 60/13 62/3 62/15 69/13 69/15
 74/12 75/3 75/6 75/7 75/13 80/19
know [90]
knowing [6]  18/7 52/19 69/12 74/1
 77/5 77/8
knowledge [1]  60/16
known [6]  11/8 46/5 60/11 60/12 69/13
 78/22
knows [3]  12/3 58/9 61/20 64/5 65/1
kudos [1]  10/12

## L

lack [8]  11/1 38/17 39/11 39/18 40/3
 40/14 48/3 72/3
lacking [1]  38/15
lacks [1]  39/20
land [1]  11/18
last [9]  8/20 10/6 20/4 20/7 21/6 21/6
 21/25 22/19 22/20
lastly [1]  61/5
later [4]  11/3 22/4 22/7 68/21
Lauderdale [1]  1/5
laugh [1]  23/17
law [22]  7/20 14/13 20/17 24/21 26/19
 27/15 32/3 34/14 58/23 60/11 62/16
 62/16 65/5 68/12 69/20 71/13 71/18
 74/4 78/6 78/19 78/25 81/9
laws [5]  10/8 10/13 11/13 71/9 81/21
leading [1]  36/24
learn [4]  19/1 24/20 41/7 58/21
learned [2]  67/7 85/7
learning [4]  19/19 37/18 43/1 58/25
least [3]  70/15 73/1 76/15
leave [2]  49/1 82/1
leaving [1]  83/2
left [5]  7/2 26/17 44/8 75/9 82/4
legal [3]  8/1 38/12 58/24
Len [1]  36/7
less [5]  45/22 56/8 56/10 56/16 56/18
lesson [1]  67/7
let [20]  2/4 4/1 4/15 4/23 18/21 26/12
 30/5 48/9 55/15 61/9 66/14 69/3 73/4
 75/24 79/14 79/15 79/22 80/11 80/14
 83/3
let's [7]  2/9 18/4 18/4 33/17 37/22
 44/19 48/23
letter [3]  8/16 13/10 18/11
letters [5]  3/20 5/25 37/5 63/10 63/12
 80/6
letting [1]  60/9

level [6]  44/3 44/23 60/6 65/9 73/13
 81/18
levels [1]  72/19
licensed [2]  36/14 44/3
lied [1]  10/25
lies [1]  11/11
lieu [1]  51/17
life [26]  11/24 11/25 12/6 12/7 12/17
 14/6 16/24 17/22 19/16 19/20 22/11
 43/23 58/19 58/20 58/21 58/25 59/8
 59/10 59/20 60/14 60/21 62/24 65/9
 83/24 84/8 85/10
lifetime [1]  67/8
like [57]  8/8 17/14 18/18 15/18 17/2
 17/13 18/18 18/21 19/8 21/10 21/10
 21/11 21/15 21/17 21/19 21/20 21/20
 21/21 21/22 21/23 21/24 22/1 22/2
 22/6 22/11 22/11 22/12 22/24 22/25
 23/1 23/4 23/7 23/7 23/10 23/18 23/19
 23/24 23/25 24/1 24/5 24/6 24/11
 24/12 24/13 26/21 28/5 28/7 31/6 41/5
 43/3 54/2 55/8 61/13 64/8 71/9 71/13
 78/14
liked [2]  23/17 23/18
likely [7]  55/18 55/25 56/8 56/10 56/17
 56/18 77/1
limit [1]  60/7
lines [2]  24/17 64/11
lip [1]  73/6
list [3]  14/13 46/22 46/23
little [10]  9/16 10/3 15/7 18/14 19/11
 20/3 20/15 20/16 23/6 42/6
live [8]  13/18 13/19 16/8 16/9 21/9
 22/10 39/22 75/10
lived [3]  11/25 39/14 39/17
living [3]  27/17 26/2 58/20
Lloyd [1]  23/10
lobe [1]  46/11
lobe's [1]  45/16
located [1]  46/10
locked [1]  22/8
long [6]  7/23 30/1 30/13 70/19 71/4
 78/15
long-distance [1]  30/13
longer [2]  76/19 83/15
look [2]  41/5 80/4
looked [3]  32/20 59/15 64/8
looking [4]  70/15 70/16 70/17 70/20
looks [2]  41/20 64/8
lose [1]  45/23
lot [17]  8/8 15/16 15/17 15/17 15/17
 16/16 22/23 27/7 38/4 39/24 41/3 48/7
 58/21 58/22 62/12 73/5 80/9
louder [1]  34/4
love [26]  9/3 9/25 11/2 16/19 21/22
 27/7 28/1 28/6 30/14 30/15 34/6 34/7
 35/5 38/18 39/23 43/10 53/19 59/7
 60/7 61/1 64/18 64/20 64/21 65/24
 65/24 81/8
loved [3]  17/8 18/11 60/15
loves [5]  26/22 26/22 26/23 27/16
 38/10
loving [2]  61/6 63/14
low [1]  78/17
low-end [1]  78/17
Loyola [1]  35/23
luck [1]  86/5
lucky [2]  72/2 80/3
lying [2]  74/17 74/17

## M

made [21]  3/23 11/19 12/14 27/15
 44/20 46/16 48/1 48/2 53/21 55/9
 58/23 59/14 60/5 60/17 63/18 63/21
 63/22 64/15 66/20 72/13 73/6
madly [1]  53/19
magistrate [1]  65/4
mailed [1]  39/4
mails [1]  12/2
main [1]  60/2
maintain [1]  45/16
maintaining [1]  43/13
maintenance [1]  13/25
major [2]  35/21 44/21
majority [2]  46/10 78/11
make [25]  4/1 16/21 16/25 16/25 18/4
 18/4 19/17 27/15 33/2 34/8 34/11
 34/20 35/4 40/9 46/15 48/17 53/25
 60/17 68/13 69/23 71/21 77/1 78/2
 78/3 81/12
makes [2]  83/7
making [2]  9/25 38/22
Malcolm [1]  10/7
male [1]  36/6
malicious [1]  59/20
malinger [1]  42/18
malingering [1]  42/22
man [11]  11/23 19/16 19/20 21/21
 50/10 58/23 63/3 67/7 78/21 78/22
 79/14
Mandatories [1]  10/5
mandatory [21]  10/8 10/13 12/10 24/6
 24/7 24/8 24/11 31/20 34/23 51/3
 61/23 62/24 63/8 65/16 65/19 66/6
 67/9 67/15 70/19 70/19 77/6 79/9
mania [1]  42/13
manipulated [1]  11/5
manipulating [1]  73/19
manipulation [1]  12/4
Mann [1]  24/17
manner [1]  85/17
mantra [1]  63/14
many [5]  14/4 57/15 72/1 72/20 76/15
Manzanares [1]  3/2
MARGARITA [3]  25/9 62/10 86/21
marijuana [5]  44/15 49/12 51/14 51/18
 64/4
Marlboro [1]  22/11
married [1]  34/12
Marshall [1]  35/20
Maryland [1]  35/23
massive [1]  10/15
master's [2]  35/22 44/3
materials [2]  36/23 57/12
matter [3]  36/18 61/21 86/9
mature [4]  11/8 51/6 73/13 81/13
maturity [3]  60/6 61/25 63/15
MAX [7]  13/14 19/24 20/3 41/8 74/22
 86/18 86/20
MAX-EVAN [2]  19/24 86/20
maximum [3]  19/2 64/23 68/25
may [15]  7/15 7/24 12/7 13/4 20/7
 25/11 61/17 68/11 69/12 69/22 77/17
 80/3 82/10 85/6 85/24
maybe [9]  3/12 4/10 13/1 24/20 24/21
 24/21 24/22 49/23 56/13
MCMI [1]  55/12
MCMI-III [1]  55/12
MDSO [1]  57/19

**M**

**me [69]** 2/15 2/20 2/21 4/1 4/15 4/23 14/12 14/16 15/7 15/8 15/12 15/13 15/17 15/18 17/15 19/11 20/21 21/8 21/8 22/4 22/7 22/8 23/9 24/1 24/18 25/15 25/17 29/21 30/5 30/21 30/22 38/11 40/24 41/14 42/2 43/3 48/9 48/16 50/25 55/15 55/15 59/6 59/8 59/10 60/4 60/5 60/17 60/19 61/7 61/10 61/13 62/7 64/15 64/16 64/21 65/21 66/14 67/25 69/3 70/15 73/1 73/4 73/11 75/24 79/22 80/11 80/14 83/3 83/7
**mean [20]** 8/15 13/2 27/17 31/19 48/14 48/21 49/3 50/4 50/5 50/8 51/1 53/12 54/12 58/15 66/19 69/4 70/6 74/2 76/16 82/18
**meaning [1]** 55/21
**meaningful [1]** 10/9
**means [4]** 9/24 45/14 55/18 63/15
**meant [2]** 56/3 56/15
**medicating [1]** 64/4
**medication [5]** 49/13 51/17 53/13 64/4 83/13
**medications [1]** 83/9
**medium [1]** 22/24
**meet [6]** 22/12 29/16 47/4 54/19 56/20 84/5
**meeting [3]** 25/19 43/1 62/3
**meetings [1]** 14/13
**meets [3]** 21/20 75/22 75/23
**melancholic [1]** 42/6
**member [1]** 76/12
**members [4]** 65/18 68/2 74/22 75/2
**memo [3]** 5/25 8/8 61/23
**men [2]** 8/25 9/1
**mental [7]** 11/1 41/22 48/2 49/8 53/14 81/10 85/6
**mentally [2]** 46/24 47/2
**mention [1]** 66/9
**mentioned [3]** 41/12 41/14 42/14
**mercy [6]** 9/22 11/19 12/21 19/13 60/22 67/14
**message [1]** 77/10
**messages [5]** 36/25 39/4 44/9 50/13 74/13
**messed [2]** 59/9 60/15
**messing [1]** 59/18
**met [17]** 18/13 25/15 28/21 29/24 30/6 36/21 41/9 49/20 49/25 52/3 52/7 52/9 55/2 56/22 59/2 60/4 69/15
**Miami [8]** 1/16 1/19 1/23 1/24 46/22 57/20 75/9 81/4
**Miami-Dade [2]** 46/22 57/20
**Michele [1]** 37/3
**microphone [2]** 2/21 3/13 24/4
**middle [3]** 29/15 38/11 80/24
**might [9]** 2/3 10/16 27/5 32/23 32/24 60/18 69/7 69/8 69/23
**mild [1]** 51/17
**min [2]** 63/3 79/14
**min/man [2]** 63/3 79/14
**mind [7]** 17/6 27/5 47/14 59/20 64/17 70/10 78/14
**minded [1]** 58/18
**minimized [1]** 71/2
**minimum [14]** 10/5 12/10 24/6 24/8 51/3 61/22 63/8 65/16 65/18 66/6 67/9 67/14 77/5 79/10

