```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION
               CASE NO. 12-20577-CR-ROSENBAUM

UNITED STATES OF AMERICA,

                    Plaintiff,         MARCH 29, 2013
                                       10:56 A.M.


        vs.



BRANDON AGUAYO,

                    Defendant.        PAGES 1 THROUGH 29

_____


              TRANSCRIPT OF CHANGE OF PLEA
        BEFORE THE HONORABLE ROBIN S. ROSENBAUM
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:    Mr. Michael G. Walleisa, AUSA
                      OFFICE OF U.S. ATTORNEY
                      500 E. Broward Boulevard
                      Fort Lauderdale, Florida  33394


FOR THE DEFENDANT:    Mr. Bruce H. Fleisher, Esq.
                      LAW OFFICES OF BRUCE H. FLEISHER, ESQ.
                      1980 Coral Way
                      Miami, Florida  33145


COURT REPORTER:       Carly L. Horenkamp, RMR, CRR
                      U.S. District Court
                      400 N. Miami Avenue, Room 13-4
                      Miami, Florida  33128
                      (305) 523-5138
```

```
 1        (Open Court, 10:56 a.m.)

 2            THE COURT:  All righty.  This is Case No. 12-20577,

 3   United States of America versus Brandon Aguayo.

 4            Would counsel please state their appearances for the

 5   record.

 6            MR. WALLEISA:  Good morning, Your Honor.  Mike

 7   Walleisa on behalf of the United States.

 8            THE COURT:  Good morning.

 9            MR. FLEISHER:  Good morning, Judge.  Bruce Fleisher on

10   behalf of Mr. Aguayo, who is seated to my left.

11            THE COURT:  Good morning.  All righty.  What is the

12   status of Mr. Aguayo's case, please?

13            MR. FLEISHER:  Judge, we have resolved this case with

14   a plea agreement with Mr. Schlessinger, and Mr. Walleisa is

15   standing in for him today.

16            THE COURT:  All righty.  Mr. Aguayo, please stand and

17   raise your right hand for me.

18                 BRANDON AGUAYO, DEFENDANT, SWORN

19            THE COURT:  All right.  You are now under oath,

20   Mr. Aguayo, so it is very important for you to tell the truth.

21   If you knowingly make any statements that are false while you

22   are under oath, you could be subjecting yourself to additional

23   charges which could carry with them additional jail time.  Do

24   you understand that?

25            THE DEFENDANT:  Yes, Your Honor.
```

```
1              THE COURT:  All right.  Please state your full name
2    for purposes of our record.
3              THE DEFENDANT:  Brandon Adam Aguayo.
4              THE COURT:  Mr. Aguayo, how old are you?
5              THE DEFENDANT:  I'm 20 years old.
6              THE COURT:  And how far did you go in school?
7              THE DEFENDANT:  College.
8              THE COURT:  Did you complete college?
9              THE DEFENDANT:  No, Your Honor.
10             THE COURT:  How much college did you complete?
11             THE DEFENDANT:  About a semester or two.
12             THE COURT:  Okay.  And have you ever been treated for
13   any kind of mental illness?
14             THE DEFENDANT:  No, Your Honor.
15             THE COURT:  How about for any addiction to narcotic
16   drugs of any type?
17             THE DEFENDANT:  Yeah.
18             THE COURT:  What have you been treated for?
19             THE DEFENDANT:  Marijuana.
20             THE COURT:  And when was that?
21             THE DEFENDANT:  When I was 16 I had to do a program.
22             THE COURT:  And did you successfully complete it?
23             THE DEFENDANT:  Yeah.
24             THE COURT:  Have you had any problems with marijuana
25   since that time?
```

```
 1          THE DEFENDANT:  I didn't stop smoking, I could tell
 2   you that.
 3          THE COURT:  Okay.  And when was the last time you
 4   smoked it?  Let me ask it to you this way:  Have you smoked it
 5   within the last week?
 6          THE DEFENDANT:  No, Your Honor.
 7          THE COURT:  Okay.  Are you now under the influence of
 8   any drugs, alcohol, or other intoxicants that could affect your
 9   understanding of these proceedings?
10          THE DEFENDANT:  No.
11          THE COURT:  Have you taken any medication at all
12   today?
13          THE DEFENDANT:  No, Your Honor.
14          THE COURT:  Do you feel like you're in full possession
15   of your faculties at this time?
16          THE DEFENDANT:  Yeah.  What does that really mean?
17          THE COURT:  Sure.  Do you feel like you have all of
18   your wits about you at this time and your mind is functioning
19   right and well?
20          THE DEFENDANT:  Yes.
21          THE COURT:  Do you understand?
22          THE DEFENDANT:  Yes.
23          THE COURT:  Okay.  Do you have any questions at all
24   about that?
25          THE DEFENDANT:  No.
```

1          THE COURT:  Okay.  And Mr. Fleisher, do you agree that

2    Mr. Aguayo has all of his faculties about him at this time?

3          MR. FLEISHER:  Yes, Judge, he's very competent.

4          THE COURT:  Okay, very good.  Now, Mr. Aguayo, have

5    you received a copy of the indictment that is pending against

6    you?

7          THE DEFENDANT:  Yes, Your Honor.

8          THE COURT:  And have you had the opportunity to fully

9    discuss those charges and the case in general with your

10   attorney?

11         THE DEFENDANT:  Yes.

12         THE COURT:  Are you -- and have you had enough time to

13   think about changing your plea to guilty and discuss it with

14   your attorney?

15         THE DEFENDANT:  Yes.

16         THE COURT:  Are you fully satisfied with your attorney

17   and the advice and representation that he has given you?

18         THE DEFENDANT:  Yes, Your Honor.

19         THE COURT:  Do you know what a felony is?

20         THE DEFENDANT:  I know it's a charge.

21         THE COURT:  Okay.  Let me tell you a little bit about

22   a felony.  A felony is a crime that is more serious than a

23   misdemeanor.  It's a crime that you can be sent to prison for

24   for more than a year.  If you are convicted of a felony, it

25   causes you to lose certain civil rights, such as the right to

```
1   vote, the right to hold public office, the right to serve on a

2   jury, and the right to possess any kind of firearm.  Do you

3   understand?

4              THE DEFENDANT:  Yes.

5              THE COURT:  And so do you now understand what a felony

6   is?

7              THE DEFENDANT:  Yes.

8              THE COURT:  Okay, great.  Have you ever pled guilty to

9   a felony before?

10             THE DEFENDANT:  No, Your Honor.

11             THE COURT:  All right.  So let me tell you what it is

12  that I'm doing here and why I'm asking you all of these

13  questions.  I have to assess whether your offer to plead guilty

14  is being done freely and voluntarily and with full knowledge of

15  the rights that you'll be giving up by entering a guilty plea,

16  and also whether your offer to plead guilty is being done with

17  a sufficient understanding of the possible consequences of your

18  guilty plea.  So I will be asking you questions during today's

19  proceeding so I can make those determinations.  If there's any

20  point in time where you don't understand what's going on or you

21  have any questions, I want you to stop me and let me know.

22  Will you agree to do that?

23             THE DEFENDANT:  Yes.

24             THE COURT:  And have you understood everything so far?

25             THE DEFENDANT:  Uh-huh.
```

1          THE COURT:  I'll need you to say yes or no for

2    purposes of the record.

3          THE DEFENDANT:  Yes.

4          THE COURT:  Okay, great, thank you.  All right.  I'm

5    holding a six-page document entitled Plea Agreement.  On the

6    sixth page there are three signatures.  Is that your signature

7    on the bottom line where it says Brandon Aguayo?

8          THE DEFENDANT:  Yes.

9          THE COURT:  Mr. Fleisher, is that your signature above

10   Mr. Aguayo's?

11         MR. FLEISHER:  Yes, it is, Judge.

12         THE COURT:  Mr. Walleisa, is that your signature for

13   Mr. Schlessinger above Mr. Fleisher's signature?

14         MR. WALLEISA:  Yes, Your Honor.

15         THE COURT:  Mr. Aguayo, did you read and thoroughly

16   discuss the plea agreement with your attorney before you signed

17   it?

18         THE DEFENDANT:  Yes, Your Honor.

19         THE COURT:  And does the plea agreement -- are there

20   any agreements that you have with the government that are not

21   in the plea agreement?

22         THE DEFENDANT:  No.

23         THE COURT:  You agree with that, Mr. Fleisher?

24         MR. FLEISHER:  Yes, Judge.

25         THE COURT:  And Mr. Walleisa?

1          MR. WALLEISA:  Yes, Your Honor.

2          THE COURT:  Do you understand the terms of the plea

3    agreement, Mr. Aguayo?

4          THE DEFENDANT:  Yes.

5          THE COURT:  We're going to just go through it a little

6    bit and talk about it in a little bit more detail.  The first

7    paragraph in that paragraph, you agree to plead guilty to

8    Count 1 of the superseding indictment which charges you with

9    using a facility of interstate commerce to entice a minor to

10   engage in sexual activity for which any person can be charged

11   with a criminal offense, in violation of Title 18, United

12   States Code, Section 2422(b).  Do you understand that in

13   paragraph 1 you're agreeing to plead guilty to Count 1 of the

14   superseding indictment?