**minimums [2]** 24/8 24/11
**minor [2]** 62/11 81/17
**minors [2]** 84/21 84/22
**minute [1]** 31/3
**minutes [1]** 2/3
**Miranda [2]** 63/18 63/18
**miss [1]** 21/5
**mistake [5]** 11/19 24/20 25/1 40/10 59/14
**mistaken [2]** 68/21 68/25
**mistakes [4]** 12/14 19/17 46/15 60/18
**mitigate [1]** 72/7
**mitigating [2]** 65/1 72/17
**mixed [1]** 26/17
**moderate [2]** 44/22 44/23
**modified [3]** 5/4 5/15 6/2
**modifying [1]** 5/10
**mom [4]** 8/4 26/12 28/11 60/3
**moment [3]** 4/23 50/24 67/23
**monster [1]** 59/16
**month [4]** 50/2 50/4 50/6 75/22
**months [12]** 30/10 44/17 61/22 65/9 67/15 68/20 68/24 70/21 80/21 83/24 84/3 85/9
**more [34]** 3/15 8/18 9/11 10/14 11/8 11/14 15/1 33/19 35/8 38/7 42/9 43/15 45/19 46/3 46/6 48/4 51/6 55/18 57/8 58/21 59/4 60/19 61/5 72/14 76/11 76/15 76/15 76/16 77/1 79/12 81/11 81/12 83/14 84/4
**morning [18]** 2/7 2/14 2/17 2/18 3/1 3/3 14/10 14/11 28/16 31/16 35/14 35/15 35/18 52/1 52/2 61/24 67/1 80/24
**most [3]** 10/16 50/5 65/11
**mostly [1]** 36/9
**mother [29]** 8/2 8/4 8/25 11/6 22/7 27/23 29/2 32/4 32/11 37/5 37/6 38/24 39/14 39/18 43/22 45/7 62/9 64/22 66/16 66/19 66/22 68/12 73/15 73/18 74/18 74/18 77/20 77/21 77/23
**mother's [3]** 22/20 60/23 73/16
**motion [1]** 61/21
**mourning [1]** 52/16
**movement [1]** 42/10
**movements [1]** 40/5
**movie [3]** 43/5 45/20 45/23
**Mr [5]** 3/4 13/18 77/2 87/2 87/3
**Mr. [39]** 2/4 3/8 3/13 3/20 4/14 6/14 14/21 25/22 26/7 33/1 33/1 36/20 44/6 62/14 67/2 68/5 68/18 68/18 69/7 74/22 76/7 76/23 77/6 77/11 79/13 80/2 80/9 80/19 82/8 84/2 84/7 84/9 84/11 85/1 85/3 85/11 85/15 85/21 86/5
**Mr. Aguayo [23]** 2/4 3/8 14/21 36/20 44/6 69/7 76/7 76/23 77/6 77/11 80/2 80/9 80/19 82/8 84/2 84/7 84/9 84/11 85/1 85/3 85/15 85/21 86/5
**Mr. Aguayo's [3]** 3/13 3/20 85/11
**Mr. Fleisher [4]** 4/14 33/1 68/18 68/18
**Mr. Fleisher's [1]** 6/14
**Mr. Max [1]** 74/22
**Mr. Rafael [2]** 25/22 26/7
**Mr. Schlessinger [5]** 32/19 62/14 67/2 68/5 79/13
**Mrs [2]** 7/19 63/17
**Mrs. [5]** 25/15 34/12 37/5 64/24 77/24
**Mrs. Brandon [1]** 34/12
**Mrs. Ivette [1]** 37/5
**Mrs. Pino [3]** 25/15 64/24 77/24

**Ms. [6]** 25/8 67/21 68/6 80/17 80/18 80/19
**Ms. Aguayo's [1]** 67/21
**Ms. Carpinteri [1]** 68/6
**Ms. Gasca [2]** 80/17 80/19
**Ms. Pino [2]** 25/8 80/18
**much [18]** 8/18 16/1 17/12 21/16 38/10 38/21 38/21 45/14 45/25 60/19 64/10 65/25 68/15 70/24 78/18 80/5 82/12 83/14
**multiple [2]** 52/6 53/23
**murderer [1]** 23/14
**murderers [1]** 9/16
**music [2]** 16/11 16/12
**must [3]** 4/11 47/18 85/22
**my [91]**
**myself [5]** 16/22 27/11 30/21 39/1 58/15

**N**

**naive [2]** 18/14 58/19
**naivete [1]** 9/15
**name [10]** 10/6 22/19 22/20 58/9 58/10 58/11 75/11 75/12 75/12 86/16
**narcissism [2]** 55/21 56/6
**narcissistic [3]** 55/16 56/20 57/3
**narrative [1]** 36/24
**nature [6]** 47/22 70/18 70/25 80/14 80/16 81/22
**NE [1]** 1/16
**necessarily [1]** 55/22
**necessary [2]** 77/2 84/4
**need [13]** 3/15 4/15 32/5 32/12 32/15 47/5 55/23 57/22 63/17 71/17 74/5 75/25 78/20
**needs [7]** 19/4 19/5 54/4 55/20 55/25 56/3 56/3
**needy [1]** 43/15
**neglect [1]** 10/21
**negligence [1]** 10/21
**nervous [3]** 12/19 14/20 14/21
**neurological [1]** 46/7
**neuropsychological [1]** 37/2
**neuropsychologist [2]** 37/9 62/5
**never [20]** 11/10 12/5 15/12 17/21 18/19 23/13 31/16 49/20 59/21 59/21 59/23 60/7 60/13 60/14 61/8 62/10 68/6 68/7 83/5 83/8
**new [16]** 7/7 7/20 7/21 13/19 13/25 14/5 16/9 16/15 20/5 20/6 39/15 44/4 58/25 75/9 81/3 81/7
**next [2]** 75/22 86/3
**NFL [1]** 9/19
**night [4]** 8/20 21/1 21/25 80/24
**nine [2]** 23/7 39/22
**no [68]** 1/2 3/17 3/21 5/2 5/8 5/9 5/13 6/1 6/6 6/10 6/11 6/12 9/20 9/24 10/2 25/16 25/18 26/3 26/6 26/6 26/7 27/6 28/22 28/24 29/1 29/13 29/25 35/8 35/9 40/4 40/9 42/12 42/19 43/11 44/9 47/4 47/23 48/5 49/22 53/2 53/4 53/5 54/11 54/11 54/23 55/1 55/7 55/11 57/24 57/25 59/23 63/4 67/23 68/8 69/6 71/1 73/21 74/8 74/25 78/3 79/24 82/16 82/25 84/21 84/21 84/22 85/18 85/20
**nobody [1]** 64/19
**nonbudging [1]** 9/21
**none [1]** 33/15
**nonetheless [2]** 52/15 53/23

## N

**nonminimum** [1] 62/24
**Normally** [1] 64/22
**North** [4] 16/14 18/1 66/10 75/20
**not** [129]
**note** [5] 3/21 6/12 36/11 80/2 83/20
**noted** [4] 38/1 55/13 82/24 84/24
**noteworthy** [1] 42/15
**nothing** [10] 4/12 17/19 17/19 21/23 22/6 42/15 53/20 75/3 75/6 86/3
**notice** [1] 85/22
**noting** [1] 79/22
**November** [1] 36/22
**now** [31] 5/24 8/7 8/25 12/19 16/11 17/16 19/19 19/20 21/6 25/2 26/24 29/13 31/1 31/18 37/22 40/2 46/19 52/9 52/14 52/22 54/18 54/20 59/14 59/25 60/21 61/4 64/8 65/4 69/8 81/15 85/15
**number** [5] 2/11 39/3 63/19 63/20 80/6
**numbers** [2] 19/9 39/3
**nuts** [1] 33/7
**nutshell** [1] 48/19

## O

**Obama** [1] 13/1
**object** [1] 85/16
**objection** [10] 5/2 5/7 5/13 6/1 6/3 6/7 6/16 6/16 6/20 85/20
**objections** [7] 3/21 3/24 4/18 5/2 5/16 5/24 6/13
**observations** [1] 41/24
**obtain** [1] 43/18
**obtained** [2] 35/22 55/13
**obviously** [2] 11/22 51/17
**occasions** [4] 36/21 44/5 53/24 82/3
**occur** [1] 46/8
**occurred** [6] 11/9 41/1 70/3 70/13 71/20 82/14
**October** [1] 36/22
**off** [2] 22/16 31/19
**offended** [1] 47/23
**offender** [14] 36/4 36/5 47/3 47/19 47/21 47/25 48/5 48/6 54/19 57/17 57/23 63/7 84/23 84/24
**offenders** [5] 46/24 49/22 50/20 57/16 57/18
**offending** [1] 54/23
**offense** [11] 32/23 33/3 47/22 67/23 71/1 71/2 76/3 80/15 80/16 80/17 80/18
**offenses** [1] 50/21
**offer** [2] 6/23 61/17
**offered** [1] 2/4
**office** [6] 1/15 25/23 28/25 29/2 39/5 84/10
**officer** [1] 2/24
**officers** [1] 73/19
**Official** [1] 1/23
**Oh** [1] 79/11
**okay** [55] 2/4 5/13 5/15 5/23 7/1 7/12 7/23 8/2 8/12 8/20 11/2 12/24 14/3 14/5 14/9 22/13 25/8 26/1 26/10 26/13 26/14 26/17 29/12 29/14 29/16 30/3 30/9 30/12 30/17 30/20 31/15 33/8 33/14 33/15 34/2 34/6 34/14 34/17 35/8 36/20 37/22 39/6 46/19 46/22 52/25 53/7 54/6 54/14 55/4 55/24 57/21 69/9 74/12 74/19 77/21