15         THE DEFENDANT:  Yes, Your Honor.

16         THE COURT:  In Count 2, the government is agreeing to

17   dismiss Counts 2 through 6 of the superseding indictment after

18   sentencing.  Do you understand?

19         THE DEFENDANT:  Yes.

20         THE COURT:  In paragraph 3, although they're not a

21   party to this, the Miami -- well, let me put it to you this

22   way.  The government is representing that the Miami-Dade County

23   State Attorney's Office is agreeing to dismiss the criminal

24   cases pending against you in the Eleventh Judicial Circuit of

25   Florida, that is, Cases F12-25424 and F12-17400, following

1    entry and acceptance of your plea of guilty as set forth in

2    paragraph 1 of this agreement.  Do you understand that that is

3    what the government is representing to you?

4              THE DEFENDANT:  Yes.

5              THE COURT:  In paragraph 7, the government is advising

6    you that it is reserving its right to let the Court and the

7    probation office know all facts that it thinks are relevant to

8    the sentencing process, including all relevant information

9    about the offenses committed, whether they're charged or not,

10   and about you and your background.  Do you understand that?

11             THE DEFENDANT:  Yes.

12             THE COURT:  In addition, the government is letting you

13   know that it is reserving its right to make any recommendation

14   regarding the quality and quantity of punishment, except as

15   expressly described in this plea agreement.  Do you understand?

16             THE DEFENDANT:  Yes.

17             THE COURT:  In paragraph 8, the government is letting

18   you know that it is going to recommend at sentencing that the

19   Court reduce your guidelines level by two levels for your

20   affirmative and timely acceptance of personal responsibility,

21   and if at the time of sentencing your offense level is

22   determined to be a 16 or higher, the government will make a

23   motion requesting a third point off also for your timely

24   acceptance of personal responsibility.  Do you understand?

25             THE DEFENDANT:  Yes.

```
 1            THE COURT:  But the government will not be required to
 2   make this recommendation for the two points off or the motion
 3   for the third point off if you do any of the following three
 4   things:
 5            First, if you fail or refuse to make a full, accurate,
 6   and complete disclosure to the probation office of the
 7   circumstances surrounding your relevant offense conduct.
 8            Second, if you are found to have misrepresented facts
 9   to the government before you entered into the plea agreement.
10            Or third, if you commit any misconduct after entering
11   into the plea agreement, including but not limited to
12   committing a state or federal offense, violating any term of
13   release, or making false statements or misrepresentations to
14   any governmental entity or official.
15            Do you understand that if you do any of those three
16   things, the government will not have to make the recommendation
17   for the two points off or the motion for the third point off
18   for acceptance of responsibility?
19            THE DEFENDANT:  Yes, Your Honor.
20            THE COURT:  In paragraph 10, you are agreeing to
21   assist the government in all forfeiture proceedings.
22            Let me ask, what is it that we're talking about with
23   respect to forfeiture?
24            MR. FLEISHER:  Judge, I don't believe there is any
25   properties that's subject to forfeiture except the telephone.
```

```
 1              THE COURT:  Just the telephone.
 2              MR. FLEISHER:  Yes, Judge.
 3              THE COURT:  Mr. Walleisa?
 4              MR. WALLEISA:  Your Honor, I believe that's the only
 5    item.
 6              THE COURT:  All right.  You understand that you're
 7    agreeing to assist the government in all proceedings relating
 8    to the forfeiture of the telephone?
 9              THE DEFENDANT:  Yes.
10              THE COURT:  And that means that you're going to agree
11    to the entry of an order enjoining your transfer or encumbrance
12    of that telephone?  Do you understand?
13              THE DEFENDANT:  Yes.
14              THE COURT:  And you'll identify any property that is
15    subject to forfeiture?  Do you understand?
16              THE DEFENDANT:  Yes.
17              THE COURT:  In paragraph 11, you are acknowledging
18    that by pleading guilty you understand you will be required to
19    register as a sex offender upon your release from prison as a
20    condition of supervised release.  Do you understand that that's
21    what you're agreeing to?
22              THE DEFENDANT:  Yes, Your Honor.
23              THE COURT:  In addition, independent of supervised
24    release, you will be required -- you will be subject to federal
25    and state sex offender registration requirements and those
```

1   requirements may apply throughout your life.  Do you understand

2   that you are agreeing that you acknowledge that?

3           THE DEFENDANT:  Yes.

4           THE COURT:  You are also agreeing to keep your

5   registration current and to notify the state's sex offender

6   registration agency or agencies of any changes to your name,

7   place of residence, employment, or student status or other

8   relevant information.  Do you understand?

9           THE DEFENDANT:  Yes.

10          THE COURT:  In addition, you are agreeing to comply

11  with the requirements to periodically verify in person your sex

12  offender registration information.  Do you understand?

13          THE DEFENDANT:  Yes.

14          THE COURT:  In addition, you are acknowledging that

15  you understand that you will be subject to possible federal and

16  state penalties if you fail to comply with any such sex

17  offender registration requirements.  Do you understand?

18          THE DEFENDANT:  Yes.

19          THE COURT:  And if you live in Florida during your

20  release -- or following your release from prison, you are

21  acknowledging that you will be subject to the registration

22  requirements set forth in Florida Statute Section 943.0435.  Do

23  you understand that?

24          THE DEFENDANT:  Yes.

25          THE COURT:  If you live in New Jersey after your

1   release from prison, you are acknowledging that you will be

2   subject to the registration requirements of New Jersey Statute

3   Annotated Sections 2C:7-1 through 2C:7-11.  Do you understand?

4           THE DEFENDANT:  Yes.

5           THE COURT:  And you are further acknowledging that

6   under 18 U.S.C. 4042(c), notice will be provided to certain law

7   enforcement agencies on your release from confinement following

8   conviction.  Do you understand?

9           THE DEFENDANT:  Yes.

10          THE COURT:  Just one second.  Okay.  Sorry.  In

11  paragraph 11, you are acknowledging that, as a condition of

12  your supervised release, you shall initially register with a

13  state sex offender registration office in Florida and you shall

14  also register with a state sex offender registration agency in

15  any state where the defendant resides -- where you reside, are

16  employed, work, or are a student as directed by the probation

17  office.  Do you understand?

18          THE DEFENDANT:  Yes.

19          THE COURT:  You will comply with all requirements of

20  federal and state sex offender registration laws, including the

21  requirement to update your registration information.  Do you

22  understand that?

23          THE DEFENDANT:  Yes, Your Honor.

24          THE COURT:  And you shall provide proof of

25  registration to the probation office within 72 hours of your

```
 1    release from imprisonment.  Do you understand?
 2            THE DEFENDANT:  Yes.
 3            THE COURT:  All right.  Are there any other agreements
 4    or understandings that you have with the government that I
 5    haven't discussed here?
 6            THE DEFENDANT:  No, Your Honor.
 7            THE COURT:  Do you agree with that, Mr. Fleisher?
 8            MR. FLEISHER:  Agreed, Judge.
 9            THE COURT:  And Mr. Walleisa?
10            MR. WALLEISA:  Yes, Your Honor.
11            THE COURT:  Now, Mr. Aguayo, has anybody at all, not
12    just the government, but anyone made any promise or assurance
13    to you that's not in the plea agreement in order to get you to
14    accept the plea agreement?
15            THE DEFENDANT:  No, Your Honor.
16            THE COURT:  Has anyone threatened you in any way to
17    persuade you to accept the plea agreement?
18            THE DEFENDANT:  No.
19            THE COURT:  Do you understand that the terms of the
20    plea agreement are just recommendations to the Court and so I
21    could decide not to follow those recommendations and impose a
22    sentence that might be more severe than you expect and that
23    would not be a basis for withdrawing your guilty plea?
24            THE DEFENDANT:  Yes.
25            THE COURT:  Are you pleading guilty because you are in
```

1   fact guilty?

2          THE DEFENDANT:  Yes.

3          THE COURT:  Do you understand that the offense to

4   which you are pleading guilty is a felony offense?

5          THE DEFENDANT:  Yes.

6          THE COURT:  And so if your plea is accepted, I'm going

7   to adjudicate you guilty of that felony offense, and that means

8   that you will very likely be deprived of valuable civil rights,

9   such as the right to vote, the right to hold public office, the

10   right to serve on a jury, and the right to possess any kind of

11   firearm.  Do you understand that?

12          THE DEFENDANT:  Yes.

13          THE COURT:  Also, if you were not born in this

14   country, it's likely that your guilty plea could affect your

15   right to stay in this country and to return to this country and

16   you could well be deported.  Do you understand that?

17          THE DEFENDANT:  Yes, Your Honor.

18          THE COURT:  Have you had enough of an opportunity to

19   discuss this issue with your attorney?

20          MR. FLEISHER:  He's a U.S. citizen, Judge.

21          THE COURT:  Okay.  I say it anyway because sometimes

22   it turns out that we don't have complete information and I just

23   don't want to have a problem later.

24          But let me just ask:  Have you had enough time to

25   discuss this with your attorney?

1        THE DEFENDANT:  Yes.

2        THE COURT:  Okay.  Now, if you have any professional

3   licenses, conviction of a felony could cause you to lose them.