**old** [21] 11/16 13/20 13/21 23/8 39/12 39/22 45/21 58/11 59/2 60/24 63/7 64/9 67/8 72/9 73/11 73/12 73/12 80/19 80/20 81/15 82/14
**older** [7] 9/19 17/10 39/13 51/6 64/10 69/24 69/25
**olds** [1] 81/9
**once** [4] 18/23 31/6 58/13 83/13
**one** [32] 3/5 5/4 5/16 6/12 11/21 17/5 18/9 21/21 22/10 22/18 23/3 23/6 32/24 36/4 39/17 39/23 55/15 55/16 60/20 61/7 63/19 65/7 66/9 69/6 71/9 74/9 77/13 77/13 78/5 79/24 81/24 82/5
**one-woman** [1] 21/21
**ones** [2] 10/17 60/15
**online** [4] 64/9 70/14 70/16 75/23
**only** [12] 3/24 16/1 17/22 17/22 31/19 47/12 54/2 59/19 63/12 78/12 80/20 83/16
**open** [1] 50/23
**operate** [3] 43/11 53/15 53/17
**operates** [1] 68/12
**opinion** [5] 34/24 42/18 67/5 68/21 79/24
**opinions** [1] 63/11
**opportunity** [2] 3/9 38/23
**opposed** [3] 56/3 56/6 64/4
**ordeal** [1] 58/15
**order** [10] 2/1 47/4 48/24 48/25 66/13 70/7 75/17 75/20 82/2 85/12
**organizations** [1] 84/22
**originally** [1] 49/25
**Orlando** [1] 36/3
**other** [30] 4/5 8/16 18/18 21/9 29/23 32/7 33/1 40/20 42/15 42/15 46/2 46/3 48/20 49/5 49/7 49/17 55/23 56/4 59/4 59/13 64/14 65/13 68/9 70/12 76/9 76/11 82/5 82/13 84/6 84/12
**otherwise** [4] 11/7 28/2 32/14 78/13
**our** [7] 4/7 8/23 10/10 29/2 46/5 60/9 66/4
**out** [26] 13/1 16/15 17/23 18/23 23/15 27/4 27/15 35/4 39/3 44/2 49/13 49/19 50/2 53/24 54/24 54/25 62/4 67/10 70/21 70/25 73/12 74/22 77/4 78/16 78/20 85/7
**outraged** [1] 62/20
**outset** [1] 67/20
**overall** [1] 6/16
**overcome** [2] 83/10 83/11
**overpowers** [1] 60/20
**own** [21] 16/12 39/23 48/2 55/20 55/25 56/3 56/9 56/17 56/25 58/20 58/20 72/4 72/14 73/15 73/16 74/17 74/18 74/18 74/21 75/10 75/11

## P

**page** [5] 4/2 8/16 8/17 8/20 87/1
**pages** [3] 1/7 3/19 5/24
**Paid** [1] 80/24
**pain** [1] 60/14
**painful** [3] 9/10 14/16 15/21
**painting** [1] 13/2
**panel** [3] 68/19 68/21 68/22
**paper** [1] 15/11
**paragraph** [5] 5/17 5/17 5/19 5/20 10/3
**paragraphs** [1] 5/5
**paralegal** [2] 7/25 8/1
**paranoia** [1] 42/13

**parcel** [1] 50/14
**Pardon** [1] 41/14
**pardoned** [1] 9/18
**parental** [1] 10/21
**parents** [3] 39/12 41/17 60/3
**part** [6] 10/1 47/17 50/14 68/7 68/11 84/24
**partial** [1] 37/17
**participated** [1] 72/22
**particular** [5] 5/17 5/20 39/17 70/4 71/1
**particularly** [2] 40/10 74/25
**parties** [1] 83/21
**parts** [1] 45/23
**pass** [2] 13/4 61/13
**passed** [1] 12/15
**passion** [1] 28/2
**past** [1] 44/23
**patients** [1] 57/15
**pattern** [3] 75/16 76/6 82/10
**pauperis** [1] 85/25
**Pause** [2] 2/5 4/25
**pay** [9] 12/17 19/17 45/16 45/17 45/23 46/1 58/20 85/1 85/24
**paying** [1] 46/4
**pedophile** [2] 47/2 59/17
**pedophiles** [1] 46/23
**pedophilia** [2] 47/4 47/16
**penalty** [1] 58/17
**people** [23] 10/17 22/23 24/14 29/23 46/20 46/23 48/21 49/5 49/7 52/25 52/25 53/14 53/18 55/23 56/4 63/5 63/13 68/2 69/20 69/24 72/20 73/22 80/8
**per** [1] 12/2
**percent** [1] 16/1
**perception** [2] 23/1 23/4 23/5
**perfect** [1] 60/18
**perform** [6] 54/6 54/10 69/17 69/18 81/1 81/5
**performing** [1] 55/4
**performs** [1] 65/12
**perhaps** [5] 4/21 48/21 78/5 78/8 83/9
**period** [8] 30/9 50/4 50/9 75/19 76/20 80/22 83/5 83/15
**permissible** [2] 84/17 84/21
**person** [19] 8/10 11/15 12/15 24/24 30/7 34/21 35/3 39/2 55/19 55/19 59/15 59/19 59/21 61/8 71/23 78/9 80/3 81/17 84/9
**personal** [2] 57/12 80/15
**personality** [17] 37/21 37/21 42/24 43/2 43/5 43/9 46/13 46/18 48/18 50/15 50/19 55/14 56/10 56/16 56/20 56/22 57/4
**Ph.D** [1] 20/17
**phenomenal** [1] 39/19
**phone** [9] 18/15 21/8 30/4 36/25 40/6 44/5 55/9 73/18 74/23
**phonetic** [2] 36/8 36/8
**photographs** [1] 80/22
**photos** [2] 37/4 47/10
**physical** [1] 44/10
**physically** [2] 59/24 76/12
**picked** [2] 22/21 22/25
**picture** [3] 23/9 30/21 30/23
**pictures** [1] 64/11
**pieces** [2] 12/25 61/12
**pills** [2] 27/10 27/10
**Pino** [7] 25/8 25/9 25/15 64/24 77/24 80/18 86/21

**P**

**place [4]** 19/1 19/3 19/14 24/19
**placed [2]** 53/13 84/8
**places [1]** 82/20
**Plaintiff [2]** 1/4 1/15
**plan [2]** 49/14 81/3
**plane [1]** 40/12
**planning [4]** 20/10 20/12 20/14 46/12
**play [4]** 17/8 17/23 23/18 67/3
**played [2]** 12/4 23/18
**players [1]** 9/19
**plays [1]** 15/16
**plea [4]** 62/2 62/22 62/23 66/3
**plead [1]** 79/13
**pleaded [1]** 12/1
**pleading [1]** 60/22
**please [15]** 2/12 2/24 8/12 8/23 12/20
14/9 21/3 26/15 27/14 28/5 28/7 28/8
31/3 60/20 68/14
**pleasure [1]** 59/18
**point [12]** 44/12 49/3 49/4 52/20 60/23
63/18 63/21 72/15 74/8 77/4 81/9
83/13
**pointed [1]** 72/2 72/5 74/22
**points [1]** 82/16
**police [2]** 63/22 63/23
**politicians [1]** 9/17
**poor [3]** 42/17 60/17 72/13
**pornographic [2]** 57/12 70/17
**pornography [1]** 55/5
**portrait [1]** 67/12
**pose [1]** 51/21
**position [6]** 4/8 5/5 5/11 5/18 17/12
49/9
**positions [1]** 3/25
**positive [3]** 41/4 49/16 85/8
**possess [1]** 84/13
**possessing [1]** 84/12
**possession [1]** 84/18
**possible [2]** 32/10 33/18
**possibly [1]** 38/6
**postconviction [1]** 36/9
**postdoctoral [1]** 36/7
**posting [1]** 64/12
**postings [4]** 34/8 34/11 64/14 64/14
**potential [2]** 52/19 53/24
**potentially [3]** 52/11 52/14 53/22
**power [2]** 10/15 10/16
**powers [1]** 10/9
**practice [2]** 46/19 57/19
**pray [1]** 12/7
**pre [1]** 36/8
**preadjudicated [1]** 36/9
**precision [1]** 76/24
**predator [1]** 59/17
**predatory [1]** 49/20
**predominant [1]** 47/5
**predominantly [3]** 37/16 45/13 46/2
**pregnant [1]** 38/6
**preliminary [1]** 85/12
**premature [1]** 20/15
**prepubescent [2]** 47/5 47/9
**prescribed [2]** 27/10 27/10
**presence [2]** 59/9 81/1
**present [5]** 3/6 10/22 15/7 37/23 66/17
**presentation [5]** 7/9 37/24 42/2 47/7
62/13
**presented [6]** 11/12 32/25 37/24 37/25
38/16 78/23