4   Do you understand?

5        THE DEFENDANT:  Yes.

6        THE COURT:  All right.  Now, the maximum penalty in

7   this case for the crime to which you are pleading guilty is a

8   minimum term of imprisonment of at least ten years and a

9   maximum term of up to life.  In addition, there is a supervised

10  release period of at least five years that will follow the term

11  of imprisonment and a maximum term of life, and a fine of up to

12  $250,000, and the Court may order restitution.  Also, upon your

13  release of imprisonment, you shall participate in a sexual

14  offender treatment program as a condition of your supervised

15  release.  Do you understand that what I've just described is

16  the maximum penalty for the crime that you are pleading guilty

17  to?

18       THE DEFENDANT:  Yes.

19       THE COURT:  All right.  Now, if you are sentenced --

20  well, you will be sentenced to a term of supervised release.

21  If you were to violate the term of supervised release, I do

22  need to let you know that you can be sentenced to additional

23  time in prison beyond what I've already said.  Do you

24  understand?

25       THE DEFENDANT:  Yes.

1          THE COURT:  Okay.  Now, the Court may also order or

2     may be required to order under the Mandatory Victims

3     Restitution Act that you make restitution to any victim of the

4     offense.  Do you understand that?

5          THE DEFENDANT:  Yes.

6          THE COURT:  And we've already discussed the forfeiture

7     and we are only talking about a phone, right, Mr. Walleisa?

8          MR. WALLEISA:  Your Honor, that's the only information

9     I have is about a phone.

10         THE COURT:  Okay.  You will also be required to pay a

11    special assessment of $100 for this offense.  Do you

12    understand?

13         THE DEFENDANT:  Yes.

14         THE COURT:  Do you understand all of these possible

15    consequences of your guilty plea?

16         THE DEFENDANT:  Yes, Your Honor.

17         THE COURT:  We're going to talk a little bit about how

18    sentencing will occur.  First, let me ask you, have you and

19    your attorney had the chance to discuss how the advisory

20    sentencing guidelines might apply to your case?

21         THE DEFENDANT:  Yes.

22         THE COURT:  I do need to let you know that I'm sure

23    your attorney has used his best judgment to estimate for you

24    what he thinks the guidelines range could be, but no one can

25    really know with certainty at this time what that range will

1   be. And the reason for that is this: After the report --

2   after the probation office performs a report -- an

3   investigation and writes up a report for the sentencing

4   hearing, you and your attorney and the government will have a

5   chance to review that report, file any written objections that

6   you might have to it, and the Court will have the chance then

7   to rule on those objections, and only after the Court rules on

8   those objections will we all know for sure precisely what the

9   advisory sentencing guidelines range will be. Do you

10   understand?

11           THE DEFENDANT: Yes.

12           THE COURT: And so if it turns out that the estimate

13   that your attorney has come up with is not the same as the

14   estimate -- as what it actually turns out to be for your

15   advisory sentencing guidelines range, that's not a basis for

16   withdrawing your guilty plea. Do you understand?

17           THE DEFENDANT: Yes, Your Honor.

18           THE COURT: Also, after your initial advisory

19   guidelines range has been determined, the Court does have the

20   authority in some circumstances to depart upward or downward

21   from that range and will also examine other statutory

22   sentencing factors under Title 18, United States Code,

23   Section 3553(a) that might result in a sentence that is either

24   more or less than the advisory sentencing guidelines range. Do

25   you understand that?

1   THE DEFENDANT:  Yes.

2          THE COURT:  If it turns out that the sentence is

3   higher than the advisory sentencing guidelines range, that also

4   is not a basis for withdrawing your guilty plea.  Do you

5   understand?

6          THE DEFENDANT:  Yes.

7          THE COURT:  In addition, parole has been abolished, so

8   if you are sentenced to prison you will not be released on

9   parole.  Are you aware of that?

10          THE DEFENDANT:  Yes, Your Honor.

11          THE COURT:  Also, if you are sentenced to prison,

12   then -- and you think you're eligible for an early release

13   program and for whatever reason the Bureau of Prisons does not

14   release you early, that is a matter between you and the Bureau

15   of Prisons and it also does not provide a basis for withdrawing

16   your guilty plea.  Do you understand?

17          THE DEFENDANT:  Yes.

18          THE COURT:  Now, we're going to talk a little bit

19   about the rights that you'll be giving up if you enter into a

20   guilty plea.

21          First, I want to make sure you understand that you

22   have a right to plead not guilty to any offense that is charged

23   against you and to persist in that plea.  Do you understand?

24          THE DEFENDANT:  Yes.

25          THE COURT:  You also have a right to a trial by jury.

1   Do you understand that?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  If you went to trial, you would be

4   presumed to be innocent and the government would have to prove

5   your guilt beyond every reasonable doubt.  Do you understand

6   that?

7              THE DEFENDANT:  Yes.

8              THE COURT:  You would also have the right to the

9   assistance of counsel for your defense, appointed if necessary,

10  at trial and at every stage of the proceedings.  Do you

11  understand?

12             THE DEFENDANT:  Yes.

13             THE COURT:  You would have the right to confront the

14  witnesses against you, so you could see and hear them and have

15  them cross-examined in your defense.  Do you understand?

16             THE DEFENDANT:  Yes.

17             THE COURT:  You would also have the right to compel

18  the attendance of witnesses at trial.  Do you understand that?

19             THE DEFENDANT:  Yes.

20             THE COURT:  And you would have the right to remain

21  silent and you could decide not to testify.  In fact, you could

22  decide not to testify and not to put on any evidence at all and

23  those facts could not be used against you.  Do you understand?

24             THE DEFENDANT:  Yes, Your Honor.

25             THE COURT:  On the other hand, if you wanted to

1   testify, it would be your absolute right to do so.  Do you

2   understand that?

3            THE DEFENDANT:  Yes.

4            THE COURT:  But when you plead guilty, if I accept

5   your guilty plea, we're not going to have a trial and you will

6   have given up your right to a trial as well as all of the other

7   rights that we've just discussed.  Do you understand that?

8            THE DEFENDANT:  Yes.

9            THE COURT:  Now, in this case the indictment charges

10  you as follows:

11           From on or about January -- and this is Count 1.  From

12  on or about January 25th, 2012, the exact date being unknown to

13  the grand jury, through on or about July 10th, 2012, in

14  Miami-Dade County, in the Southern District of Florida and

15  elsewhere, that you, Brandon Aguayo, did, using any facility

16  and means of interstate and foreign commerce, knowingly

17  persuade, induce, entice, and coerce an individual who had not

18  attained the age of 18 years, that is, minor AG, to engage in

19  sexual activity for which any person can be charged with a

20  criminal offense, in violation of Title 18, United States Code,

21  Section 2422(b).

22           Do you understand that that is the offense to which

23  you are pleading guilty?

24           THE DEFENDANT:  Yes.

25           THE COURT:  And the essential elements of this offense

```
 1    are as follows:
 2              First, that you used a facility or means of interstate
 3    or foreign commerce;
 4              And second, that in doing so, you persuaded, induced,
 5    enticed, or coerced a person under the age of 18 to engage in
 6    unlawful sex.
 7              Have I missed any elements, Mr. Walleisa?
 8              MR. WALLEISA:  Your Honor, according to what
 9    Mr. Schlessinger provided me, there are two additional
10    elements, and that is that when Aguayo did these acts, the
11    person named in the indictment was less than 18, and that one
12    or more of the individuals could have been charged with a
13    criminal offense under the laws of Florida.
14              THE COURT:  All right.  And so do you understand each
15    one of these essential elements as Mr. Walleisa and I have just
16    set them forth for you?
17              THE DEFENDANT:  Yes.
18              THE COURT:  And do you understand that the government
19    would have been required to prove each one of these essential
20    elements beyond every reasonable doubt if you had gone to
21    trial?
22              THE DEFENDANT:  Yes.
23              THE COURT:  But when you plead guilty, you give up
24    your right to force the government to prove each one of these
25    essential elements beyond a reasonable doubt.  Do you
```

1    understand that?

2             THE DEFENDANT:  Yes, Your Honor.

3             THE COURT:  You also give up any and all defenses that

4    you might otherwise have had to this charge.  Do you

5    understand?

6             THE DEFENDANT:  Yes.

7             THE COURT:  Have you had enough time to discuss with

8    your attorney any possible defenses you might have had and your

9    chances of winning at trial?

10            THE DEFENDANT:  Yes.

11            THE COURT:  Do you need any more time to talk to your

12   attorney about this?

13            THE DEFENDANT:  No, Your Honor.

14            THE COURT:  All right.  Now, I also have received and

15   reviewed a factual proffer that is three pages in length.  On

16   the third page there are three signatures.  Is that your

17   signature where it says Brandon Aguayo on the bottom line?

18            THE DEFENDANT:  Yes, Your Honor.

19            THE COURT:  And on the line above Mr. Fleisher, is

20   that your signature?

21            MR. FLEISHER:  Yes, Judge.

22            THE COURT:  And Mr. Walleisa, is that your signature

23   for Mr. Schlessinger above Mr. Fleisher's?