**presentence [4]** 3/10 3/18 83/21 84/25
**president [2]** 10/4 13/1
**pressure [2]** 11/12 32/9
**presume [1]** 66/20
**presumptively [1]** 74/5
**pretty [1]** 45/25
**previously [1]** 70/5
**prey [1]** 49/20
**primary [1]** 76/4
**principles [1]** 10/11
**printed [1]** 12/25
**prior [6]** 43/24 48/11 66/10 75/17
81/25 82/15
**prison [15]** 47/18 51/6 52/11 52/14
54/2 57/18 60/14 78/20 78/21 79/25
82/11 83/2 83/14 85/4 85/6
**Prisons [1]** 84/2
**private [1]** 57/19
**privately [1]** 57/20
**probably [5]** 62/20 63/20 63/25 64/3
65/13
**probation [7]** 2/24 3/2 4/4 4/8 4/12 4/16
84/10
**problem [9]** 4/6 40/10 49/5 49/7 50/10
61/25 62/1 76/14 81/14
**problems [16]** 18/19 26/1 42/13 44/25
46/20 48/12 62/22 63/15 64/2 64/2
67/5 67/6 78/5 83/4 85/7
**proceed [4]** 7/15 25/11 31/9 76/19
**proceeding [1]** 5/3
**proceedings [3]** 2/6 86/6 86/9
**process [2]** 47/17 63/2
**producer [1]** 16/11
**profession [1]** 27/4
**professional [4]** 35/19 57/16 68/6
68/10
**professor [2]** 20/13 20/21
**proffer [1]** 31/10
**profile [2]** 48/6 54/19
**program [3]** 51/12 67/10 85/4
**programs [1]** 57/18
**progress [1]** 24/24
**progressed [1]** 30/3
**prohibited [1]** 84/12
**promising [1]** 67/11
**pronounced [1]** 85/17
**proper [2]** 41/6 72/11
**property [1]** 85/12
**propose [1]** 5/1
**prosecutor [6]** 9/20 10/7 65/4 66/23
67/1 68/13
**prosecutors [6]** 9/21 10/9 10/12 10/14
10/16 73/21
**prosper [1]** 24/20
**protect [9]** 69/20 75/25 76/2 76/2 76/5
76/6 76/10 77/2 81/9
**protected [2]** 32/3 69/24
**protecting [1]** 70/10
**protection [4]** 76/16 77/15 82/6 84/5
**protects [1]** 26/20
**proud [1]** 9/1
**prove [1]** 63/20
**proves [1]** 12/7
**provided [3]** 36/23 37/4 40/13
**provocative [1]** 64/14
**PSR [8]** 4/9 5/4 5/11 5/15 5/23 6/2 6/9
82/16
**psychiatric [2]** 36/5 38/11
**psychiatrically [1]** 53/12
**psychiatrist [2]** 27/9 27/22

**psychological [3]** 42/19 53/1 53/15
**psychologically [1]** 78/21
**psychologist [1]** 62/5
**psychology [3]** 35/22 35/23 35/25
**psychomotor [1]** 42/4
**psychosis [1]** 42/13
**psychotherapy [1]** 54/3
**psychotropic [4]** 49/13 51/16 64/3 83/9
**psychotropically [1]** 46/6
**public [13]** 10/12 70/10 76/1 76/3 76/5
76/6 76/11 76/13 76/16 77/3 77/15
82/7 84/5
**punish [1]** 27/3
**punished [1]** 64/24
**punishment [3]** 27/24 38/15 84/5
**purchased [2]** 40/12 75/8
**purpose [1]** 57/21
**purposes [1]** 77/14
**pursuant [1]** 44/19
**pursue [1]** 49/1 50/3 69/14
**pursued [1]** 69/12
**pursuing [1]** 6/19
**pushing [1]** 21/11
**put [11]** 17/6 18/3 18/4 18/25 19/10
19/13 21/1 51/2 60/7 67/25 83/3
**putting [1]** 73/18

**Q**

**qualify [1]** 63/4
**Queens [1]** 21/1
**question [5]** 30/5 48/9 56/13 78/14
82/12
**questions [10]** 33/20 35/9 38/3 38/5
38/11 51/22 52/3 57/6 57/8 57/25
**quickly [3]** 22/25 32/6 33/18
**quiet [1]** 80/25
**Quiroga [6]** 37/3 37/8 37/9 39/1 45/7
64/6
**Quiroga's [1]** 42/20
**quite [1]** 71/17
**quote [2]** 10/8 54/23
**quotes [1]** 64/11

**R**

**Rafael [3]** 25/20 25/22 26/7
**rageful [1]** 43/10
**raised [5]** 12/14 12/15 39/11 59/22
82/6
**raping [1]** 24/14
**rapist [1]** 23/14
**rapists [1]** 9/15
**rapper [1]** 23/10
**rapport [1]** 38/2
**rather [2]** 11/14 49/8
**raw [2]** 37/6 45/8
**RC [1]** 86/16
**RD [1]** 86/16
**RDAP [2]** 51/12 67/9
**reach [1]** 62/22
**reached [1]** 44/2
**reaching [1]** 53/24
**read [7]** 3/9 8/21 10/5 24/17 31/10
42/20 48/22
**reading [1]** 23/2
**real [1]** 15/9
**realistic [1]** 23/11
**realize [3]** 14/18 59/25 60/8
**really [25]** 3/23 12/13 15/16 15/17 17/11
18/16 18/24 19/3 19/16 21/10 23/4
23/13 32/6 40/15 48/17 50/14 50/18

**R**

**really... [8]** 54/19 58/19 59/12 62/14 71/20 72/12 75/15 82/20
**REALTIME [1]** 86/12
**reason [10]** 31/9 31/19 32/2 60/2 68/8 71/9 74/18 74/25 75/14 75/15
**reasoned [1]** 72/10
**reasoning [2]** 69/22 81/10
**reasons [3]** 66/2 77/12 81/21
**receive [6]** 16/13 43/18 54/2 54/4 82/8 85/5
**received [4]** 4/12 35/20 39/3 63/25
**receives [1]** 76/8
**recently [1]** 20/13
**recognition [1]** 40/1
**recognize [2]** 78/8 80/18
**recognizes [3]** 31/7 32/15 79/8
**recognizing [1]** 65/10
**recollection [1]** 49/24
**recommend [2]** 85/3 85/4
**recommendation [1]** 54/1
**record [13]** 2/13 2/25 4/16 4/16 31/4 31/11 36/12 49/24 64/10 68/8 80/13 80/14 86/9
**records [3]** 36/25 44/10 66/20
**recurrent [1]** 44/21
**REDIRECT [1]** 57/9
**reference [1]** 85/14
**reflect [2]** 5/11 76/3
**reflects [1]** 71/13
**refused [2]** 49/1 82/1
**regard [1]** 70/11
**regardless [1]** 79/16
**register [1]** 47/18
**registration [1]** 84/24
**regular [1]** 22/23
**regulate [1]** 46/1
**regulation [1]** 46/12
**rehabilitation [1]** 66/4
**related [1]** 56/23
**relates [1]** 6/13
**relation [1]** 24/11
**relations [1]** 78/10
**relationship [31]** 11/2 18/18 29/10 30/3 30/9 30/13 38/18 39/8 41/5 41/8 43/23 47/12 48/7 49/14 49/18 52/16 71/22 71/23 72/6 72/16 73/14 73/16 73/17 74/21 75/2 75/3 77/22 78/1 80/20 81/16 81/19
**relationships [9]** 18/18 39/23 40/16 43/8 43/11 43/14 43/19 48/18 60/25
**relatives [1]** 55/10
**relayed [1]** 41/20
**release [9]** 44/6 66/7 83/24 84/7 84/8 84/9 84/11 84/15 85/10
**released [4]** 47/18 51/7 82/11 84/10
**relevant [1]** 82/17
**rely [1]** 78/12
**relying [1]** 47/15
**remain [1]** 12/13
**remained [1]** 39/14
**remanded [1]** 68/23
**remember [3]** 17/4 21/7 23/20
**remembering [1]** 49/24
**remission [1]** 37/17
**remorseful [2]** 65/25 72/25
**repeat [1]** 56/13
**repeatedly [1]** 23/18
**rephrase [1]** 30/5

**report [11]** 3/10 3/19 3/22 23/2 36/12 38/1 42/20 47/15 83/21 84/9 84/25
**Reported [1]** 1/22
**reportedly [1]** 42/14
**Reporter [3]** 1/23 86/12 86/12
**reports [4]** 37/1 43/21 61/23 63/16
**represent [1]** 32/13
**required [3]** 36/1 77/14 83/13
**requirement [2]** 84/20 84/20
**requirements [1]** 84/6
**requisite [1]** 77/2
**rescue [3]** 11/4 30/24 59/11
**research [2]** 16/17 54/13
**researcher [1]** 46/9
**resided [1]** 40/11
**residency [2]** 14/2 36/7
**resolve [1]** 62/21
**resolved [1]** 62/2
**respect [8]** 5/2 5/16 12/12 24/1 61/6 67/21 68/17 76/17
**respond [2]** 77/17 78/13
**response [2]** 44/8 44/9
**responsibility [4]** 63/23 72/19 72/24 73/7
**responsible [1]** 72/14
**restraining [4]** 66/13 75/17 75/20 82/2
**restriction [4]** 42/9 84/17 84/18 84/19
**result [1]** 58/17
**results [1]** 42/24
**resume [1]** 36/11
**retain [2]** 36/17 62/7
**retained [1]** 46/19
**retreated [1]** 74/23
**returns [1]** 78/19
**reunite [1]** 73/24
**revealing [1]** 71/25
**reversed [2]** 68/23 79/4
**review [6]** 4/24 36/23 39/5 55/5 55/8 55/10
**reviewed [11]** 3/18 5/23 5/24 36/11 36/24 36/25 37/2 37/3 37/4 37/6 80/6
**reviewing [2]** 42/23 45/8
**rid [2]** 74/15 74/16
**Ridge [1]** 29/15
**right [55]** 2/9 2/19 3/8 3/18 4/1 4/5 4/20 4/23 5/1 5/20 6/7 6/12 6/19 6/22 7/11 12/8 12/19 12/22 16/11 17/11 17/16 19/4 19/15 19/18 19/20 22/22 25/2 25/4 27/12 28/13 28/15 31/12 32/18 33/2 33/4 35/10 52/4 52/15 55/20 57/7 58/1 61/15 61/16 67/17 69/3 71/3 77/16 78/2 78/4 79/21 79/22 82/20 85/11 85/21 86/2
**rights [5]** 11/9 31/20 32/15 63/18 63/18
**risk [2]** 54/9 54/10
**road [1]** 51/9
**robber [1]** 23/14
**ROBIN [1]** 1/11
**role [1]** 12/5
**romantic [1]** 75/1
**Room [1]** 1/23
**ROSENBAUM [6]** 1/2 1/11 8/13 8/16 14/6 14/24
**rotations [1]** 36/4
**rude [1]** 66/15
**Ruling [1]** 87/4
**run [1]** 8/8