24            MR. WALLEISA:  Yes, Your Honor, it is.

25            THE COURT:  All right.  Thank you.

```
 1           Now, let me ask you, did you read and thoroughly
 2   understand this factual proffer before you signed it,
 3   Mr. Aguayo?
 4           THE DEFENDANT:  Yes.
 5           THE COURT:  Would you like me to read it into the
 6   record?
 7           THE DEFENDANT:  No, Your Honor.
 8           THE COURT:  And do you understand what the government
 9   says that it could prove if your case had gone to trial?
10           THE DEFENDANT:  Yes.
11           THE COURT:  Mr. Fleisher, do you take any exception or
12   objection to the facts as summarized?
13           MR. FLEISHER:  No, Your Honor.  And we've already
14   prepared an acceptance of responsibility statement that we'll
15   submit to probation that is fairly factual, along with a
16   sentencing memorandum, at a later time.
17           THE COURT:  All right.  Thank you.  And Mr. Fleisher,
18   do you stipulate that if this case had gone to trial I would
19   have sent the case to the jury?
20           MR. FLEISHER:  Yes, Your Honor.
21           THE COURT:  Do you further stipulate that the
22   government's factual recitation contains each essential element
23   of the crime?
24           MR. FLEISHER:  I stipulate it would constitute a
25   prima facie case.
```

 1        THE COURT:  And I find that the facts that the

 2    government has set forth are sufficient to establish the crime

 3    of use of a facility of interstate commerce to entice a minor

 4    to engage in sexual activity for which any person can be

 5    charged with a criminal offense.

 6        Now, Mr. Aguayo, have you had enough time to consider

 7    and discuss with your attorney whether you wish to plead guilty

 8    to the charge?

 9        THE DEFENDANT:  Yes.

10        THE COURT:  And how do you now plead to the charge,

11    guilty or not guilty?

12        THE DEFENDANT:  Guilty, Your Honor.

13        THE COURT:  Mr. Fleisher, are you satisfied that

14    Mr. Aguayo understands the charges and the consequences of his

15    guilty plea?

16        MR. FLEISHER:  Very satisfied, Your Honor.

17        THE COURT:  All right.  Thank you.  I don't see any

18    victims present.  Is that correct, Mr. Walleisa?

19        MR. WALLEISA:  That's correct, Your Honor.

20        THE COURT:  I do find that Mr. Aguayo is alert and

21    intelligent, that he is fully competent and capable of entering

22    an informed plea in this case, that he is aware of the nature

23    of the charges and the consequences of the plea, and that the

24    plea of guilty is a knowing and voluntary one supported by an

25    independent basis in fact containing each of the essential

1    elements of the offense.  I also find that Mr. Aguayo has

2    freely, voluntarily, and intelligently entered his plea of

3    guilty here today with no promises other than those set forth

4    in the plea agreement and no threats and without any mental

5    impediments of any kind.  In addition, I find that Mr. Aguayo

6    has had the advice and counsel of a competent attorney with

7    whom he says he is satisfied.  And so the plea is accepted and

8    Mr. Aguayo is now adjudged guilty of using a facility of

9    interstate commerce to entice a minor to engage in sexual

10   activity for which any person can be charged with a criminal

11   offense, in violation of Title 18, United States Code,

12   Section 2422(b).

13          Next, what will happen, Mr. Aguayo, is that a written

14   presentence report will be prepared by the probation office to

15   assist me in sentencing, and you will be asked to give

16   information to the probation officer for the report.  Your

17   attorney can be present with you for that if you would like.

18   It's very important that you cooperate with the probation

19   officer and be truthful or else things might not go as well for

20   you as you might like at sentencing.  Do you understand?

21          THE DEFENDANT:  Yes.

22          THE COURT:  You and your attorney will have the

23   opportunity to read the presentence report and file any

24   objections that you might have to it before the sentencing

25   hearing, and you and your attorney will have the opportunity to

1   speak on your behalf at the sentencing hearing.  If there are

2   any victims of the offense, they too shall have the chance to

3   be heard at the sentencing hearing.

4           I now refer you to the probation office for a

5   presentence investigation and report under Rule 32(c)(1) of the

6   Federal Rules of Criminal Procedure and I'll set sentencing in

7   this matter for June the 7th, 2013 -- actually, that's not

8   going to work.

9           MR. FLEISHER:  Judge, I'm going to need about two

10  hours for sentencing in this case.

11          THE COURT:  All right.  Mr. Barry?

12          MR. FLEISHER:  More than the usual time, Your Honor.

13          THE COURT:  All right.  So I'll set it for June the

14  16th at 9:00 in the morning.  Will that work for everybody?

15          MR. FLEISHER:  Judge, can we go a little later in the

16  morning?  Because I'm going to have people coming from out of

17  town and people all the way from south Dade.

18          THE COURT:  How about 10:00 in the morning?

19          MR. FLEISHER:  That's fine, Judge.

20          THE COURT:  Okay.  So June the 16th at 10:00 in the

21  morning.  Oh, sorry, June the 17th at 10:00 in the morning.

22  Thank you.

23          Okay.  Let me just see, is there anything else that we

24  need to address here today before we conclude the proceedings?

25          MR. FLEISHER:  Not from the defense, Your Honor.

1          MR. WALLEISA:  Not from the government, Your Honor.

2          THE COURT:  All righty.  In that case, we will be in

3     recess.  Thank you and have a nice weekend.

4          MR. FLEISHER:  Thank you, Judge.

5       (Proceedings concluded at 11:24 a.m.)

6                      *   *   *   *   *

```
 1   UNITED STATES OF AMERICA                )
                                             )   ss:
 2   SOUTHERN DISTRICT OF FLORIDA            )

 3

 4                  C E R T I F I C A T E

 5       I, Carly L. Horenkamp, Certified Shorthand

 6   Reporter in and for the United States District Court for the

 7   Southern District of Florida, do hereby certify that I was

 8   present at and reported in machine shorthand the proceedings

 9   had the 29th day of March, 2013, in the above-mentioned court;

10   and that the foregoing transcript is a true, correct, and

11   complete transcript of my stenographic notes.

12       I further certify that this transcript contains

13   pages 1 - 29.

14       IN WITNESS WHEREOF, I have hereunto set my hand at Miami,

15   Florida, this 13th day of August, 2013.

16

17

18                   /s/ Carly Horenkamp
                     Carly L. Horenkamp, RMR, CRR
19                   Certified Shorthand Reporter

20

21

22

23

24

25
```

**$**

**$100** [1]  17/11
**$250,000** [1]  16/12

**1**

**10** [1]  10/20
**10:00** [3]  27/18 27/20 27/21
**10:56** [2]  1/5 2/1
**10th** [1]  21/13
**11** [3]  11/17 13/3 13/11
**11:24** [1]  28/5
**12-20577-CR-ROSENBAUM** [1]  1/2
**13-4** [1]  1/22
**13th** [1]  29/15
**16** [2]  3/21 9/22
**16th** [2]  27/14 27/20
**17400** [1]  8/25
**17th** [1]  27/21
**18** [7]  8/11 18/22 21/18 21/20 22/5 22/11 26/11
**18 U.S.C. 4042** [1]  13/6
**1980** [1]  1/19

**2**

**20** [1]  3/5
**2012** [2]  21/12 21/13
**2013** [4]  1/4 27/7 29/9 29/15
**20577** [1]  2/2
**2422** [3]  8/12 21/21 26/12
**25424** [1]  8/25
**25th** [1]  21/12
**29** [3]  1/4 1/9 29/13
**29th** [1]  29/9
**2C:7-1** [1]  13/3
**2C:7-11** [1]  13/3

**3**

**305** [1]  1/23
**32** [1]  27/5
**33128** [1]  1/23
**33145** [1]  1/20
**33394** [1]  1/17
**3553** [1]  18/23

**4**

**400** [1]  1/22
**4042** [1]  13/6

**5**

**500** [1]  1/16
**5138** [1]  1/23
**523-5138** [1]  1/23

**7**

**72** [1]  13/25
**7th** [1]  27/7

**9**

**943.0435** [1]  12/22
**9:00** [1]  27/14

**A**

**a.m** [3]  1/5 2/1 28/5
**abolished** [1]  19/7
**about** [21]  3/11 3/15 4/18 4/24 5/2 5/13 5/21 8/6 9/9 9/10 12/22 17/7 17/9 17/17 19/19 21/11 21/12 21/13 23/12 27/9 27/18
**above** [5]  7/9 7/13 23/19 23/23 29/9
**above-mentioned** [1]  29/9
**absolute** [1]  21/1
**accept** [3]  14/14 14/17 21/4