**S**

**safety [1]** 11/3

**said [38]** 5/23 6/16 8/8 8/9 18/3 22/1 22/5 22/11 22/12 23/4 24/6 26/11 26/11 27/11 27/11 31/13 31/14 39/24 40/25 42/3 43/22 52/9 52/14 52/25 53/7 53/14 54/2 54/18 54/20 64/14 71/1 73/8 75/3 77/5 79/2 80/6 80/16 83/22
**same [7]** 4/2 20/19 20/20 32/21 50/2 63/14 81/10
**Sandy [2]** 44/2 44/7
**Sante [1]** 36/8
**save [1]** 12/1
**saw [7]** 11/3 11/16 23/2 42/7 42/8 53/12 74/15
**say [26]** 5/5 5/18 8/18 9/1 12/20 14/18 15/21 16/1 17/13 19/12 21/10 21/14 22/23 23/12 24/3 25/2 30/24 35/8 38/17 39/22 56/15 67/20 68/17 73/4 78/15 80/11
**saying [10]** 8/18 15/4 21/15 30/15 49/4 69/8 72/7 75/24 76/14 77/20
**says [4]** 5/6 5/19 21/17 49/4
**scare [1]** 11/11
**scheme [1]** 40/15
**Schlessinger [9]** 1/15 2/15 11/23 32/19 62/14 67/2 68/5 79/13 87/3
**school [20]** 15/14 15/15 16/10 16/14 16/14 17/9 18/3 18/5 18/16 18/22 20/17 20/20 21/14 22/14 23/19 26/24 29/12 29/14 45/21 59/4
**scientific [2]** 76/9 76/24
**score [2]** 55/3 55/14
**seal [2]** 32/1 33/6
**sealed [1]** 4/21
**search [2]** 84/21 84/23
**seat [1]** 38/4
**seated [1]** 2/19
**second [4]** 22/20 44/12 55/15 75/15
**secret [1]** 41/20
**secretary [1]** 8/1
**security [1]** 19/3
**see [25]** 4/11 4/20 10/19 14/16 15/18 22/5 22/6 22/13 23/5 23/9 24/19 28/1 28/7 33/17 47/10 48/4 48/5 48/23 49/18 50/18 54/15 58/22 60/20 62/19 81/14
**seeing [2]** 17/16 23/25
**seek [1]** 49/19
**seeked [1]** 12/6
**seeking [1]** 49/13
**seem [1]** 73/22
**seems [2]** 32/4 43/15
**seen [10]** 17/2 17/5 18/8 18/16 21/5 21/6 26/19 27/16 44/4 68/7
**self [1]** 64/4
**self-medicating [1]** 64/4
**selfish [1]** 60/8
**send [1]** 77/10
**sense [2]** 56/6 72/7
**sent [6]** 18/11 30/21 44/6 74/13 80/8 80/22
**sentence [28]** 10/15 19/7 61/2 62/24 63/8 64/23 66/6 67/14 67/14 68/1 70/23 71/8 74/2 74/3 76/5 76/11 76/20 76/25 76/25 77/1 77/6 77/13 78/17 83/23 85/9 85/15 85/17 85/22
**sentenced [1]** 67/8
**sentences [2]** 10/8 65/19
**sentencing [15]** 1/11 5/25 10/13 25/24 34/20 47/17 54/15 57/22 63/1 65/11

# S

**sentencing... [5]** 65/15 79/2 79/23
79/25 83/22
**separated [3]** 23/8 26/25 40/25
**separation [2]** 40/18 45/2
**September [2]** 36/22 86/10
**serious [8]** 58/16 70/2 71/2 73/14
79/17 80/17 80/18 81/22
**seriousness [1]** 76/3
**serve [2]** 9/20 77/14
**served [1]** 76/4
**service [1]** 73/6
**sessions [2]** 49/10 54/3
**set [5]** 6/2 6/9 60/3 77/21 79/5
**Seth [4]** 1/15 2/14 11/23 33/5
**seven [3]** 8/16 20/4 76/15
**seven-page [1]** 8/16
**several [5]** 36/25 39/2 39/4 57/19 82/3
**severe [5]** 40/2 48/2 53/22 53/22 58/17
**severely [1]** 64/23
**sex [13]** 46/24 47/2 47/18 47/21 47/25
48/6 57/16 57/17 57/22 59/7 81/6
84/23 84/24
**sexual [18]** 46/20 47/5 47/14 47/22
48/5 49/21 50/20 54/19 54/23 57/18
59/17 69/17 69/18 71/12 78/10 80/21
81/1 81/5
**sexually [2]** 47/23 59/18
**shaking [1]** 12/19
**shaky [1]** 18/6
**shall [12]** 5/15 5/18 30/24 78/15 84/7
84/9 84/11 84/12 84/13 84/14 84/14
85/1
**shape [2]** 47/6 51/1
**shaped [1]** 40/15
**she [81]** 10/6 10/25 10/25 20/15 23/22
23/25 26/2 26/4 26/8 26/8 26/11 26/12
26/17 26/23 26/23 26/24 26/24 26/25
27/11 27/20 27/20 28/11 31/6 31/7
32/2 32/11 32/14 37/15 37/20 38/25
39/2 39/3 39/4 39/10 39/11 39/19
39/20 39/21 39/21 39/22 39/24 39/24
40/1 40/3 40/4 40/5 40/8 40/8 40/12
40/13 40/14 40/22 40/25 41/9 41/9
47/8 50/1 50/2 50/9 51/1 52/17 59/8
59/10 59/10 59/12 60/4 62/11 62/15
64/9 64/9 64/14 64/25 69/11 69/12
69/19 73/9 75/8 77/23 77/25 77/25
80/19
**she Baker-Acted [1]** 26/4
**she's [6]** 20/16 26/23 27/20 27/21
31/24 64/18
**Sherman [1]** 7/21
**shirt [1]** 22/16
**short [1]** 75/18
**shortage [1]** 73/21
**shorter [1]** 76/11
**shortly [1]** 69/13
**should [18]** 6/12 11/10 11/14 12/17
26/21 36/11 63/25 64/3 68/10 69/25
71/1 72/9 72/15 72/23 76/8 78/22 83/4
83/20
**show [5]** 12/24 15/7 17/11 22/18 80/9
**showed [5]** 9/25 23/9 30/23 38/7 79/4
**showing [1]** 15/12
**shows [1]** 61/24
**sic [1]** 14/10
**side [1]** 23/15
**sidebar [3]** 31/2 31/4 33/23

**Signature [1]** 86/12
**signed [1]** 44/6
**significant [3]** 52/11 52/13 81/19
**similar [1]** 42/3
**simply [2]** 5/10 37/24
**since [9]** 7/24 10/16 15/7 16/21 17/3
30/2 42/14 53/13 61/7
**sir [4]** 13/24 14/8 15/21 20/12
**sit [5]** 17/6 42/5 45/15 46/3 68/14
**site [2]** 10/22 18/13
**sitting [1]** 19/2
**situation [10]** 14/17 15/22 17/14 53/1
59/11 61/9 62/16 62/18 70/13 78/8
**six [6]** 44/16 46/9 60/4 61/1 69/9 80/21
**six-year [1]** 69/9
**size [1]** 11/21
**sketch [1]** 13/2
**skills [1]** 69/22
**slaves [1]** 27/15
**sleep [2]** 42/14 44/25
**small [1]** 50/9
**smile [1]** 17/23
**snap [1]** 17/25
**snatched [1]** 75/8
**snuck [1]** 80/23
**so-called [1]** 57/12
**sob [1]** 39/21
**social [3]** 38/2 44/3 44/3
**society [1]** 13/7
**solely [2]** 5/11 55/25
**solid [1]** 43/17
**some [37]** 3/23 4/5 10/16 12/24 13/10
13/11 14/24 31/9 33/9 36/10 38/23
39/19 40/1 40/3 45/6 45/6 46/3 46/17
47/10 48/2 49/3 49/4 50/12 51/5 51/7
56/21 59/13 61/17 62/22 64/3 79/17
80/3 80/7 80/7 80/10 80/13 81/23
**somebody [12]** 17/13 45/22 49/18 56/9
56/18 56/19 56/24 70/14 70/16 74/25
78/10 79/25
**somehow [1]** 72/16
**someone [7]** 53/20 64/23 68/3 70/20
77/21 81/11 81/19
**something [15]** 4/14 12/16 16/19 16/22
16/25 17/7 23/3 41/19 54/24 56/8
56/17 62/23 66/14 75/7 82/20
**sometimes [4]** 23/15 70/14 78/6 78/7
**somewhat [5]** 31/22 41/11 46/12 56/23
83/18
**son [18]** 8/5 8/10 8/13 8/14 8/19 11/19
13/23 14/14 14/24 15/19 15/20 27/9
27/10 32/10 39/18 60/24 61/2 65/24
**son's [1]** 9/14
**sons [3]** 8/15 9/1 9/3
**sorry [7]** 4/10 14/19 14/20 16/3 31/2
38/8 69/1
**sort [7]** 15/11 42/12 50/11 50/12 51/7
71/4 75/8
**sought [1]** 62/4
**sound [2]** 45/20 48/17
**South [1]** 7/3
**SOUTHERN [1]** 1/1
**Spanish [1]** 21/18
**speak [5]** 7/9 26/13 32/18 32/22 34/4
**speaking [4]** 45/7 60/24 66/12 72/20
**speaks [1]** 77/25
**special [6]** 2/16 82/21 83/25 84/16 85/2
85/10
**specific [2]** 6/15 83/16
**specifically [3]** 37/15 77/14 82/24