**acceptance** [5]  9/1 9/20 9/24 10/18 24/14
**accepted** [2]  15/6 26/7
**according** [1]  22/8
**accurate** [1]  10/5
**acknowledge** [1]  12/2
**acknowledging** [6]  11/17 12/14 12/21 13/1 13/5 13/11
**Act** [1]  17/3
**activity** [4]  8/10 21/19 25/4 26/10
**acts** [1]  22/10
**actually** [2]  18/14 27/7
**Adam** [1]  3/3
**addiction** [1]  3/15
**addition** [7]  9/12 11/23 12/10 12/14 16/9 19/7 26/5
**additional** [4]  2/22 2/23 16/22 22/9
**address** [1]  21/22
**adjudged** [1]  26/8
**adjudicate** [1]  15/7
**advice** [2]  5/17 26/6
**advising** [1]  9/5
**advisory** [6]  17/19 18/9 18/15 18/18 18/24 19/3
**affect** [2]  4/8 15/14
**affirmative** [1]  9/20
**after** [7]  8/17 10/10 12/25 18/1 18/2 18/7 18/18
**AG** [1]  21/18
**against** [5]  5/5 8/24 19/23 20/14 20/23
**age** [2]  21/18 22/5
**agencies** [2]  12/6 13/7
**agency** [2]  12/6 13/14
**agree** [6]  5/1 6/22 7/23 8/7 11/10 14/7
**Agreed** [1]  14/8
**agreeing** [9]  8/13 8/16 8/23 10/20 11/7 11/21 12/2 12/4 12/10
**agreement** [15]  2/14 7/5 7/16 7/19 7/21 8/3 9/2 9/15 10/9 10/11 14/13 14/14 14/17 14/20 26/4
**agreements** [2]  7/20 14/3
**AGUAYO** [25]  1/8 2/3 2/10 2/16 2/18 2/20 3/3 3/4 5/2 5/4 7/7 7/15 8/3 14/11 21/15 22/10 23/17 24/3 25/6 25/14 25/20 26/1 26/5 26/8 26/13
**Aguayo's** [2]  2/12 7/10
**alcohol** [1]  4/8
**alert** [1]  25/20
**all** [36]
**along** [1]  24/15
**already** [3]  16/23 17/6 24/13
**also** [19]  6/16 9/23 12/4 13/14 15/13 16/12 17/1 17/10 18/18 18/21 19/3 19/11 19/15 19/25 20/8 20/17 23/3 23/14 26/1
**although** [1]  8/20
**AMERICA** [3]  1/3 2/3 29/1
**Annotated** [1]  13/3
**any** [47]
**anybody** [1]  14/11
**anyone** [2]  14/12 14/16
**anything** [1]  27/23
**anyway** [1]  15/21
**appearances** [2]  1/14 2/4
**apply** [2]  12/1 17/20
**appointed** [1]  20/9
**are** [44]
**as** [19]  5/25 9/1 9/14 11/19 11/19 13/11 13/16 15/9 16/14 16/24 16/25 21/6 21/10 22/1 22/15 24/12 26/19 26/20
**ask** [5]  4/4 10/22 15/24 17/18 24/1
**asked** [1]  26/15
**asking** [2]  6/12 6/18
**assess** [1]  6/13
**assessment** [1]  17/11

**assist** [3]  10/21 11/7 26/15
**assistance** [1]  20/9
**assurance** [1]  14/12
**at** [26]  4/11 4/15 4/18 4/23 5/2 9/18 9/21 14/11 16/8 16/10 17/25 20/10 20/10 20/18 20/22 23/9 24/16 26/20 27/1 27/3 27/14 27/20 27/21 28/5 29/8 29/14
**attained** [1]  21/18
**attendance** [1]  20/18
**attorney** [18]  1/16 5/10 5/14 5/16 7/16 15/19 15/25 17/19 17/23 18/4 18/13 23/8 23/12 25/7 26/6 26/17 26/22 26/25
**Attorney's** [1]  8/23
**August** [1]  29/15
**AUSA** [1]  1/15
**authority** [1]  18/20
**Avenue** [1]  1/22
**aware** [2]  19/9 25/22

**B**

**background** [1]  9/10
**Barry** [1]  27/11
**basis** [5]  14/23 18/15 19/4 19/15 25/25
**be** [41]
**because** [3]  14/25 15/21 27/16
**been** [6]  3/12 3/18 18/19 19/7 22/12 22/19
**before** [7]  1/12 6/9 7/16 10/9 24/2 26/24 27/24
**behalf** [3]  2/7 2/10 27/1
**being** [3]  6/14 6/16 21/12
**believe** [2]  10/24 11/4
**best** [1]  17/23
**between** [1]  19/14
**beyond** [4]  16/23 20/5 22/20 22/25
**bit** [5]  5/21 8/6 8/6 17/17 19/18
**born** [1]  15/13
**bottom** [2]  7/7 23/17
**Boulevard** [1]  1/16
**BRANDON** [7]  1/8 2/3 2/18 3/3 7/7 21/15 23/17
**Broward** [1]  1/16
**Bruce** [3]  1/18 1/19 2/9
**Bureau** [2]  19/13 19/14
**but** [10]  1/10 10/11 14/12 15/24 17/24 21/4 22/23

**C**

**can** [10]  5/23 6/19 8/10 16/22 17/24 21/19 25/4 26/10 26/17 27/15
**capable** [1]  25/21
**Carly** [3]  1/21 29/5 29/18
**carry** [1]  2/23
**case** [15]  1/2 2/2 2/12 2/13 5/9 16/7 17/20 21/9 24/9 24/18 24/19 24/25 25/22 27/10 28/2
**cases** [2]  8/24 8/25
**cause** [1]  16/3
**causes** [1]  5/25
**certain** [2]  5/25 13/6
**certainty** [1]  17/25
**Certified** [2]  29/5 29/19
**certify** [2]  29/7 29/12
**chance** [4]  17/19 18/5 18/6 27/2
**chances** [1]  23/9
**CHANGE** [1]  1/12
**changes** [1]  12/6
**changing** [1]  5/13
**charge** [4]  5/20 23/4 25/8 25/10
**charged** [7]  8/10 9/9 19/22 21/19 22/12 25/5 26/10
**charges** [6]  2/23 5/9 8/8 21/9 25/14 25/23
**Circuit** [1]  8/24

## C

circumstances [2]  10/7 18/20
citizen [1]  15/20
civil [2]  5/25 15/8
Code [4]  8/12 18/22 21/20 26/11
coerce [1]  21/17
coerced [1]  22/5
college [3]  3/7 3/8 3/10
come [1]  18/13
coming [1]  27/16
commerce [5]  8/9 21/16 22/3 25/3 26/9
commit [1]  10/10
committed [1]  9/9
committing [1]  10/12
compel [1]  20/17
competent [1]  5/3 25/21 26/6
complete [6]  3/8 3/10 3/22 10/6 15/22
 29/11
comply [3]  12/10 12/16 13/19
conclude [1]  27/24
concluded [1]  28/5
condition [1]  11/20 13/11 16/14
conduct [1]  10/7
confinement [1]  13/7
confront [1]  20/13
consequences [4]  6/17 17/15 25/14 25/23
consider [1]  25/6
constitute [1]  24/24
containing [1]  8/25
contains [2]  24/22 29/12
convicted [1]  5/24
conviction [2]  13/8 16/3
cooperate [1]  26/18
copy [1]  5/5
Coral [1]  1/19
correct [3]  25/18 25/19 29/10
could [15]  2/22 2/23 4/1 4/8 14/21 15/14
 15/16 16/3 17/24 20/14 20/21 20/21
 20/23 22/12 24/9
counsel [3]  2/4 20/9 26/6
Count [4]  8/8 8/13 8/16 21/11
Count 1 [3]  8/8 8/13 21/11
Count 2 [1]  8/16
country [3]  15/14 15/15 15/15
Counts [1]  8/17
County [2]  8/22 21/14
court [14]  1/1 1/21 1/22 2/1 9/6 9/19
 14/20 16/12 17/1 18/6 18/7 18/19 29/6
 29/9
CR [1]  1/2
crime [6]  5/22 5/23 16/7 16/16 24/23 25/2
criminal [7]  8/11 8/23 21/20 22/13 25/5
 26/10 27/6
cross [1]  20/15
cross-examined [1]  20/15
CRR [2]  1/21 29/18
current [1]  12/5

## D

Dade [3]  8/22 21/14 27/17
date [1]  21/12
day [2]  29/9 29/15
decide [3]  14/21 20/21 20/22
defendant [4]  1/9 1/18 2/18 13/15
defense [3]  20/9 20/15 27/25
defenses [2]  23/3 23/8
depart [1]  18/20
deported [1]  15/16
deprived [1]  15/8
described [2]  9/15 16/15
detail [1]  8/6
determinations [1]  6/19

## determined [2]  9/22 18/19

did [8]  3/6 3/8 3/10 3/22 7/15 21/15 22/10
 24/1
didn't [1]  4/1
directed [1]  13/16
disclosure [1]  4/16
discuss [8]  5/9 5/13 7/16 15/19 15/25
 17/19 23/7 25/7
discussed [3]  14/5 17/6 21/7
dismiss [2]  8/17 8/23
DISTRICT [8]  1/1 1/1 1/13 1/22 21/14
 29/2 29/6 29/7
DIVISION [1]  1/2
do [76]
document [1]  7/5
does [5]  4/16 7/19 18/19 19/13 19/15
doing [2]  6/12 22/4
don't [5]  6/20 10/24 15/22 15/23 25/17
done [2]  6/14 6/16
doubt [3]  20/5 22/20 22/25
downward [1]  18/20
drugs [2]  3/16 4/8
during [2]  6/18 12/19