**specified [1]** 37/19
**spectrum [1]** 82/14
**spent [3]** 63/9 70/24 70/25
**spit [1]** 38/4
**spoke [2]** 44/5 71/16
**spoken [2]** 25/17 28/23
**sport [1]** 15/15
**sports [2]** 17/8 17/24
**stabilized [1]** 26/23
**stable [2]** 26/24 53/13
**stage [1]** 56/25
**stalking [4]** 48/11 66/11 70/5 81/25
**stand [2]** 12/18 60/21
**standard [1]** 84/15
**standpoint [1]** 81/13
**Star [1]** 45/21
**starstruck [1]** 21/22
**start [8]** 7/8 16/12 17/25 30/5 48/20
58/13 79/22 80/14
**started [6]** 2/10 16/19 18/8 18/12 18/15
41/7
**starts [2]** 13/1 63/3
**state [5]** 2/12 2/24 24/17 36/14 44/4
**stated [3]** 41/15 41/25 44/16
**statement [2]** 62/9 73/20
**statements [5]** 6/14 63/21 63/22 82/25
83/20
**states [8]** 1/1 1/3 1/12 1/23 2/11 2/15
53/17 85/2
**Static [1]** 54/24
**Static-99 [1]** 54/24
**status [1]** 41/22
**statute [1]** 66/8
**statutorily [1]** 32/22
**statutory [2]** 68/25 83/22
**stay [4]** 28/11 39/17 64/17 64/19
**stayed [1]** 15/1
**step [1]** 66/3
**still [11]** 18/6 40/24 42/5 44/9 45/15
46/3 58/18 58/22 58/24 58/25 64/21
**stop [1]** 48/24
**stopped [1]** 81/4
**storm [3]** 7/3 7/4 7/5
**straighten [1]** 78/16
**stranger [1]** 49/19
**Street [2]** 1/16 7/21
**strength [1]** 12/9
**strong [1]** 64/19
**structural [1]** 40/15
**struggling [1]** 69/4
**stuck [1]** 2/3
**student [1]** 20/6
**students [1]** 18/10
**studies [1]** 27/4
**studio [1]** 16/12
**stuff [2]** 24/12 33/6
**submitted [1]** 3/20
**subpoena [1]** 31/15
**subpoenaed [1]** 31/15
**substance [4]** 51/14 84/13 84/19 85/3
**substantial [1]** 74/9
**substantially [1]** 83/14
**such [8]** 31/7 45/19 46/11 48/23 54/12
58/16 61/2 78/9
**suffered [1]** 43/24
**suffering [2]** 64/17 81/15
**sufficient [4]** 76/21 76/22 84/4 84/4
**suggest [1]** 32/13
**suggested [1]** 42/20
**suggesting [2]** 31/18 33/12

**S**

**suicidal [3]** 43/23 44/24 44/24
**suicide [5]** 26/4 40/20 42/12 43/22 82/3
**summary [1]** 36/24
**super [1]** 17/17
**supervised [6]** 66/7 83/24 84/8 84/11 84/15 85/10
**supplemented [1]** 64/10
**supplies [1]** 21/13
**support [6]** 8/9 33/25 72/2 80/4 80/9 80/10
**supporters [1]** 72/1
**supportive [1]** 61/6
**supposed [3]** 7/3 72/5 72/6
**Supreme [1]** 74/4
**sure [10]** 4/1 4/11 8/22 13/6 32/17 51/23 71/2 80/5 83/2 83/14
**surprise [1]** 43/3
**surprising [1]** 24/18
**sustain [1]** 45/17
**sworn [6]** 7/14 13/15 16/5 19/25 25/10 28/18 35/13 58/6
**system [8]** 10/1 10/10 24/7 51/6 57/18 57/20 63/6 66/4

**T**

**table [1]** 2/15
**tactics [1]** 11/11
**take [14]** 4/23 11/23 22/16 24/1 27/9 61/5 62/9 66/15 66/18 66/21 69/25 79/12 81/3 83/12
**taken [5]** 9/14 32/15 67/24 67/24 80/22
**taking [4]** 9/24 12/11 80/21 83/19
**talent [4]** 15/6 15/12 17/19 82/20
**talented [8]** 14/15 15/12 21/17 22/25 34/21 34/21 82/18 82/19
**talents [3]** 17/1 17/2 82/21
**talk [7]** 12/18 14/13 14/13 20/25 24/10 26/12 62/10
**talked [2]** 44/25 50/23
**talking [7]** 8/17 18/15 23/3 23/7 23/24 30/4 43/22
**talks [1]** 65/5
**tattoo [8]** 18/5 18/10 21/13 22/14 22/19 22/21 22/23 67/12
**tattoos [1]** 22/15
**taught [4]** 9/3 9/4 15/17 49/21
**teach [1]** 20/18
**teachers [1]** 63/13
**tears [1]** 9/10
**technical [1]** 3/24
**teenager [3]** 27/6 59/3 59/14
**telephone [3]** 25/17 28/23 38/25
**tell [26]** 8/12 8/13 14/6 14/9 14/23 20/3 21/3 22/9 26/7 26/15 27/1 29/8 30/3 30/12 34/2 34/19 35/1 35/7 35/18 37/13 41/24 44/20 58/9 63/16 66/14 69/5
**telling [5]** 22/8 71/25 74/15 74/16 78/13
**temper [1]** 67/14
**temperance [1]** 67/13
**ten [9]** 12/11 19/7 24/6 24/14 34/23 39/22 60/13 73/17 77/5
**ten-year [3]** 24/6 73/17 77/5
**tend [4]** 45/23 53/15 53/17 53/17
**term [3]** 52/22 52/25 84/8
**terminate [1]** 43/23

**terminated [1]** 39/24
**terms [4]** 38/15 54/13 54/18 55/24
**test [4]** 54/22 54/23 55/3 55/4
**testified [9]** 7/14 13/15 16/5 19/25 25/10 28/18 35/13 54/5 58/6
**testify [2]** 25/23 29/3
**testimony [1]** 78/23
**testing [4]** 42/19 43/3 45/6 54/9
**tests [5]** 37/7 37/7 54/6 54/10 54/12
**text [4]** 36/25 39/4 50/13 74/13
**texting [1]** 30/4
**than [12]** 11/14 15/1 42/16 55/19 59/4 59/13 61/1 68/9 76/11 76/11 84/4 84/4
**thank [44]** 2/23 3/15 5/22 6/22 8/24 12/22 12/23 13/12 13/13 13/13 15/24 16/1 16/12 19/21 19/22 21/3 25/23 25/5 28/9 28/10 33/21 33/22 35/10 51/10 51/19 55/7 57/5 57/7 58/1 58/2 61/10 61/11 61/16 62/7 67/4 67/16 67/17 68/14 68/15 77/16 79/21 86/2 86/4 86/5
**that [392]**
**that's [37]** 6/18 7/3 13/23 15/21 16/1 19/12 22/13 22/25 23/5 23/16 25/2 28/13 31/25 32/2 35/8 36/12 50/4 50/4 54/1 54/16 57/5 62/4 64/1 66/17 67/24 69/3 71/2 71/16 73/11 74/10 75/13 75/16 76/6 77/2 78/5 78/6 82/16
**their [17]** 2/12 11/15 32/10 40/7 43/18 50/16 50/16 50/21 53/17 63/10 63/20 65/19 65/24 65/24 68/4 68/10 77/22
**them [28]** 4/19 10/14 13/10 13/10 13/11 21/20 27/19 28/4 31/13 31/15 31/16 38/11 39/17 39/18 45/1 50/22 50/23 53/20 54/4 54/14 54/17 70/1 74/15 74/16 80/12 80/12 80/13 85/8
**themselves [2]** 50/13 69/23
**then [17]** 5/6 5/18 6/12 13/2 16/17 16/21 22/4 22/7 35/22 38/25 46/5 65/4 69/18 80/23 83/5 83/13
**therapeutic [2]** 51/7 57/1
**therapist [1]** 27/21
**therapy [3]** 19/4 49/10 51/5
**there [87]** 3/21 3/23 4/5 4/11 4/14 5/2 5/6 5/13 6/2 6/7 6/24 7/24 9/12 9/15 9/17 9/19 9/21 10/2 10/17 12/5 12/18 15/1 16/20 17/6 18/2 18/3 18/10 21/15 21/16 22/22 24/3 28/12 30/17 31/9 32/14 37/25 39/10 39/16 39/16 40/2 40/14 40/18 40/20 40/24 41/3 41/15 42/9 42/10 42/11 42/12 42/15 43/11 43/17 44/7 47/10 47/15 47/23 48/6 48/23 49/15 50/12 54/23 54/23 55/1 55/2 56/23 57/11 59/25 60/19 62/12 63/17 64/12 64/13 65/7 66/9 66/11 69/6 69/9 70/7 73/5 73/21 75/5 75/7 76/9 79/5 79/16 81/21
**there's [8]** 6/1 7/3 31/18 45/15 46/5 46/9 46/9 86/2
**thereafter [3]** 11/1 11/1 69/13
**therefore [2]** 43/13 46/4
**these [18]** 5/4 13/4 13/9 40/25 41/1 62/4 62/8 64/21 67/3 70/9 70/14 71/5 73/25 81/12 81/18 81/21 82/4 83/9
**they [53]** 3/24 3/24 4/7 9/1 13/10 17/13 18/19 19/9 23/11 24/14 31/13 31/13 31/21 33/7 33/8 34/22 39/14 40/19 43/10 43/11 43/13 43/14 43/18 43/19 45/23 46/17 50/15 50/15 50/20 53/17 53/18 56/23 63/13 64/22 64/23 65/24