## E

each [5]  22/14 22/19 22/24 24/22 25/25
early [2]  19/12 19/14
either [1]  18/23
element [1]  24/22
elements [7]  21/25 22/7 22/10 22/15
 22/20 22/25 26/1
Eleventh [1]  8/24
eligible [1]  19/12
else [2]  26/19 27/23
elsewhere [1]  21/15
employed [1]  13/16
employment [1]  12/7
encumbrance [1]  11/11
enforcement [1]  13/7
engage [8]  8/10 21/18 22/5 25/4 26/9
enjoining [1]  13/17
enough [5]  5/12 15/18 15/24 23/7 25/6
enter [1]  19/19
entered [1]  10/9 26/2
entering [3]  6/15 10/10 25/21
entice [4]  8/9 21/17 25/3 26/9
enticed [1]  22/5
entitled [1]  7/5
entity [1]  10/14
entry [2]  9/1 11/11
Esq [2]  1/18 1/19
essential [6]  21/25 22/15 22/19 22/25
 24/22 25/25
establish [1]  25/2
estimate [3]  17/23 18/12 18/14
ever [2]  3/12 6/8
every [3]  20/5 20/10 22/20
everybody [1]  27/14
everything [1]  6/24
evidence [1]  20/22
exact [1]  21/12
examine [1]  18/21
examined [1]  24/11
except [2]  9/14 10/25
exception [1]  24/11
expect [1]  14/22
expressly [1]  9/15

## F

F12 [2]  8/25 8/25
F12-17400 [1]  8/25
F12-25424 [1]  8/25
facie [1]  24/25

## facility [5]  8/9 21/15 22/2 25/3 26/8

fact [3]  15/1 20/21 25/25
factors [1]  18/22
facts [5]  9/7 10/8 20/23 24/12 25/1
factual [4]  23/15 24/2 24/15 24/22
faculties [2]  4/15 5/2
fail [2]  10/5 12/16
fairly [1]  24/15
false [2]  2/21 10/13
far [2]  3/6 6/24
federal [5]  10/12 11/24 12/15 13/20 27/6
feel [2]  4/14 4/17
felony [5]  5/19 5/22 5/22 5/24 6/5 6/9
 15/4 15/7 16/3
file [2]  18/5 26/23
find [4]  25/1 25/20 26/1 26/5
fine [2]  16/11 27/19
firearm [2]  6/2 15/11
first [5]  8/6 10/5 17/18 19/21 22/2
five [1]  16/10
Fleisher [11]  1/18 1/19 2/9 5/1 7/9 7/23
 14/7 23/19 24/11 24/17 25/13
Fleisher's [2]  7/13 23/23
FLORIDA [13]  1/1 1/17 1/20 1/23 8/25
 12/19 12/22 13/13 21/14 22/13 29/2 29/7
 29/15
follow [2]  14/21 16/10
following [4]  8/25 10/3 12/20 13/7
follows [2]  21/10 22/1
force [1]  22/24
foregoing [1]  29/10
foreign [2]  21/16 22/3
forfeiture [6]  10/21 10/23 10/25 11/8
 11/15 17/6
FORT [1]  1/2 1/17
forth [5]  9/1 12/22 22/16 25/2 26/3
found [1]  10/8
freely [2]  6/14 26/2
full [4]  3/1 4/14 6/14 10/5
fully [2]  5/8 5/16 25/21
functioning [1]  4/18
further [3]  13/5 24/21 29/12

## G

general [1]  5/9
get [1]  14/13
give [3]  22/23 23/3 26/15
given [2]  5/17 21/6
giving [2]  6/15 19/19
go [4]  3/6 8/5 26/19 27/15
going [11]  6/20 8/5 9/18 11/10 15/6 17/17
 19/18 21/5 27/8 27/9 27/16
gone [2]  22/20 24/9 24/18
good [5]  2/6 2/8 2/9 2/11 5/4
government [22]  7/20 8/16 8/22 9/3 9/5
 9/12 9/17 10/2 10/11 10/9 10/16 10/21
 11/7 14/4 14/12 18/4 20/4 22/18 24/24
 24/8 25/2 28/1
government's [1]  24/22
governmental [1]  10/14
grand [1]  21/13
great [2]  6/8 7/4
guidelines [8]  9/19 17/20 17/24 18/9
 18/15 18/19 18/24 19/3
guilt [2]  20/5
guilty [36]

## H

had [17]  3/21 3/24 5/8 5/12 15/18 15/24
 17/19 21/17 22/20 23/4 23/7 23/8 24/9
 24/18 25/6 26/6 29/9
hand [3]  2/17 20/25 29/14
happen [1]  26/13

## H

has [11]  5/2 5/17 14/11 14/16 17/23 18/13 18/19 19/7 25/2 26/1 26/6
have [57]
haven't [1]  14/5
he [6]  5/17 17/24 25/21 25/22 26/7 26/7
he's [2]  5/3 15/20
hear [1]  20/14
heard [1]  27/3
hearing [4]  18/4 26/25 27/1 27/3
here [4]  6/12 14/5 26/3 27/24
hereby [1]  29/7
hereunto [1]  29/14
higher [2]  9/22 19/3
him [2]  2/15 5/2
his [4]  5/2 17/25 25/14 26/2
hold [2]  6/1 15/9
holding [1]  7/5
Honor [41]
HONORABLE [1]  1/12
Horenkamp [3]  1/21 29/5 29/18
hours [1]  13/25 27/10
how [8]  3/4 3/6 3/10 3/15 17/17 17/19 25/10 27/18
huh [1]  6/25

## I

I'll [3]  7/1 27/6 27/13
I'm [8]  3/5 6/12 6/12 7/4 15/6 17/22 27/9 27/16
I've [2]  16/15 16/23
identify [1]  11/14
if [31]
illness [1]  3/13
impediments [1]  26/5
important [2]  2/20 26/18
impose [1]  14/21
imprisonment [4]  14/1 16/8 16/11 16/13
in [80]
including [3]  9/8 10/11 13/20
independent [2]  11/23 25/25
indictment [6]  5/5 8/8 8/14 8/17 21/9 22/11
individual [1]  21/17
individuals [1]  22/12
induce [1]  21/17
induced [1]  22/4
influence [1]  4/7
information [7]  9/8 12/8 12/12 13/21 15/22 17/8 26/16
informed [1]  25/22
initial [1]  18/18
initially [1]  13/12
innocent [1]  20/4
intelligent [1]  25/21
intelligently [1]  26/2
interstate [5]  8/9 21/16 22/2 25/3 26/9
into [4]  10/9 10/11 19/19 24/5
intoxicants [1]  4/8
investigation [2]  18/3 27/5
is [68]
issue [1]  15/19
it [35]
it's [4]  5/20 5/23 15/14 26/18
item [1]  11/5
its [2]  9/6 9/13

## J

jail [1]  2/23
January [2]  21/11 21/12
January 25th [1]  21/12
Jersey [2]  12/25 13/2

## JUDGE [15]  1/13 2/9 2/13 5/3 7/11 7/24
10/24 11/2 14/8 15/20 23/21 27/9 27/15 27/19 28/4
judgment [1]  17/23
Judicial [1]  8/24
July [1]  21/13
July 10th [1]  21/13
June [4]  27/7 27/13 27/20 27/21
jury [5]  6/2 15/10 19/25 21/13 24/19
just [11]  8/5 11/1 13/10 14/12 14/20 15/22 15/24 16/15 21/7 22/15 27/23

## K

keep [1]  12/4
kind [4]  3/13 6/2 15/10 26/5
know [10]  5/19 5/20 6/21 9/7 9/13 9/18 16/22 17/22 17/25 18/8
knowing [1]  25/24
knowingly [2]  21/21 21/16
knowledge [1]  6/14

## L

last [2]  4/3 4/5
later [3]  15/23 24/16 27/15
LAUDERDALE [2]  1/2 1/17
law [2]  1/19 13/6
laws [2]  13/20 22/13
least [2]  16/8 16/10
left [1]  2/10
length [1]  23/15
less [2]  18/24 22/11
let [13]  4/4 5/21 6/11 6/21 8/21 9/6 10/22 15/24 16/22 17/18 17/22 24/1 27/23
letting [2]  9/12 9/17
level [2]  9/19 9/21
levels [1]  9/19
licenses [1]  16/3
life [3]  12/1 16/9 16/11
like [5]  4/14 4/17 24/5 26/17 26/20
likely [2]  15/8 15/14
limited [1]  10/11
line [3]  7/7 23/17 23/19
little [6]  5/21 8/5 8/6 17/17 19/18 27/15
live [2]  12/19 12/25
lose [2]  5/25 16/3

## M

machine [1]  29/8
made [1]  14/12
make [9]  2/21 6/19 9/13 9/22 10/2 10/5 10/16 17/3 19/21
making [1]  10/13
Mandatory [1]  17/2
MARCH [1]  1/4 29/9
marijuana [2]  3/19 3/24
matter [2]  19/14 27/7
maximum [4]  16/6 16/9 16/11 16/16
may [4]  12/1 16/17 17/1 17/2
me [15]  2/17 4/4 5/21 6/11 6/21 8/21 10/22 15/24 17/18 22/9 24/1 24/5 26/15 27/23
mean [1]  4/16
means [4]  11/10 15/7 21/16 22/2
medication [1]  4/11
memorandum [1]  24/16
mental [2]  3/13 26/4
mentioned [1]  29/9
Miami [7]  1/20 1/22 1/23 8/21 8/22 21/14 29/14
Miami-Dade [2]  8/22 21/14
Michael [1]  1/15
might [9]  14/22 17/20 18/6 18/23 23/4 23/8 26/19 26/20 26/24