65/24 65/25 68/9 68/10 69/15 69/21 69/21 69/22 69/24 71/12 72/10 75/9 80/8 81/4 81/7 83/5 83/8
**they're [2]** 50/20 53/19
**thief [1]** 23/13
**thing [8]** 9/5 16/1 20/19 48/4 66/9 78/12 79/23 79/24
**things [19]** 8/8 14/7 14/24 14/25 15/8 17/15 32/7 33/9 35/2 39/4 53/18 60/1 64/11 70/9 70/9 71/5 73/25 74/7 82/4
**think [59]** 13/9 22/6 32/21 32/23 39/19 40/2 40/13 40/15 49/10 50/10 51/16 52/9 52/14 52/22 53/2 53/13 54/20 55/24 57/1 60/5 61/2 61/23 62/17 64/8 65/25 68/18 70/2 71/7 71/8 71/16 71/25 72/14 72/15 72/20 72/23 73/5 73/8 73/23 74/21 75/15 75/17 75/25 76/4 76/18 76/19 76/25 77/12 77/19 77/20 77/24 78/7 79/8 79/16 80/2 80/13 80/16 83/17 83/23 84/3
**thinking [1]** 22/2
**thinks [2]** 75/5 81/8
**third [2]** 22/19 42/7
**this [150]**
**thoroughly [1]** 3/9
**those [11]** 27/15 54/3 55/10 55/16 64/11 69/19 69/23 76/22 77/12 82/21 83/4
**though [9]** 17/14 30/6 48/9 52/13 58/9 72/10 76/9 79/16 82/12
**thought [5]** 11/2 44/23 46/8 65/18 69/8
**thoughts [5]** 8/12 21/4 32/21 61/18 69/5
**threatened [3]** 40/20 40/22 82/3
**threats [1]** 41/1
**three [12]** 8/15 8/25 33/19 36/21 39/12 44/4 45/12 49/10 54/2 57/8 59/4 72/19
**through [13]** 1/7 16/16 21/1 26/18 32/6 33/17 36/4 40/6 40/22 43/19 49/25 62/8 80/11
**throughout [1]** 40/11
**ticket [4]** 40/12 75/8 75/11 75/11
**time [36]** 3/15 6/23 8/7 9/17 9/20 10/23 19/10 21/6 22/14 23/6 23/22 26/19 30/17 38/14 39/16 40/11 41/10 41/21 42/7 44/12 50/2 50/9 52/11 52/14 60/10 61/5 63/9 67/22 69/12 70/19 70/24 70/24 73/17 75/18 79/12 83/15
**times [11]** 10/4 15/25 23/20 38/1 39/2 39/21 40/20 42/8 46/2 52/6 52/6
**title [1]** 85/11
**today [12]** 6/15 26/13 29/6 33/25 34/20 40/19 71/19 71/19 77/24 80/3 80/8 81/14
**together [2]** 39/15 64/20
**told [9]** 22/4 29/21 50/9 59/10 63/22 64/24 78/25 79/1 79/12
**too [3]** 17/11 23/8 78/18
**took [9]** 8/17 10/3 18/2 18/2 21/1 27/13 39/13 64/16 69/17
**top [2]** 21/11 21/11
**total [1]** 85/9
**touch [2]** 52/18 77/9
**touched [3]** 71/8 74/8 75/17
**TR [1]** 47/24
**traffic [1]** 2/3
**tragedy [1]** 9/10
**traits [3]** 37/21 56/11 56/21
**transcript [3]** 1/11 86/8 87/1
**transfer [1]** 10/15

**T**

transmitted [1] 55/8
transporting [1] 24/16
traveled [2] 75/9 80/23
travesty [3] 9/11 9/11 12/10
treat [1] 46/6
treated [3] 11/20 57/18 72/10
treatment [15] 19/1 19/4 19/15 44/11
 54/2 57/17 63/25 76/8 83/10
 83/12 84/19 84/23 85/4 85/6
tree [1] 62/19
tremendous [8] 14/17 15/22 32/9 39/20
 43/7 43/7 45/20 48/3
tried [2] 21/16 28/25
Tropical [1] 7/4
trouble [2] 23/13 40/4
troubled [1] 70/4
troubling [7] 70/8 73/25 75/16 76/6
 81/23 81/24 82/5
true [2] 9/19 9/20
truly [8] 8/25 12/10 12/13 60/8 72/23
 72/24 74/11 74/19
truth [1] 27/1
truthfully [1] 58/24
try [3] 32/5 33/17 40/5
trying [7] 16/12 17/11 26/4 34/22 62/21
 64/18 67/22
tunnel [1] 60/10
turn [1] 3/12
turned [1] 59/3
Turnpike [1] 20/5
twice [1] 38/25
two [14] 6/25 8/20 9/8 9/12 20/4 27/19
 33/19 39/13 42/8 46/15 61/12 62/8
 63/20 74/7
two-page [1] 8/20
type [12] 13/24 15/22 24/9 37/17 42/24
 45/5 45/14 46/5 61/8 62/22 64/3 81/18
types [1] 81/18
typical [1] 48/6
typically [3] 32/23 48/6 50/19

**U**

U.S [5] 1/15 3/2 58/24 65/7 69/2
unable [1] 51/4
unavoidable [1] 2/8
unclear [1] 40/24
under [6] 31/25 33/6 65/1 65/2 66/7
 74/3
underage [1] 31/24
underaged [1] 59/8
undergraduate [1] 35/20
understand [22] 9/22 12/16 17/15
 19/16 31/17 32/4 33/1 33/12 34/14
 34/15 47/20 49/3 51/2 64/19 67/22
 69/7 69/8 71/20 74/2 74/5 83/16 85/25
understandable [1] 68/3
understanding [3] 3/3 6/14 59/14
understands [1] 18/25
understood [1] 41/15
unexpected [1] 42/1
unexplainable [2] 34/3 34/5
unfortunately [1] 44/1
Union [2] 13/19 16/9
unique [2] 31/22 37/24
UNITED [7] 1/1 1/3 1/12 1/23 2/11 2/15
 85/2
University [3] 20/6 35/21 35/24
Unjust [1] 9/6

unstable [4] 27/8 27/19 53/11 82/25
until [2] 17/13 31/18
unusual [1] 83/18
up [19] 7/12 13/4 14/14 20/16 22/8
 22/21 22/25 23/19 31/18 38/3 44/12
 44/13 58/22 58/25 59/9 60/15 61/5
 61/13 79/12
uphold [1] 61/4
upon [8] 25/1 39/6 47/1 51/14 58/15
 59/15 62/17 84/7
UPS [1] 31/20
upset [2] 40/21 68/3
us [16] 7/5 9/10 10/19 12/7 12/8 12/8
 12/9 12/20 12/21 12/21 29/3 30/3
 33/15 60/9 67/4 79/14
USC [1] 65/2
use [4] 3/4 21/8 44/16 74/23
used [9] 9/15 22/10 22/24 39/24 44/18
 52/22 52/25 57/17 72/8
using [2] 44/15 49/12
usual [1] 63/5
utterly [1] 65/9

**V**

vacated [1] 68/22
vacillate [1] 43/10
value [1] 55/23
variance [2] 65/2 65/8 66/5 68/20 79/7
verbal [1] 44/11
version [1] 50/1
versus [3] 2/11 65/8 69/2
very [62] 8/7 9/1 10/23 14/14 15/21
 15/23 15/23 21/17 21/18 21/20 21/21
 23/11 23/11 23/11 23/25 27/8 31/5
 34/21 35/3 38/13 38/13 38/16 38/16
 39/10 40/21 42/2 42/17 43/14 43/15
 46/25 52/18 53/21 56/13 60/25
 61/6 63/1 63/10 64/24 65/20 65/24
 68/15 70/2 70/8 71/2 71/18 71/25 72/1
 72/8 72/8 73/25 75/21 79/17 79/23
 79/24 80/3 80/5 80/17 81/21 82/4
 82/18 82/23
via [2] 38/25 39/2
victim [24] 32/14 32/22 38/8 38/8 38/9
 38/18 41/16 45/2 47/7 48/8 50/23
 52/15 52/23 53/25 55/9 66/12 71/15
 71/20 73/9 73/24 74/24 75/23 77/7
 83/1
victim's [9] 32/18 64/22 71/10 72/5
 72/15 72/22 73/18 74/17 75/11
victimize [2] 70/15 70/16
victimized [1] 31/6
victimizing [1] 31/7
victims [2] 31/20 71/10
Victims' [1] 31/20
videographer [1] 16/12
videos [1] 31/5
view [3] 60/22 60/23 65/18
vindictiveness [1] 68/7
violated [1] 82/2
violating [2] 71/19 75/19
violation [2] 14/17 66/13
violence [2] 48/24 48/25
Virginia [2] 35/21 81/4
virtually [1] 40/9
vision [1] 60/10
visited [1] 78/9
visual [1] 45/20
vivid [1] 71/17