## Mike [1]  2/6
mind [1]  4/18
minimum [1]  16/8
minor [4]  8/9 21/18 25/3 26/9
misconduct [1]  10/10
misdemeanor [1]  5/23
misrepresentations [1]  10/13
misrepresented [1]  10/8
missed [1]  22/7
more [8]  5/22 5/24 8/6 14/22 18/24 22/12 23/11 27/12
morning [9]  2/6 2/8 2/9 2/11 27/14 27/16 27/18 27/21 27/21
motion [3]  9/23 10/2 10/17
Mr [5]  1/15 1/18 7/12 7/13 7/13
Mr. [41]
Mr. Aguayo [17]  2/10 2/16 2/20 3/4 5/2 5/4 7/15 8/3 14/11 24/3 25/6 25/14 25/20 26/1 26/5 26/8 26/13
Mr. Aguayo's [2]  2/12 7/10
Mr. Barry [1]  27/11
Mr. Fleisher [8]  5/1 7/9 7/23 14/7 23/19 24/11 24/17 25/13
Mr. Fleisher's [1]  23/23
Mr. Schlessinger [3]  2/14 22/9 23/23
Mr. Walleisa [9]  2/14 7/25 11/3 14/9 17/7 22/7 22/15 23/22 25/18
much [1]  3/10
my [3]  2/10 29/11 29/14

## N

name [2]  3/1 12/6
named [1]  22/11
narcotic [1]  3/15
nature [1]  25/22
necessary [1]  20/9
need [6]  7/1 16/22 17/22 23/11 27/9 27/24
New [2]  12/25 13/2
Next [1]  26/13
nice [1]  28/3
no [19]  1/2 3/9 3/14 4/6 4/10 4/13 4/25 6/10 7/1 7/22 14/6 14/15 14/18 17/24 23/13 24/7 24/13 26/3 26/4
No. [2]  2/2
No. 12-20577 [1]  2/2
not [29]  7/20 8/20 9/9 10/1 10/11 10/16 14/11 14/13 14/21 14/23 15/13 18/13 18/15 19/4 19/8 19/13 19/15 19/22 20/21 20/22 20/22 20/23 21/5 21/17 25/11 26/19 27/7 27/25 28/1
notes [1]  29/11
notice [1]  13/6
notify [1]  12/5
now [17]  2/19 4/7 5/4 6/5 14/11 16/2 16/6 16/19 17/1 19/18 21/9 23/14 24/1 25/6 25/10 26/8 27/4

## O

oath [2]  2/19 2/22
objection [1]  24/12
objections [4]  18/5 18/7 18/8 26/24
occur [1]  17/18
off [5]  9/23 10/2 10/3 10/17 10/17
offender [9]  11/19 11/25 12/5 12/12 12/17 13/13 13/14 13/20 16/14
offense [18]  8/11 9/21 10/7 10/12 15/3 15/4 15/7 17/4 17/11 19/22 21/20 21/22 21/25 22/13 25/5 26/1 26/11 27/2
offenses [1]  9/9
offer [2]  6/13 6/16
office [12]  1/16 6/1 8/23 9/7 10/6 13/13 13/17 13/25 15/9 18/2 26/14 27/4

## O

officer [2]  26/16 26/19
OFFICES [1]  1/19
official [1]  10/14
Oh [1]  27/21
Okay [16]  3/12 4/3 4/7 4/23 5/1 5/4 5/21
6/8 7/4 13/10 15/21 16/2 17/1 17/10
27/20 27/23
old [2]  3/4 3/5
on [20]  2/7 2/9 6/1 6/20 7/5 7/7 13/7
15/10 18/7 18/7 19/8 20/22 20/25 21/11
21/12 21/13 23/15 23/17 23/19 27/1
one [7]  13/10 17/24 22/11 22/15 22/19
22/24 25/24
only [4]  11/4 17/7 17/8 18/7
Open [1]  2/1
opportunity [4]  5/8 15/18 26/23 26/25
or [35]
order [5]  11/11 14/13 16/12 17/1 17/2
other [7]  4/8 12/7 14/3 18/21 20/25 21/6
26/3
otherwise [1]  23/4
our [1]  3/2
out [5]  15/22 18/12 18/14 19/2 27/16

## P

page [3]  7/5 7/6 23/16
pages [3]  1/9 23/15 29/13
pages 1 [1]  29/13
paragraph [10]  8/7 8/7 8/13 8/20 9/2 9/5
9/17 10/20 11/17 13/11
parole [2]  19/7 19/9
participate [1]  16/13
party [1]  8/21
pay [1]  17/10
penalties [1]  12/16
penalty [2]  16/6 16/16
pending [2]  5/5 8/24
people [2]  27/16 27/17
performs [1]  18/2
period [1]  16/10
periodically [1]  12/11
persist [1]  19/23
person [7]  8/10 12/11 21/19 22/5 22/11
25/4 26/10
personal [2]  9/20 9/24
persuade [2]  14/17 21/17
persuaded [1]  22/4
phone [2]  17/7 17/9
place [1]  12/7
Plaintiff [2]  1/4 1/15
plea [35]
plead [9]  6/13 6/16 8/7 8/13 19/22 21/4
22/23 25/7 25/10
pleading [6]  11/18 14/25 15/4 16/7 16/16
21/23
please [4]  2/4 2/12 2/16 3/1
pled [1]  6/8
point [4]  6/20 9/23 10/3 10/17
points [2]  10/2 10/17
possess [2]  6/2 15/10
possession [1]  4/14
possible [4]  6/17 12/15 17/14 23/8
precisely [1]  18/8
prepared [2]  24/14 26/14
present [3]  25/18 26/17 29/8
presentence [3]  26/14 26/23 27/5
presumed [1]  20/4
prima [1]  24/25
prima facie [1]  24/25
prison [7]  5/23 11/19 12/20 13/1 16/23
19/8 19/11

Prisons [2]  19/13 19/15
probation [10]  9/7 10/6 13/16 13/25 18/2
24/15 26/14 26/16 26/18 27/4
problem [1]  15/23
problems [1]  3/24
Procedure [1]  27/6
proceeding [1]  6/19
proceedings [7]  4/9 10/21 11/7 20/10
27/24 28/5 29/8
process [1]  9/8
professional [1]  16/2
proffer [2]  23/15 24/2
program [3]  3/21 16/14 19/13
promise [1]  14/12
promises [1]  26/3
proof [1]  13/24
properties [1]  10/25
property [1]  11/14
prove [4]  20/4 22/19 22/24 24/9
provide [1]  13/24 19/15
provided [2]  13/6 22/9
public [2]  6/1 15/9
punishment [1]  9/14
purposes [2]  3/2 7/2
put [2]  8/21 20/22

## Q

quality [1]  9/14
quantity [1]  9/14
questions [4]  4/23 6/13 6/18 6/21

## R

raise [1]  2/17
range [8]  17/24 17/25 18/9 18/15 18/19
18/21 18/24 19/3
read [4]  7/15 24/1 24/5 26/23
really [2]  4/16 17/25
reason [2]  18/1 19/13
reasonable [3]  20/5 22/20 22/25
received [2]  5/5 23/14
recess [1]  28/3
recitation [1]  24/22
recommend [1]  9/18
recommendation [3]  9/13 10/2 10/16
recommendations [2]  14/20 14/21
record [4]  2/5 3/2 7/2 24/6
reduce [1]  9/19
refer [1]  27/4
refuse [1]  10/5
regarding [1]  9/14
register [3]  11/19 13/12 13/14
registration [12]  11/25 12/5 12/6 12/12
12/17 12/21 13/2 13/13 13/14 13/20
13/21 13/25
relating [1]  11/7
release [17]  10/13 11/19 11/20 11/24
12/20 12/20 13/1 13/7 13/12 14/1 16/10
16/13 16/15 16/20 16/21 19/12 19/14
released [1]  19/8
relevant [4]  9/7 9/8 10/7 12/8
remain [1]  20/20
report [8]  18/1 18/2 18/3 18/5 26/14
26/16 26/23 27/5
reported [1]  29/8
REPORTER [3]  1/21 29/6 29/19
representation [1]  5/17
representing [2]  8/22 9/3
requesting [1]  9/23
required [6]  10/1 11/18 11/24 17/2 17/10
22/19
requirement [1]  11/21
requirements [7]  11/25 12/1 12/11 12/17
12/22 13/2 13/19

reserving [2]  9/6 9/13
reside [1]  13/15
residence [1]  12/7
resides [1]  13/15
resolved [1]  2/13
respect [1]  10/23
responsibility [4]  9/20 9/24 10/18 24/14
restitution [3]  16/12 17/3 17/3
result [1]  18/23
return [1]  15/15
review [1]  18/5
reviewed [1]  23/15
right [38]
rights [5]  5/25 6/15 15/8 19/19 21/7
righty [4]  2/2 2/11 2/16 28/2
RMR [2]  1/21 29/18
ROBIN [1]  1/12
Room [1]  1/22
ROSENBAUM [2]  1/2 1/12
rule [2]  18/7 27/5
rules [2]  18/7 27/6