voice [1] 12/2
volatility [1] 41/1
volumes [1] 77/25

**W**

waiting [3] 49/2 70/6 82/1
waiving [1] 11/9
walk [1] 21/1
walking [2] 23/21 23/24
Walsh [1] 84/23
want [28] 8/13 14/23 16/25 17/19 18/3
 20/16 24/19 26/24 26/25 27/20 28/1
 29/6 33/13 33/15 34/19 35/7 39/22
 41/25 52/3 53/20 58/13 61/4 64/23
 64/23 68/8 68/17 73/24 80/2
wanted [18] 2/3 8/9 15/4 17/22 17/23
 18/7 23/25 25/23 26/11 29/3 31/13
 52/16 57/6 59/11 59/24 67/20 67/25
 73/9
wanting [1] 50/13
wants [2] 34/25 59/19
warrant [1] 65/2
Wars [1] 45/21
was [224]
Washington [3] 10/4 35/24 35/25
wasn't [12] 6/15 10/18 21/10 21/11
 22/11 22/12 26/4 44/10 47/13 47/15
 59/21 60/5
way [20] 1/18 5/3 31/9 32/13 32/17
 32/24 33/1 35/4 42/18 47/6 51/1 59/22
 60/1 61/9 64/7 67/25 68/10 71/1 83/3
 85/8
ways [2] 17/11 80/3
we [56] 2/2 3/4 3/23 4/18 6/21 7/4 9/7
 10/20 11/22 12/16 14/4 18/2 18/4
 18/25 19/6 20/24 21/7 21/8 21/18 23/6
 23/8 23/8 23/18 23/20 30/24 32/23
 33/17 36/21 42/4 44/5 58/24 60/17
 60/18 62/9 62/22 63/5 63/12 64/10
 64/19 67/2 70/14 71/9 72/20 75/25
 76/14 76/15 76/18 78/6 78/15 78/23
 79/5 79/13 80/11 81/14 81/14 86/3
we're [3] 49/21 58/23 78/18
weak [1] 55/21
website [1] 49/25
wedding [1] 64/13
weeks [2] 44/8 64/18
weigh [2] 32/19 70/9
welcome [3] 19/23 25/4 51/20
well [45] 3/19 3/19 4/1 7/2 8/15 21/3
 21/5 21/21 22/15 26/17 31/24 33/15
 34/24 36/5 37/5 37/17 38/8 38/9 38/14
 39/4 40/18 41/1 42/21 42/21 45/7 46/5
 46/12 46/17 49/14 55/24 57/20 63/15
 66/13 66/14 66/25 67/21 69/7 71/7
 72/7 73/8 73/8 76/18 79/7 79/16 83/4
well-being [2] 38/8 38/9
went [9] 16/17 18/1 18/12 23/20 29/21
 40/22 56/24 59/25 68/21
were [40] 3/20 3/24 4/4 4/7 6/24
 11/6 11/7 13/9 13/10 13/11 18/19 21/7
 23/8 23/11 29/14 31/1 34/8 34/11
 36/23 37/4 37/25 39/16 40/25 41/24
 42/16 46/14 48/1 55/5 55/9 57/16
 61/22 64/21 65/6 68/9 70/23 72/10
 80/8 81/4 86/6
West [1] 35/21
what [80] 4/15 5/1 5/6 5/19 8/13 8/13
 9/3 9/6 9/7 9/8 10/20 12/20 13/24
 14/18 14/19 16/23 18/3 18/7 19/19

## W

**what... [61]** 20/8 20/18 21/22 23/12 23/25 24/3 25/2 25/20 26/18 27/16 29/5 32/3 32/5 32/17 33/1 34/19 34/24 34/25 38/14 38/19 39/7 40/16 41/5 41/24 42/3 42/4 42/20 42/24 43/21 44/20 45/11 49/3 49/4 49/21 49/23 51/4 54/20 56/15 59/6 60/9 61/24 63/16 63/23 64/19 69/5 69/6 71/4 71/22 74/11 74/12 74/19 75/13 76/16 77/8 78/15 78/19 78/21 78/24 81/14 82/24 83/8
**what's [4]** 22/2 22/3 71/20 71/21
**whatever [2]** 6/23 85/5
**when [44]** 9/12 11/3 13/1 21/20 23/6 24/8 24/10 24/12 26/2 38/1 39/3 39/12 39/16 39/21 40/9 40/20 41/9 42/7 45/17 46/1 48/17 49/14 50/10 51/6 52/4 52/9 53/12 59/2 59/3 60/4 60/25 67/10 69/19 70/7 70/13 72/20 75/8 75/9 75/22 77/23 78/7 78/20 81/7 82/14
**where [26]** 7/19 10/4 11/19 12/5 13/18 16/8 16/13 19/1 19/1 19/14 24/16 24/19 29/14 38/3 62/23 63/3 64/1 65/6 69/16 70/14 70/16 78/19 80/21 81/25 82/13 84/10
**whereas [1]** 45/22
**whether [11]** 31/6 32/3 32/14 38/5 54/7 67/12 72/23 72/24 76/21 80/17 81/8
**which [32]** 11/11 31/20 36/1 42/1 42/1 42/7 43/2 43/15 45/14 46/5 46/11 48/3 54/5 54/24 59/16 59/25 62/1 62/10 65/8 65/9 70/5 70/20 71/1 71/10 75/19 76/22 77/22 80/7 81/23 82/6 85/13 85/17
**while [4]** 69/12 69/19 84/10 85/6
**whisked [1]** 80/25
**who [51]** 2/19 7/6 9/12 9/16 9/16 9/17 9/19 9/19 9/21 9/22 9/24 9/25 12/1 12/2 12/2 17/2 22/9 22/12 23/3 27/15 27/16 29/2 40/19 46/8 46/23 47/13 57/16 59/17 59/19 60/24 60/25 61/7 61/8 66/22 69/20 69/23 69/24 69/25 69/25 71/22 74/22 74/25 75/1 77/21 78/10 78/22 80/7 80/8 81/9 81/15 81/17
**whole [2]** 19/10 58/14
**whom [3]** 44/4 49/20 72/1
**whose [1]** 81/11
**why [21]** 4/21 10/18 11/20 15/21 23/5 31/25 32/2 34/22 40/24 54/1 54/16 62/4 66/2 68/3 73/11 74/5 75/6 78/6 78/13 78/24 81/21
**will [23]** 4/15 6/1 6/22 8/8 9/25 33/19 35/4 51/8 59/21 64/16 64/19 67/10 70/11 76/12 78/15 78/21 79/13 82/9 82/10 83/15 85/3 85/4 86/3
**willing [1]** 83/12
**win [1]** 10/1
**winning [1]** 10/2
**wisdom [1]** 60/16
**wise [2]** 23/1 23/1
**wish [7]** 12/18 19/8 31/21 32/19 60/11 60/14 67/18
**wishes [2]** 3/6 6/23
**withdrawn [1]** 42/6
**within [4]** 50/4 83/5 84/8 85/23
**without [3]** 50/11 63/21 79/7

## Y — column middle

**witnesses [3]** 3/5 7/8 86/15
**wolff [3]** 1/22 1/25 86/12
**woman [6]** 21/21 49/1 49/17 49/20 64/9 70/7
**word [2]** 21/18 53/2
**words [3]** 46/3 49/17 65/10
**wore [1]** 17/23
**work [8]** 13/24 13/25 14/1 16/10 17/9 18/4 18/22 45/21
**worked [1]** 20/4
**worker [2]** 44/3 44/3
**working [1]** 16/21
**world [3]** 13/8 16/23 17/1
**worst [1]** 79/24
**worth [1]** 85/5
**worthless [1]** 82/23
**would [75]** 2/20 2/24 3/13 5/1 7/8 11/9 14/18 17/5 23/21 23/21 26/8 26/9 27/24 27/24 28/3 32/5 38/3 38/5 38/9 38/17 38/19 38/20 39/17 39/21 40/4 40/5 40/16 40/22 41/5 42/21 43/3 43/23 45/21 45/21 45/22 45/23 46/2 46/4 47/7 49/7 49/19 49/19 51/5 51/7 51/12 51/16 53/11 54/1 54/24 55/2 55/2 56/2 56/8 56/8 56/10 56/17 56/23 58/17 60/11 60/12 60/13 61/1 61/13 66/21 68/3 69/25 70/24 71/22 73/9 74/8 76/4 76/5 76/11 77/4 79/9
**wouldn't [6]** 18/17 26/12 28/2 47/8 56/19 56/24
**wow [2]** 23/10 24/18
**wreck [1]** 32/11
**writing [1]** 35/22
**written [5]** 8/5 37/6 43/6 69/20 80/7
**wrong [17]** 12/16 17/12 17/20 18/25 33/13 33/14 33/16 49/24 60/1 60/18 60/20 66/1 66/2 75/6 75/7 75/13 78/25
**wrote [3]** 8/16 10/6 55/24

## Y

**yeah [14]** 14/4 14/4 15/6 16/19 20/21 22/10 22/16 22/18 24/5 29/17 29/19 30/19 34/13 34/16
**year [27]** 12/10 14/25 15/1 21/6 21/6 21/25 24/6 41/17 44/17 47/8 61/22 63/8 64/9 66/6 69/9 70/19 72/9 73/11 73/12 73/12 73/17 77/1 77/5 77/13 79/14 81/9 81/15
**years [39]** 12/11 12/17 13/21 14/4 17/17 19/7 20/4 23/7 24/13 24/15 34/23 39/12 39/22 49/18 51/3 58/11 59/2 59/5 60/4 60/13 60/24 61/1 63/7 67/8 67/9 70/22 70/23 74/2 74/6 75/25 76/10 76/16 76/21 78/9 80/19 80/20 82/14 82/22 83/3
**years' [1]** 9/17
**yes [78]** 2/23 3/7 3/11 3/14 4/22 5/21 6/18 7/16 8/6 12/16 12/16 14/8 14/22 15/21 16/14 18/19 20/12 20/14 20/24 24/1 25/7 25/12 25/21 25/25 29/7 29/9 29/9 29/11 30/8 30/11 30/16 30/25 34/1 34/10 34/18 35/6 36/15 36/19 36/21 36/24 37/10 37/12 37/15 38/25 41/9 41/23 43/4 44/1 44/15 46/8 46/21 46/25 47/20 48/13 51/13 51/16 52/5 52/8 52/12 52/16 52/17 52/21 52/24 53/6 53/8 53/10 54/1 54/13 54/13 55/15 55/17 56/2 56/5 57/14 58/4 67/19 77/18 86/1
**yet [3]** 10/14 44/25 45/15

## Y — right column

**York [3]** 7/20 7/21 13/25
**you [288]**
**you're [13]** 6/19 8/2 13/22 19/23 25/4 27/12 30/15 33/8 33/13 45/14 49/3 51/20 54/12
**You've [1]** 19/17
**young [22]** 7/6 8/25 9/8 9/13 9/14 9/24 10/22 11/16 11/23 12/4 12/6 17/3 18/14 18/20 50/10 58/18 60/17 64/9 67/7 70/16 78/21 78/22
**young-minded [1]** 58/18
**younger [2]** 38/21 61/1
**your [94]**
**yours [1]** 12/13
**yourself [6]** 17/14 20/3 27/12 30/23 55/22 55/23
**youth [2]** 72/2 84/22
**youthful [1]** 36/4

## Z

**zealously [1]** 32/13