## S

said [1]  16/23
same [1]  18/13
satisfied [5]  5/16 25/13 25/16 26/7
say [2]  7/1 15/21
says [4]  7/7 23/17 24/9 26/7
Schlessinger [4]  2/14 7/13 22/9 23/23
school [1]  3/6
seated [1]  2/10
second [3]  10/8 13/10 22/4
Section [5]  8/12 12/22 18/23 21/21 26/12
Section 2422 [1]  26/12
Section 3553 [1]  18/23
Sections [1]  13/3
see [3]  20/14 25/17 27/23
semester [1]  3/11
sent [2]  5/23 24/19
sentence [3]  14/22 18/23 19/2
sentenced [5]  16/19 16/20 16/22 19/8
19/11
sentencing [20]  8/18 9/8 9/18 9/21 17/18
17/20 18/3 18/9 18/15 18/22 18/24 19/3
24/16 26/15 26/20 26/24 27/1 27/3 27/6
27/10
serious [1]  5/22
serve [2]  6/1 15/10
set [8]  9/1 12/22 22/16 25/2 26/3 27/6
27/13 29/14
severe [1]  14/22
sex [9]  11/19 11/25 12/5 12/11 12/16
13/13 13/14 13/20 22/6
sexual [5]  8/10 16/13 21/19 25/4 26/9
shall [5]  13/12 13/13 13/24 16/13 27/2
shorthand [3]  29/5 29/8 29/9
signature [7]  7/6 7/9 7/12 7/13 23/17
23/20 23/22
signatures [2]  7/6 23/16
signed [2]  7/16 24/2
silent [1]  20/21
since [1]  3/25
six [1]  7/5
six-page [1]  7/5
sixth [1]  7/6
smoked [2]  4/4 4/4
smoking [1]  4/1
so [17]  2/20 6/5 6/11 6/18 6/19 6/24
14/20 15/6 18/12 19/7 20/14 21/1 22/4
22/14 26/7 27/13 27/20
some [1]  18/20
sometimes [1]  15/21
sorry [2]  13/10 27/21

## S

south [1] 27/17
SOUTHERN [4] 1/1 21/14 29/2 29/7
speak [1] 27/1
special [1] 17/11
ss [1] 29/1
stage [1] 20/10
stand [1] 2/16
standing [1] 2/15
state [10] 2/4 3/1 8/23 10/12 11/25 12/16
13/13 13/14 13/15 13/20
state's [1] 12/5
statement [1] 24/14
statements [2] 2/21 10/13
STATES [11] 1/1 1/3 1/13 2/3 2/7 8/12
18/22 21/20 26/11 29/1 29/6
status [2] 2/12 12/7
Statute [2] 12/22 13/2
statutory [1] 18/21
stay [1] 15/15
stenographic [1] 29/11
stipulate [3] 24/18 24/21 24/24
stop [2] 4/1 6/21
student [2] 12/7 13/16
subject [6] 10/25 11/15 11/24 12/15
12/21 13/2
subjecting [1] 2/22
submit [1] 24/15
successfully [1] 3/22
such [3] 5/25 12/16 15/9
sufficient [2] 6/17 25/2
summarized [1] 24/12
superseding [3] 8/8 8/14 8/17
supervised [7] 11/20 11/23 13/12 16/9
16/14 16/20 16/21
supported [1] 25/24
sure [4] 4/17 17/22 18/8 19/21
surrounding [1] 10/7
SWORN [1] 2/18

## T

take [1] 24/11
taken [1] 4/11
talk [4] 8/6 17/17 19/18 23/11
talking [1] 10/22 17/7
telephone [4] 10/25 11/1 11/8 11/12
tell [4] 2/20 4/1 5/21 6/11
ten [1] 16/8
term [7] 10/12 16/8 16/9 16/10 16/11
16/20 16/21
terms [2] 8/2 14/19
testify [3] 20/21 20/22 21/1
than [8] 5/22 5/24 14/22 18/24 19/3 22/11
26/3 27/12
thank [7] 7/4 23/25 24/17 25/17 27/22
28/3 28/4
that [140]
that's [9] 10/25 11/4 11/20 14/13 17/8
18/15 25/19 27/7 27/19
their [1] 2/4
them [5] 2/23 16/3 20/14 20/15 22/16
then [2] 18/6 19/12
there [9] 7/6 7/19 10/24 14/3 16/9 22/9
23/16 27/1 27/23
there's [1] 6/19
these [7] 4/9 6/12 17/14 22/10 22/15
22/19 22/24
they [1] 27/2
they're [2] 8/20 9/9
things [3] 10/4 10/16 26/19
think [2] 5/13 19/12
thinks [2] 9/7 17/24

third [5] 9/23 10/3 10/10 10/17 23/16
this [32]
thoroughly [2] 7/15 24/1
those [9] 5/9 6/19 10/15 11/25 14/21 18/7
18/8 20/23 26/3
threatened [1] 14/16
threats [1] 26/4
three [5] 7/6 10/3 10/15 23/15 23/16
through [5] 1/9 8/5 8/17 13/3 21/13
throughout [1] 12/1
time [17] 2/23 3/25 4/3 4/15 4/18 5/2 5/12
6/20 9/21 15/24 16/23 17/25 23/7 23/11
24/16 25/6 27/22
timely [2] 9/20 9/23
Title [4] 8/11 18/22 21/20 26/11
today [4] 2/15 4/12 26/3 27/24
today's [1] 6/18
too [1] 27/2
town [1] 27/17
transcript [4] 1/12 29/10 29/11 29/12
transfer [1] 11/11
treated [2] 3/12 3/18
treatment [1] 16/14
trial [10] 19/25 20/3 20/10 20/18 21/5
21/6 22/21 23/9 24/9 24/18
true [1] 29/10
truth [1] 2/20
truthful [1] 26/19
turns [4] 15/22 18/12 18/14 19/2
two [6] 3/11 9/19 10/2 10/17 22/9 27/9
type [6] 3/16

## U

U.S [3] 1/16 1/22 15/20
U.S.C. [1] 13/6
Uh [1] 6/25
Uh-huh [1] 6/25
under [9] 2/19 2/22 4/7 13/6 17/2 18/22
22/5 22/13 27/5
understand [62]
understanding [2] 4/9 6/17
understandings [1] 14/4
understands [1] 25/14
understood [1] 6/24
UNITED [11] 1/1 1/3 1/13 2/3 2/7 8/11
18/22 21/20 26/11 29/1 29/6
unknown [1] 21/12
unlawful [1] 22/6
up [9] 6/15 16/9 16/11 18/3 18/13 19/19
21/6 22/23 23/3
update [1] 13/21
upon [2] 11/19 16/12
upward [1] 18/20
use [1] 25/3
used [3] 17/23 20/23 22/2
using [3] 8/9 21/15 26/8
usual [1] 27/12

## V

valuable [1] 15/8
verify [1] 12/11
versus [1] 2/3
very [6] 2/20 5/3 5/4 15/8 25/16 26/18
victim [1] 17/3
victims [3] 17/2 25/18 27/2
violate [1] 16/21
violating [1] 10/12
violation [3] 8/11 21/20 26/11
voluntarily [2] 6/14 26/2
voluntary [1] 25/24
vote [2] 6/1 15/9

## W

Walleisa [12] 1/15 2/7 2/14 7/12 7/25
11/3 14/9 17/7 22/7 22/15 23/22 25/18
want [3] 6/21 15/23 19/21
wanted [1] 20/25
was [5] 3/20 3/21 4/3 22/11 29/7
way [5] 1/19 4/4 8/22 14/16 27/17
we [8] 2/13 15/22 17/7 18/8 27/15 27/23
27/24 28/2
we'll [1] 24/14
we're [5] 8/5 10/22 17/17 19/18 21/5
we've [3] 17/6 21/7 24/13
week [1] 4/5
weekend [1] 28/3
well [6] 4/19 8/21 15/16 16/20 21/6 26/19
went [1] 20/3
were [2] 15/13 16/21
what [18] 2/11 3/18 4/16 5/19 6/5 6/11
9/3 10/22 11/21 16/15 16/23 17/24 17/25
18/8 18/14 22/8 24/8 26/13
what's [1] 6/20
whatever [1] 19/13
when [6] 3/20 3/21 4/3 21/4 22/10 22/23
where [5] 6/20 7/7 13/15 13/15 23/17
WHEREOF [1] 29/14
whether [4] 6/13 6/16 9/9 25/7
which [9] 2/23 8/8 8/10 15/4 16/7 21/19
21/22 25/4 26/10
while [1] 2/21
who [2] 2/10 21/17
whom [1] 26/7
why [1] 6/12
will [33]
winning [1] 23/9
wish [1] 25/7
withdrawing [4] 14/23 18/16 19/4 19/15
within [2] 4/5 13/25
without [1] 26/4
WITNESS [1] 29/14
witnesses [2] 20/14 20/18
wits [1] 4/18
work [3] 13/16 27/8 27/14
would [14] 2/4 14/23 20/3 20/4 20/8
20/13 20/17 20/20 21/1 22/19 24/5 24/18
24/24 26/17
writes [1] 19/13
written [2] 18/5 26/13

## Y

Yeah [3] 3/17 3/23 4/16
year [1] 5/24
years [4] 3/5 16/8 16/10 21/18
yes [85]
you [252]
you'll [3] 6/15 11/14 19/19
you're [6] 4/14 8/13 11/6 11/10 11/21
19/12
your [116]
yourself [1] 2/22